RECEIVED
AUG 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DITRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG 15 PM 4:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

| | |
|---|---|
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants, | Case No. 07-cv-4073 (JCS)<br><br><br><br><br><br><br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Richard Schwartz, an active member in good standing of the bar of the Southern District of New York whose business address and telephone number is **Faruqi & Faruqi, LLP, 369 Lexington Avenue, 10th Floor, New York, NY 10017, (212)983-9330** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Joseph Leone.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/15/7

United State ~~District~~ Magistrate Judge   JCS
JOSEPH C. SPERO

- 3 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LEONE,

        Plaintiff,

v.

S. TREZEVANT MOORE JR. et al,

        Defendant.
_____/

Case Number: CV07-04073 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531

Shane Rowley
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531

Dated: August 15, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk