

UNITED STATES DITRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS AND LUMINENT MORTGAGE CAPITAL, INC.,

Defendants,

Case No. 07-cv-4073 (JCS)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Shane Rowley, an active member in good standing of the bar of the Southern District of New York whose business address and telephone number is **Faruqi & Faruqi, LLP, 369 Lexington Avenue, 10th Floor, New York, NY 10017, (212)983-9330** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Joseph Leone.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/15/07

United State ~~District~~ Magistrate Judge    JCS
JOSEPH C. SPERO

- 3 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LEONE,

        Plaintiff,

v.

S. TREZEVANT MOORE JR. et al,

        Defendant.
_____/

Case Number: CV07-04073 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531

Shane Rowley
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531

Dated: August 15, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk