UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LEONE,

    Plaintiff(s),

v.

S. TREZEVANT MOORE JR., ET AL.,

    Defendant(s).

No. C 07-04073 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/11/07

_____
Signature

Counsel for Plaintiff
(Name or party or indicate "pro se")

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2007, I electronically transmitted the attached Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered CM/ECF participants.

                                                                         s/Aleksey Barinov