**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                              415.522.2000

**September 13, 2007**

**CASE NUMBER: CV 07-04073 JCS**
**CASE TITLE: JOSEPH LEONE-v-S. TREZEVANT MOORE JR.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/13/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 09/13/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                   Transferor CSA