Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Julie J. Bai (SBN 227047)
Email: jbai@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel**

Sherrie R. Savett
Email: ssavett@bm.net
Arthur Stock
Email: astock@bm.net
Jeffrey L. Osterwise
Email: josterwise@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

**Attorneys for Plaintiff Allen M. Metzger**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE, individually and on behalf all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>       Defendants | No. C-07-04073-JCS<br><br><u>CLASS ACTION</u><br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

*Caption continues on following page.*

[C-07-04686-MHP] ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

|   |   |
|---|---|
| ALLEN M. METZGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | No. C-07-04686-MHP<br><br>CLASS ACTION |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Allen M. Metzger, plaintiff in *Metzger v. Luminent Mortgage Capital, Inc.*, Case No. C-07-04686-MHP, filed on September 11, 2007 ("*Metzger*"), hereby moves this Court pursuant to Civil L.R. 3-12 and 7-11 to consider whether *Metzger* and the following actions should be related to *Leone v. Moore*, C-07-04073 JCS ("*Leone*"), the low-numbered case pending before the Honorable Joseph C. Spero, United States District Court Judge:

| CASE | CASE NO. | JUDGE ASSIGNED | FILED |
|---|---|---|---|
| *Leone v. Moore* | C-07-04073-JCS | Joseph C. Spero | 08/08/07 |
| *Rosenbaum Capital LLC v. Luminent Mortgage Capital, Inc.* ("*Rosenbaum*") | C-07-04096-SI | Susan Illston | 08/09/07 |
| *Howard J. Kaplowitz IRA v. Luminent Mortgage Capital, Inc.* ("*Kaplowitz*") | C-07-04140-PJH | Phyllis J. Hamilton | 08/10/07 |
| *Greenberg v. Luminent Mortgage Capital, Inc.* ("*Greenberg*") | C-07-04141-SBA | Saundra B. Armstrong | 08/13/07 |
| *PEM Resources LP v. Luminent Mortgage Capital, Inc.* ("*PEM*") | C-07-04184-WHA | William H. Alsup | 08/15/07 |

The allegations in *Metzger* reveal that this action is related to the actions filed in the Northern District of California against Luminent Mortgage Capital, Inc. ("Luminent") and other defendants, as listed above.

The *Metzger, Leone, Rosenbaum, Kaplowitz, Greenberg* and *PEM* actions concern substantially the same parties, property, transactions or events. All of these cases involve most of the same defendants: Luminent, Gail P. Seneca, Sewell Trezevant Moore, Jr. and Christopher J. Zyda. In addition, the above-named actions are all class actions brought on behalf of all persons and entities who purchased Luminent's publicly traded securities between October 10, 2006 and August 6, 2007, inclusive ("Class Period"), against Luminent and certain of its officers and directors for violations of the Securities Exchange Act of 1934. These class actions all allege that defendants made materially false and misleading statements regarding Luminent's business and financial results. Specifically, throughout the Class Period, defendants assured investors that Luminent's business was sound, that it made "high-quality" investments and that it had adequate liquidity. Defendants' false and misleading statements caused Luminent's stock price to be artificially inflated during the Class Period.

Further, it appears likely that there would be an unduly burdensome duplication of labor, expense and/or conflicting results if these cases were to proceed before different judges.

WHEREFORE, plaintiff requests that the Court enter an order relating *Metzger, Rosenbaum, Kaplowitz, Greenberg* and *PEM* to *Leone*, the low-numbered case, and that *Metzger, Rosenbaum, Kaplowitz, Greenberg* and *PEM* be reassigned to the Honorable Joseph C. Spero.

DATED: September 14, 2007

BERMAN DEVALERIO PEASE ABACCO
BURT & PUCILLO

By: _____
   NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sherrie R. Savett
Arthur Stock
Jeffrey L. Osterwise
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604

**Attorneys for Plaintiff Allen M. Metzger**

[C-07-04686-MHP] ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

3