1  Joseph J. Tabacco, Jr. (SBN 75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   Email: nlavallee@bermanesq.com
3  Julie J. Bai (SBN 227047)
   Email: jbai@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
   **Local Counsel**
8
   Sherrie R. Savett
9  Email: ssavett@bm.net
   Arthur Stock
10 Email: astock@bm.net
   Jeffrey L. Osterwise
11 Email: josterwise@bm.net
   **BERGER & MONTAGUE, P.C.**
12 1622 Locust Street
   Philadelphia, PA 19103
13 Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
14
   **Attorneys for Plaintiff Allen M. Metzger**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants | No. C-07-04073-JCS<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

*Caption continues on following page.*

[C-07-04686-MHP] LAVALLEE DECL ISO ADMIN MTN
TO CONSIDER WHETHER CASES SHOULD BE RELATED

|   |   |
|---|---|
| ALLEN M. METZGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | No. C-07-04686-MHP<br><br>CLASS ACTION |

I, Nicole Lavallee, declare as follows:

1. I am a partner in the San Francisco office of Berman DeValerio Pease Tabacco Burt & Pucillo. I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 7-11.

2. Attached hereto as Exhibit A is a true and correct copy of the class action complaint entitled *Leone v. Moore, et al.*, Case No. C-07-04073-JCS, filed on August 8, 2007 and assigned to the Honorable Joseph C. Spero.

3. Attached hereto as Exhibit B is a true and correct copy of the class action complaint entitled *Rosenbaum Capital LLC v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04096-SI, filed on August 9, 2007 and assigned to the Honorable Susan Illston.

4. Attached hereto as Exhibit C is a true and correct copy of the class action complaint entitled *Howard J. Kaplowitz IRA v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04140-PJH, filed on August 10, 2007 and assigned to the Honorable Phyllis J. Hamilton.

5. Attached hereto as Exhibit D is a true and correct copy of the class action complaint entitled *Greenberg v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04141-SBA, filed on August 13, 2007 and assigned to the Honorable Saundra B. Armstrong.

6. Attached hereto as Exhibit E is a true and correct copy of the class action complaint entitled *PEM Resources LP v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04184-WHA, filed on August 15, 2007 and assigned to the Honorable William H. Alsup.

7. Attached hereto as Exhibit F is a true and correct copy of the class action complaint entitled *Metzger v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04686-MHP, filed on September 11, 2007 and assigned to the Honorable Marilyn Hall Patel.

8. All of these actions allege that defendants made materially false and misleading statements regarding Luminent's business and financial results.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September 2007, at San Francisco, California.

NICOLE LAVALLEE

[C-07-04686-MHP] LAVALLEE DECL ISO ADMIN MTN
TO CONSIDER WHETHER CASES SHOULD BE RELATED                               2