Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Julie J. Bai (SBN 227047)
Email: jbai@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel**

Sherrie R. Savett
Email: ssavett@bm.net
Arthur Stock
Email: astock@bm.net
Jeffrey L. Osterwise
Email: josterwise@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

**Attorneys for Plaintiff Allen M. Metzger**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants | No. C-07-04073-JCS<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3-12 AND 7-11** |

*Caption continues on following page.*

[C-07-04686-MHP] [PROP] ORDER GRANTING ADMIN MTN TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| ALLEN M. METZGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | No. C-07-04686-MHP<br><br><u>CLASS ACTION</u> |

Upon consideration of the administrative motion to consider whether cases should be related,

**IT IS HEREBY ORDERED THAT:**

1. The proposed class actions *Leone v. Moore, et al.*, Case No. C-07-04073-JCS; *Rosenbaum Capital LLC v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04096-SI; *Howard J. Kaplowitz IRA v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04140-PJH; *Greenberg v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04141-SBA; *PEM Resources LP v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04184-WHA; and *Metzger v. Luminent Mortgage Capital, Inc., et al.*, Case No. C-07-04686-MHP, are related actions because they concern substantially the same parties, transactions, property or events.

2. Further, it appears likely that there would be an unduly burdensome duplication of labor, expense and/or conflicting results if the cases were to proceed before different judges.

3. Therefore, because the *Leone, Rosenbaum, Kaplowitz, Greenberg, PEM* and *Metzger* actions are related, they are reassigned to me.

Dated: _____

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT JUDGE

[C-07-04686-MHP] [PROP] ORDER GRANTING ADMIN MTN
TO CONSIDER WHETHER CASES SHOULD BE RELATED                                    1