Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Julie J. Bai (SBN 227047)
Email: jbai@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Local Counsel

Sherrie R. Savett
Email: ssavett@bm.net
Arthur Stock
Email: astock@bm.net
Jeffrey L. Osterwise
Email: josterwise@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

**Attorneys for Plaintiff Allen M. Metzger**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants | No. C-07-04073-JCS<br><br><u>CLASS ACTION</u><br><br>**PROOF OF SERVICE** |

*Caption continues on following page.*

[C-07-04686-MHP] PROOF OF SERVICE

| | |
|---|---|
| ALLEN M. METZGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | No. C-07-04686-MHP<br><br><u>CLASS ACTION</u> |

I, Tyler Kelly, hereby declare as follows:

I am employed by Berman DeValerio Pease Tabacco Burt & Pucillo, 425 California Street, Suite 2100, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On September 14, 2007, I served true and correct copies of the following:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 and 7-11;**

2. **DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11;**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3-12 AND 7-11; and**

4. **PROOF OF SERVICE**

on the following by placing a true copy thereof enclosed in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California, in accordance with Berman DeValerio Pease Tabacco Burt & Pucillo's ordinary business practices:

**SEE ATTACHED SERVICE LIST**

I further declare that, pursuant to General Order 45 VIII(A), on the date hereof I served a copy of the [Proposed] Order in word-processing format on Judge Joseph C. Spero at his proposed order e-mail address: JCSpo@cand.uscourts.gov.

| | |
|---|---|
| 1 | I declare under penalty of penalty of perjury pursuant to the laws of the United States that |
| 2 | the foregoing is true and correct. |
| 3 | Executed at San Francisco, California, on September 14, 2007. |
| 4 | |
| 5 | *[signature]* |
| 6 | Tyler Kelly |

## Plaintiffs' Counsel

| | |
|---|---|
| Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Julie J. Bai<br>**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**<br>425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>jtabacco@bermanesq.com<br>cheffelfinger@bermanesq.com<br>jbai@bermanesq.com<br><br>**Counsel for Allen M. Metzger** | Sherrie R. Savett<br>Arthur Stock<br>Jeffrey L. Osterwise<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>astock@bm.net<br>josterwise@bm.net<br>ssavett@bm.net<br><br>**Counsel for Allen M. Metzger** |
| Michael A. McShane<br>Adel A. Nadji<br>**AUDET & PARTNERS LLP**<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br>mmcshane@audetlaw.com<br>anadji@audetlaw.com<br><br>**Counsel for Joseph Leone** | Nadeem Faruqi<br>Shane Rowley<br>Richard Schwartz<br>**FARUQI & FARUQI**<br>369 Lexington Ave, 10th Floor<br>New York, NY 10017<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>nfaruqi@faruqilaw.com<br>srowley@faruqilaw.com<br>rschwartz@faruqilaw.com<br><br>**Counsel for Joseph Leone** |
| Mark C. Gardy<br>**GARDY & NOTIS, LLP**<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, NJ 07632<br>Telephone: (201) 567-7377<br>Facsimile: (201) 457-7337<br>mgardy@gardylaw.com<br><br>**Counsel for Joseph Leone** | Patrice L. Bishop<br>**STULL, STULL & BRODY**<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024<br>Telephone: (310) 209-2468<br>Facsimile: (310) 209-2087<br>service@ssbla.com<br><br>**Counsel for Howard J. Kaplowitz IRA** |

| | |
|---|---|
| Jules Brody<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7320<br>Facsimile: (212) 490-2022<br>ssbny@aol.com<br><br>**Counsel for Howard J. Kaplowitz IRA** | Jeffrey S. Abraham<br>Lawrence D. Levit<br>**ABRAHAM FRUCHTER &**<br>**TWERSKY LLP**<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>Telephone: (212) 279-5050<br>Facsimile: (212) 279-3655<br>jabraham@aftlaw.com<br>llevit@aftlaw.com<br><br>**Counsel for Howard J. Kaplowitz IRA** |
| Darren J. Robbins<br>David C. Walton<br>Catherine J. Kowalewski<br>**COUGHLIN STOIA GELLER RUDMAN**<br>**& ROBBINS LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>**Counsel for Elliot Greenberg and**<br>**Rosenbaum Capital LLC** | Shawn A. Williams<br>**COUGHLIN STOIA GELLER RUDMAN**<br>**& ROBBINS LLP**<br>100 Pine Street Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>shawnw@csgrr.com<br><br>**Counsel for Elliot Greenberg and**<br>**Rosenbaum Capital LLC** |
| Lawrence Timothy Fisher<br>Alan R Plutzik<br>**SCHIFFRIN BARROWAY TOPAZ &**<br>**KESSLER LLP**<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792<br>ltfisher@bramsonplutzik.com<br>tfisher@sbtklaw.com<br>aplutzik@sbtklaw.com<br><br>**Counsel for PEM Resources LP** | |

| Defendants' Counsel | |
|---|---|
| Michael L. Rugen<br>**HELLER EHRMAN LLP**<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268<br>michael.rugen@hellerehrman.com<br><br>**Counsel for Defendants** | Daniel J. Dunne<br>**HELLER EHRMAN LLP**<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7098<br>Telephone: (206) 447-0900<br>Facsimile: (206) 447-0849<br>daniel.dunne@hellerehrman.com<br><br>**Counsel for Defendants** |