1  MICHAEL L. RUGEN (Bar No. 85578)
   HELLER EHRMAN LLP
2  333 Bush Street
   San Francisco, California 94104-2878
3  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
4  Michael.Rugen@hellerehrman.com

5  Attorneys for Defendant Luminent Mortgage Capital, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, LUMINENT MORTGAGE CAPITAL, INC.<br><br>　　　　　　　Defendants. | Case No.: 3:07-cv-4073 JCS<br><br>**NOTICE OF APPEARANCE BY COUNSEL FOR DEFENDANT LUMINENT MORTGAGE CAPITAL, INC.** |

Heller Ehrman LLP

NOTICE OF APPEARANCE BY COUNSEL FOR LUMINENT MORTGAGE CAPITAL, INC.: CASE NO. 3:07-CV-4073 JCS

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael L. Rugen of the law firm of Heller Ehrman LLP hereby appears as counsel of record for Defendant Luminent Mortgage Capital, Inc. in the above-captioned case. Copies of all pleadings, papers and notices should be served as follows:

> Michael L. Rugen
> Heller Ehrman LLP
> 333 Bush Street
> San Francisco, California 94104-2878
> Telephone: (415) 772-6000
> Facsimile: (415) 772-6268
> Michael.Rugen@hellerehrman.com.

DATED: September 26, 2007        HELLER EHRMAN LLP

By _____/s/_____
      Michael L. Rugen

Attorneys for Defendant
LUMINENT MORTGAGE CAPITAL, INC.

---

1

NOTICE OF APPEARANCE BY COUNSEL FOR LUMINENT MORTGAGE CAPITAL, INC.: CASE NO. 3:07-CV-4073 JCS