| | |
|---|---|
| 1 | Patrice L. Bishop (182256) |
| | service@ssbla.com |
| 2 | STULL, STULL & BRODY |
| | 10940 Wilshire Boulevard |
| 3 | Suite 2300 |
| | Los Angeles, CA  90024 |
| 4 | Tel:    (310) 209-2468 |
| | Fax:   (310) 209-2087 |
| 5 | |
| | Jules Brody |
| 6 | SSBNY@aol.com |
| | Howard T. Longman |
| 7 | tsvi@aol.com |
| | STULL, STULL & BRODY |
| 8 | 6 East 45th Street |
| | New York, NY 10017 |
| 9 | Tel:    (212) 687-7230 |
| | Fax:   (212) 490-2022 |
| 10 | |
| | Jeffrey S. Abraham |
| 11 | jabraham@aftlaw.com |
| | Lawrence D. Levit |
| 12 | llevit@aftlaw.com |
| | ABRAHAM, FRUCHTER & TWERSKY, LLP |
| 13 | One Penn Plaza |
| | Suite 2805 |
| 14 | New York, NY  10119 |
| | Tel:    (212) 279-5050 |
| 15 | Fax:   (212) 279-3655 |
| 16 | **Proposed Lead Counsel for Plaintiffs** |

17  **UNITED STATES DISTRICT COURT**

18  **NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | JOSEPH LEONE, Individually and on Behalf of All Others Similarly Situated, ) ) | CASE NO. 07-CV-04073 PJH |
| 20 | ) Plaintiff,  ) | **CLASS ACTION** |
| 21 | v.   ) ) | **DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF MOTION BY WILLIAM** |
| 22 | S. TREZEVANT MOORE, JR., ) CHRISTOPHER J. ZYDA, ELEANOR ) | **F. KORNFELD, JR., AND DENNIS KOCH FOR APPOINTMENT OF LEAD** |
| 23 | CORNFELD MELTON, RONALD VIERA, ) DIMITRIOS PAPATHEOHARIS, ) | **PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE** |
| 24 | LUMINENT MORTGAGE CAPITAL, ) INC., ) | **SECURITIES EXCHANGE ACT OF 1934, AND FOR CONSOLIDATION OF ALL** |
| 25 | ) Defendants. ) | **RELATED ACTIONS** |
| 26 | _____) | DATE: November 14, 2007 |
| | | TIME: 9:00 a.m. |
| 27 | | JUDGE: Honorable Phyllis J. Hamilton |
| | | CTRM: 3, 17th Floor |
| 28 | | |

**DECL. OF P. BISHOP ISO MTN BY WILLIAM F. KORNFELD, JR., AND DENNIS KOCH FOR APPT OF LEAD PLAINTIFFS/LEAD COUNSEL, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS**
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Dec.wpd

I, Patrice L. Bishop, declare as follows:

1. I am an attorney admitted to practice in the State of California and this District. I am an associate with the law firm of Stull, Stull & Brody, co-counsel of for proposed lead plaintiffs William F. Kornfeld, Jr., ("Kornfeld") and Dennis Koch ("Koch"). I submit this Declaration in support of the Motion of Mr. Kornfeld and Rev. Koch to consolidate the above-captioned action and all related actions, to be appointed lead plaintiff of the consolidated actions and for approval of their selection of lead counsel. I am familiar with this matter and have knowledge of the information stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a press release distributed by *PrimeNewswire* on August 8, 2007 entitled: "Faruqi & Faruqi, LLP Announces Filing of Class Action Lawsuit Against Luminent Mortgage Capital, Inc. -- LUM"

3. Attached hereto as Exhibit 2 are true and correct copies of certifications submitted by Mr. Kornfeld and Rev. Koch.

4. Attached hereto as Exhibit 3 is a true and correct copies of damage charts outlining Mr. Kornfeld and Rev. Koch's purchases, sales and losses.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm biography of Stull, Stull & Brody.

6. Attached hereto as Exhibit 5 is a true and correct copy of the firm biography of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 9th day of October, 2007 at Los Angeles, California.

                                                    /s/
                                      Patrice L. Bishop
                                      Declarant