EXHIBIT 2

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

William Kornfeld, hereby certifies that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the attached Class Action Complaint filed with respect to Luminent Capital Mortgage, Inc. ("Luminent") and have authorized counsel to file a similar complaint or to otherwise add my name as a lead plaintiff in these proceedings.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial if necessary.

4. To the best of my knowledge, the following are my transactions in Luminent common stock during the period from May 10, 2007, through and including August 6, 2007, as set forth in Exhibit A hereto.

5. Within the last three years, I have sought to be a class representative in the following cases brought pursuant to the federal securities laws: New Century Financial Securities Litigation; American Home Mortgage Securities Litigation; Accredited Home Lenders Securities Litigation; and Opteum Securities Litigation.

6. I will not accept any payment for serving as class representative on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

Signed under the penalties of perjury this 26 day of September, 2007.

_____
William Kornfeld

EXHIBIT A

**STOCKS**

| Trade Date | Activity | Quantity | Price ($) | Principal Amount ($) |
|---|---|---|---|---|
| 2/6/2007 | Buy | 800 | 9.52375 | 7,619.00 |
| 3/19/2007 | Buy | 200 | 8.60 | 1,720.00 |
| 3/19/2007 | Buy | 1,000 | 8.50880 | 8,508.80 |
| 3/19/2007 | Buy | 1,800 | 8.68880 | 15,639.84 |
| 4/4/2007 | Buy | 800 | 8.670 | 6,936.00 |
| 4/4/2007 | Buy | 200 | 8.6680 | 1,733.60 |
| 4/9/2007 | Buy | 1,000 | 8.33940 | 8,339.40 |
| 4/10/2007 | Buy | 1,000 | 7.92940 | 7,929.40 |
| 4/10/2007 | Buy | 1,000 | 8.050 | 8,050.00 |
| 4/23/2007 | Buy | 1,000 | 8.55 | 8,550.00 |
| 4/23/2007 | Buy | 2,000 | 8.55 | 17,100.00 |
| 4/23/2007 | Buy | 1,000 | 8.40 | 8,400.00 |
| 4/23/2007 | Buy | 600 | 8.38940 | 5,033.64 |
| 4/26/2007 | Buy | 3,000 | 8.370 | 25,110.00 |
| 4/26/2007 | Buy | 3,000 | 8.5497 | 25,649.10 |
| 4/30/2007 | Buy | 1,000 | 8.25940 | 8,259.40 |
| 4/30/2007 | Buy | 1,000 | 8.220 | 8,220.00 |
| 5/2/2007 | Buy | 1,000 | 8.15940 | 8,159.40 |
| 5/2/2007 | Buy | 1,000 | 8.16880 | 8,168.80 |
| 5/3/2007 | Buy | 2,000 | 8 | 16,000.00 |
| 5/11/2007 | Buy | 3,000 | 8.590 | 25,770.00 |
| 5/11/2007 | Buy | 3,000 | 8.590 | 25,770.00 |
| 5/11/2007 | Buy | 3,000 | 8.570 | 25,710.00 |
| 5/11/2007 | Buy | 3,000 | 8.570 | 25,710.00 |

| 5/14/2007 | Buy  | 2,000  | 8.4590  | 16,918.00 |
|-----------|------|--------|---------|-----------|
| 5/14/2007 | Buy  | 1,000  | 8.4490  | 8,449.00  |
| 5/15/2007 | Buy  | 1,000  | 8.390   | 8,390.00  |
| 5/15/2007 | Buy  | 2,000  | 8.310   | 16,620.00 |
| 5/17/2007 | Buy  | 2,000  | 8.2890  | 16,578.00 |
| 5/18/2007 | Buy  | 2,000  | 8.160   | 16,320.00 |
| 6/9/2007  | Sell | 400    | 9.40    | -3,760.00 |
| 7/17/2007 | Buy  | 3,000  | 9.170   | 27,510.00 |
| 7/17/2007 | Buy  | 600    | 9.1290  | 5,477.40  |
| 7/25/2007 | Buy  | 1,500  | 8.70    | 13,050.00 |
| 7/25/2007 | Buy  | 1,500  | 8.570   | 12,855.00 |
| 7/25/2007 | Buy  | 1,500  | 8.42880 | 12,643.20 |
| 7/26/2007 | Buy  | 3,000  | 7.9590  | 23,877.00 |
| 7/30/2007 | Buy  | 2,000  | 7.770   | 15,540.00 |
| 8/3/2007  | Buy  | 1,000  | 6.90    | 6,900.00  |
| 8/6/2007  | Buy  | 2,000  | 5.70    | 11,400.00 |
| 8/20/2007 | Sell | -8,400 | 1       | -8,400.00 |
| 8/23/2007 | Sell | -7,100 | 1.40810 | -9,997.51 |
| 8/28/2007 | Sell | -5,000 | 1.850   | -9,249.85 |
| 8/28/2007 | Sell | -3,000 | 1.8010  | -5,403.00 |

## OPTIONS

| Trade Date | Activity | Quantity | Terms | Price ($) | Principal Amount ($) |
|---|---|---|---|---|---|
| 3/19/2007 | Buy | 10 | Oct. at 7.5 | 1.550 | 1,550.00 |
| 4/11/2007 | Buy | 10 | Oct. at 7.5 | 1.050 | 1,050.00 |
| 5/2/2007 | Buy | 30 | Oct. at 7.5 | 1.150 | 3,450.00 |
| 7/26/2007 | Buy | 30 | Oct. at 7.5 | .950 | 2,850.00 |
| 7/26/2007 | Buy | 20 | Oct. at 7.5 | 1 | 2,000.00 |
| 7/26/2007 | Buy | 20 | Oct. at 7.5 | 1 | 2,000.00 |
| 8/1/2007 | Buy | 45 | Jan. at 5 | 2.20 | 9,900.00 |
| 8/1/2007 | Buy | 15 | Oct. at 5 | 2.10 | 3,150.00 |

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

**Reverend Dennis Koch**, hereby certifies that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the attached Class Action Complaint filed in <u>Kaplowitz v. Luminent Capital Mortgage, Inc., et al.</u>, Civil Action No. 07 4140 (N.D. Cal.) And have authorized counsel to file a similar complaint or to otherwise add my name as a lead plaintiff in these proceedings.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. To the best of my knowledge, the following are all my transactions in Luminet Mortgage Capital, Inc. ("Luminent") common stock during the period from May 10, 2007, through and including August 6, 12007: (1) on June 25, 2007, I bought 3,000 shares at $9.98 per share; (2) on June 27, 2007, I bought 6000 shares at $9.64 per share; and (3) on July 17, 2007, I bought 1000 shares at $9.17 per share.

5. I have not sought to serve within the last three years as a class representative in any case brought pursuant to the federal securities laws.

6. I will not accept any payment for serving as class representative on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

Signed under the penalties of perjury this _31_ day of August, 2007.

*Rev Dennis Koch*

Rev. Dennis Koch