Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
SSBNY@aol.com
Howard T. Longman
tsvi@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Jeffrey S. Abraham
jabraham@aftlaw.com
Lawrence D. Levit
llevit@aftlaw.com
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655

**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LEONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants. | CASE NO. 07-CV-04073 PJH<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE VIA ELECTRONIC DELIVERY**

I, Patrice L. Bishop, hereby certify that on October 9, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system:

**NOTICE OF MOTION AND MOTION BY WILLIAM F. KORNFELD, JR. AND DENNIS KOCH FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF MOTION BY WILLIAM F. KORNFELD, JR., AND DENNIS KOCH FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS**

**[PROPOSED] ORDER GRANTING WILLIAM KORNFELD, JR. AND DENNIS KOCH'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS**

Upon filing of the foregoing documents, the CM/ECF system sent notification of same to the e-mail address(es) denoted below, obtained through the CM/ECF system.

**Nadeem Faruqi**
nfaruqi@faruqilaw.com
**Nicole Catherine Lavallee**
nlavallee@bermanesq.com,ysoboleva@bermanesq.com
**Michael Andrew McShane**
mmcshane@audetlaw.com
**Adel A. Nadji**
anadji@audetlaw.com,hweinberg@audetlaw.com
**Shane Rowley**
srowley@faruqilaw.com
**Michael Lane Rugen**
Michael.Rugen@hellerehrman.com

I further certify that I served a copy(ies) of the above document(s) on the following non-CM/ECF participant(s) by depositing a copy(ies) in the United States mail, first-class postage prepaid, as follows:

Marc C. Gardy
GARDY & NOTIS, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
Tel: (201) 567-7377
Fax: (201) 457-7337

**Counsel for Plaintiff Joseph Leone**

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@csgrr.com

**Counsel for Plaintiffs in Related Actions, Rosenbaum Capital LLC and Elliott Greenberg**

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
Email: darrenr@csgrr.com
davidw@csgrr.com
katek@csgrr.com

**Counsel for Plaintiffs in Related Actions, Rosenbaum Capital LLC and Elliott Greenberg**

Sherrie R. Savett
Arthur Stock
Jeffrey L. Osterwise
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: ssavett@bm.net
astock@bm.net
josterwise@bm.net

**Counsel for Plaintiff in Related Action, Allen M. Metzger**

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Evan J. Smith
BRODSKY & SMITH, LLC
Two Bala Plaza
Suite 602
Bala Cynwyd, PA 19004
Tel: (610) 667-6200
Fax: (610) 667-9029

**Counsel for Plaintiff in Related Action, PEM Resources LP**

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
Email: SSBNY@aol.com
tsvi@aol.com

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
Email: jabraham@aftlaw.com
llevit@aftlaw.com

**Counsel for Plaintiff in Related Action, Howard J. Kaplowitz, IRA**

Alan R. Plutzik, Of Counsel
L. Timothy Fisher, Of Counsel
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598
Tel: (925) 945 0770
Fax: (925) 945-8792
Email: aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

John J. Soroko
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020

**Counsel for Defendants S. Trezevant Moore, Jr. and Christopher J. Zyda**

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 9th day of October, 2007 at Los Angeles, California.

/s/
Patrice L. Bishop
Declarant