1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:   415-433-3200
5  Facsimile:   415-433-6382

6  *Local Counsel*

7  Richard Bemporad (*pro hac vice* application pending)
   E-mail: rbemporad@lowey.com
8  David C. Harrison (*pro hac vice* application pending)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (*pro hac vice* application pending)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:   914-997-0500
12 Facsimile:   914-997-0035

13 *Attorneys for Movant Southern*

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16

17
18 JOSEPH LEONE, Individually And On Behalf of    | 3:07-cv-04073-PJH
   All Others Similarly Situated,                  |
19                                                 | **CLASS ACTION**
                          Plaintiff,               |
20                                                 | **DECLARATION OF ALLEN
         vs.                                       | DAYTON IN SUPPORT OF
21                                                 | MOTION BY SOUTHERN FOR
   S. TREZEVANT MOORE JR., CHRISTOPHER             | CONSOLIDATION OF RELATED
22 J. ZYDA, ELEANOR CORNFIELD MELTON,              | ACTIONS, APPOINTMENT AS
   RONALD VIERA, DIMITRIOS                         | LEAD PLAINTIFF, AND
23 PAPATHEOHARIS, AND LUMINENT                     | APPROVAL OF LEAD COUNSEL**
   MORTGAGE CAPITAL, INC.,                         |
24                                                 | Date:  November 28, 2007
                          Defendants.              | Time:  9:00 a.m.
25                                                 | Place: Courtroom 3, 17th Floor

26 [caption continued on next page]

27

28 [3:07-CV-04073-PJH] DECLARATION OF ALLEN DAYTON IN SUPPORT OF MOTION BY SOUTHERN FOR
   CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL AS LEAD COUNSEL
   2031 / DECL / 00084224.WPD v1

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | 3:07-cv-04096-PJH |
| HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | 3:07-cv-04140-PJH |
| ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | 3:07-cv-04141-PJH |

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>          Defendants. | 3:07-cv-04184-PJH |
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>          Defendants. | 3:07-cv-04686-PJH |

ALLEN DAYTON hereby declares, pursuant to 28 U.S.C. § 1746:

    1.    I am the sole shareholder and President of The Southern Improvement Co. ("Southern Improvement"), a company I formed to invest in the securities markets.

    2.    I am also the 95 percent shareholder and President of VSA, Inc. ("VSA"), a distributor of media and audiovisual products.

    3.    I exercise complete control, authority, and direction over the business activities of Southern Improvement and VSA. I conduct my own research and make all investment decisions with respect to trading in the securities accounts maintained by Southern Improvement and VSA.

    4.    I also maintain individual securities accounts. Together, the securities portfolios for Southern Improvement, VSA, and my personal accounts are valued at about $15 million.

[3:07-CV-04073-PJH] DECLARATION OF ALLEN DAYTON IN SUPPORT OF MOTION BY SOUTHERN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL AS LEAD COUNSEL
2031 / DECL / 00084224.WPD v1

5. I submit this declaration in support of the application made by Southern Improvement, VSA, and myself (collectively, "Southern") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel in this securities fraud litigation against Luminent Mortgage Capital, Inc. ("Luminent") and others, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

6. After conducting extensive research and analysis on Luminent, beginning in late June 2007, I purchased more than 160,000 shares of Luminent stock at prices ranging from about $8.00 to $10.00, for the Southern Improvement, the VSA, and my personal accounts, and held these shares through the end of the putative Class Period, which is August 6, 2007.

7. Following Luminent's adverse disclosures on August 6, 2007, I sold the entire position held by Southern, except for 5,410 shares, at prices ranging from $0.74 to $1.08 per share. Southern's losses on the stock transactions are more than $1.27 million. In addition, during the same period, I sold put options contracts for the Southern Improvement, the VSA, and my personal accounts, and sustained net losses of about $200,000. Southern's total losses are approximately $1.47 million, as set forth in the Certifications and Loss Analyses submitted herewith in Exhibit 1 to Declaration of David Harrison.

8. Southern is eminently qualified to lead this litigation, having sustained significant losses, detailed in the Loss Analyses, which in all probability make Southern the member of the class with the largest financial interest in the outcome of this litigation. Southern has both the wherewithal and financial interest to closely monitor and oversee the litigation for the benefit of purchasers of Luminent stock during the Class Period.

9. Southern has selected the firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC") to serve as Lead Counsel. LDBSC previously successfully represented VSA as a class member in a securities class action involving First Central Financial Corporation, in which LDBSC recovered 75 percent of VSA's investment losses. After suffering more than $1 million in investment losses in Luminent, I interviewed and retained LDBSC, which is one of

1  the most experienced and highly regarded securities litigation firms in the country.

2      10.   Southern will be kept abreast of court appearances, settlement discussions, and
3  other important proceedings and meetings, and will discuss all significant pleadings and
4  submissions with LDBSC before they are filed with the Court.

5      11.   Southern will also be advised and consulted by LDBSC before it submits any fee
6  application to this Court in the event of a successful recovery. (Any fee applications will, of
7  course, be subject to final approval of the Court.)

8      I declare, under penalty of perjury, that the foregoing is true and correct.
9  Executed this ___8th___ day of October, 2007.

10
11  _____
     ALLEN DAYTON
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [3:07-CV-04073-PJH] DECLARATION OF ALLEN DAYTON IN SUPPORT OF MOTION BY SOUTHERN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL AS LEAD COUNSEL
    2031 / DECL / 00084224.WPD v1    3