1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  *Local Counsel*

7  Richard Bemporad (*pro hac vice* application pending)
   E-mail: rbemporad@lowey.com
8  David C. Harrison (*pro hac vice* application pending)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (*pro hac vice* application pending)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Movant Southern*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>S. TREZEVANT MOORE JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFIELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants. | 3:07-cv-04073-PJH<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date:  November 28, 2007<br>Time:  9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

[caption continued on next page]

---

[3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
2031 / ORD / 00084214.WPD v1

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04096-PJH |
| HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04140-PJH |
| ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04141-PJH |

[3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
2031 / ORD / 00084214.WPD v1

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated<br><br>                    Plaintiff,<br><br>    vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | 3:07-cv-04184-PJH |
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated<br><br>                    Plaintiff,<br><br>    vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | 3:07-cv-04686-PJH |

After having considered the Motion of Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Southern"), the Memorandum of Points and Authorities in Support of Southern's Motion for Consolidation of Related Actions, Appointment As Lead Plaintiff, and Approval of Lead Counsel, the accompanying Declarations of David C. Harrison and Allen Dayton, and the proceedings had herein,

IT IS HEREBY ORDERED as follows:

**I.    CONSOLIDATION**

1.    Pursuant to Federal Rule of Civil Procedure 42 and § 78u-4(a)(3)(B)(ii) of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the following related actions are hereby consolidated for all purposes into one action:

---

[3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
2031 / ORD / 00084214.WPD v1

| **Abbreviated Case Name** | **Case Number** |
|---|---|
| *Joseph Leone v. Moore, et al.* | 3:07-04073-PJH |
| *Rosenbaum Capital LLC v. Luminent Mortgage Capital, Inc. et al.* | 3:07-04096-PJH |
| *Howard J. Kaplowitz IRA v. Luminent Mortgage Capital, Inc. et al.* | 3:07-04140-PJH |
| *Elliot Greenberg v. Luminent Mortgage Capital, Inc. et al.* | 3:07-04141-PJH |
| *PEM Resources LLP v. Luminent Mortgage Capital, Inc. et al.* | 3:07-04184-PJH |
| *Metzger v. Luminent Mortgage Capital, Inc. et al.* | 3:07-04686-PJH |

2. These actions shall be referred to as the "Consolidated Action." This order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same subject matter as in the Consolidated Action.

3. Every pleading in this Consolidated Action shall bear the following caption:

| In re LUMINENT MORTGAGE CAPITAL SECURITIES LITIGATION<br><br>This Document Relates To: | Master File No. 3:07-04073-PJH<br><br>**CLASS ACTION**<br><br>**[TITLE OF DOCUMENT]** |
|---|---|

4. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

5. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be consolidated as part of this Consolidated Action.

**II.   MASTER DOCKET AND MASTER FILE**

6. A Master Docket and Master File shall be established for the Consolidated

1  Action. The Master File shall be No. 3:07-04073-MJJ. All orders, pleadings, motions and other
2  documents shall, when filed and docketed in the Master file, be deemed filed and docketed in
3  each individual case to the extent applicable. When an order, pleading, motion or document is
4  filed with a caption indicating that it is applicable to fewer than all of these consolidated action,
5  the clerk shall file such pleadings in the Master File and note such filing in the Master Docket
6  and in the docket of each action referenced.

7  **III.    NEWLY-FILED OR TRANSFERRED ACTIONS**

8  7.    When a case that arises out of the subject matter of this action is hereinafter filed
9  in this Court or transferred to this Court from another court, the Clerk of this Court shall:

10            a.    file a copy of this Order in the separate file for such action;

11            b.    mail a copy of this Order to the attorneys for the plaintiff(s) in the newly
12  filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

13            c.    make the appropriate entry in the docket for this action.

14  8.    Each new case which arises out of the subject matter of this Consolidated Action
15  that is filed in this Court or transferred to this Court shall be consolidated with this action and
16  this Order shall apply thereto, unless a party objecting to this Order or any provision of this
17  Order, within ten (10) days after the date upon which a copy of this Order is served on counsel
18  for such party, files an application for relief from this Order or any provision herein and this
19  Court deems it appropriate to grant such application.

20  9.    During the pendency of this litigation, or until further order of this Court, the
21  parties shall take reasonable steps to preserve all documents within their possession, custody or
22  control, including computer-generated and stored information and materials such as
23  computerized data and electronic mail, containing information that is relevant to or which may
24  lead to discovery of information relevant to the subject matter of the pending litigation.

25  **IV.    APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF'S COUNSEL**

26  10.    The Court determines that Southern constitutes the "most adequate plaintiff"

27

28  [3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR CONSOLIDATION OF
RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
2031 / ORD / 00084214.WPD v1           3

1  pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") and
2  appoints Southern as Lead Plaintiff in this action.
3      11.   Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Exchange Act, has selected and
4  retained Lowey Dannenberg Bemporad Selinger & Cohen, P.C., as counsel to represent the
5  Class, and the Court approves said counsel as lead counsel.
6      IT IS SO ORDERED.

8  DATED: _____

   THE HONORABLE PHYLLIS J. HAMILTON
9  UNITED STATES DISTRICT JUDGE

28 [3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
2031 / ORD / 00084214.WPD v1            4