1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  *Local Counsel*

7  Richard Bemporad (*pro hac vice* application pending)
   E-mail: rbemporad@lowey.com
8  David C. Harrison (*pro hac vice* application pending)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (*pro hac vice* application pending)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York  10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Movant Southern*

14
                    UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  JOSEPH LEONE, Individually And On Behalf of All Others Similarly Situated, | 3:07-cv-04073-PJH |
| 18 | **CLASS ACTION** |
| 19                   Plaintiff, | **PROOF OF SERVICE BY FIRST-CLASS MAIL** |
| 20             vs. | |
| 21  S. TREZEVANT MOORE JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFIELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, AND LUMINENT MORTGAGE CAPITAL, INC., | Date:  November 28, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |
| 24                   Defendants. | |

25 [caption continued on next page]

26

27

28

[3:07-CV-04073-PJH] PROOF OF SERVICE BY FIRST-CLASS MAIL
2031 / SERV / 00084215.WPD v1

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>    Defendants. | 3:07-cv-04096-PJH |
| HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>    Defendants. | 3:07-cv-04140-PJH |
| ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>    Defendants. | 3:07-cv-04141-PJH |

[3:07-CV-04073-PJH] PROOF OF SERVICE BY FIRST-CLASS MAIL
2031 / SERV / 00084215.WPD v1

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated<br><br>   Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>   Defendants. | 3:07-cv-04184-PJH |
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated<br><br>   Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>   Defendants. | 3:07-cv-04686-PJH |

I, Tyler Kelly, certify that I am over eighteen years of age and am not a party to this action. On October 9, 2007, I served the following documents on the persons listed on the attached service list by first-class mail:

1. NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY SOUTHERN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL;

2. DECLARATION OF DAVID C. HARRISON IN SUPPORT OF MOTION BY SOUTHERN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL;

3. DECLARATION OF ALLEN DAYTON IN SUPPORT OF MOTION BY

SOUTHERN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL;

    4.    [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; and

    5.    PROOF OF SERVICE BY FIRST-CLASS MAIL.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed at San Francisco, California, on October 9, 2007.

*/s/ TYLER KELLY*

Luminent Mortgage Capital, Inc.
Service List

Adel A. Nadji
Michael Andrew McShane
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Phone: 415-982-1776
Fax: 415-576-1776
Email: anadji@audetlaw.com
Email: mmcshane@audetlaw.com
*Counsel for plaintiff Joseph Leone*

Nadeem Faruqi
Richard Schwartz
Shane Rowley
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Phone: 212-983-9330
Fax: 212-983-9331
Email: nfaruqi@faruqilaw.com
*Counsel for plaintiff Joseph Leone*

Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ 07632
Phone: 201-567-7377
Fax: (201) 457-7337
*Counsel for plaintiff Joseph Leone*

Shawn A. Williams
Dennis J. Herman
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street Suite 2600
San Francisco, CA 94111
Phone: 415-288-4545
Fax: 415-288-4534
Email: shawnw@csgrr.com
Email: dennish@csgrr.com
*Counsel for plaintiffs Elliot Greenberg and Rosenbaum Capital LLC*

2031 / LIST / 00084237.WPD v1

Catherine J Kowalewski
Darren Jay Robbins
David C. Walton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058
Fax: 619-231-7423
*Counsel for plaintiffs Elliot Greenberg and Rosenbaum Capital LLC*

Alan R Plutzik
Lawrence Timothy Fisher
Schiffrin Barroway Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
(925) 945-0770
Fax: 925-945-8792
Email: aplutzik@bramsonplutzik.com
Email: ltfisher@bramsonplutzik.com
*Counsel for plaintiff PEM Resources*

Arthur Stock
Jeffrey L. Osterwise
Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Fax: (215) 875-4604
*Counsel for plaintiff Allen M. Metzger*

Patrice L. Bishop
Stull, Stull & Brody
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
310-209-2468
Fax: 310-209-2087
Email: service@ssbla.com
*Counsel for plaintiff Howard J. Kaplowitz IRA*

Jeffrey S. Abraham
Lawrence D. Levit
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119
212-279-5050
Fax: 212-279-3655
Email: jabraham@aftlaw.com
Email: llevit@aftlaw.com
*Counsel for plaintiff Howard J. Kaplowitz IRA*

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
212-687-7320
Fax: 212-490-2022
*Counsel for plaintiff Howard J. Kaplowitz IRA*

Michael Lane Rugen
Heller Ehrman LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2878
Phone: 415-772-6000
Fax: 415-772-6268
Email: Michael.Rugen@hellerehrman.com
*Counsel for defendant Luminent Mortgage Capital Inc.*

John J. Soroko, Esq.
Duane Morris, LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Phone: 215-979-1124
Fax: 215-979-1020
Email: Soroko@duanemorris.com
*Counsel for defendants Christopher Zyda, Sewell Trezevant Moore Jr., and Gail P. Seneca*