1  Patrice L. Bishop (182256)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:   (310) 209-2087
5
   Jules Brody
6  SSBNY@aol.com
   Howard T. Longman
7  tsvi@aol.com
   STULL, STULL & BRODY
8  6 East 45th Street
   New York, NY 10017
9  Tel:    (212) 687-7230
   Fax:   (212) 490-2022
10
   Jeffrey S. Abraham
11 jabraham@aftlaw.com
   Lawrence D. Levit
12 llevit@aftlaw.com
   ABRAHAM, FRUCHTER & TWERSKY, LLP
13 One Penn Plaza
   Suite 2805
14 New York, NY  10119
   Tel:    (212) 279-5050
15 Fax:   (212) 279-3655

16 **Proposed Lead Counsel for Plaintiffs**

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20

21 | JOSEPH LEONE, Individually and on ) | CASE NO. 07-CV-04073 PJH |
   | Behalf of All Others Similarly Situated, ) | |
22 |                                      ) | **CLASS ACTION** |
   |                 Plaintiff,           ) | |
23 |        v.                            ) | **CERTIFICATION OF PATRICE L.** |
   |                                      ) | **BISHOP PURSUANT TO LOCAL RULE** |
24 | S. TREZEVANT MOORE, JR.,             ) | **3-7(d)** |
   | CHRISTOPHER J. ZYDA, ELEANOR         ) | |
25 | CORNFELD MELTON, RONALD VIERA,       ) | |
   | DIMITRIOS PAPATHEOHARIS,             ) | |
26 | LUMINENT MORTGAGE CAPITAL,           ) | |
   | INC.,                                ) | |
27 |                                      ) | |
   |                 Defendants.          ) | |
28 |_____) | |

1    I, Patrice L. Bishop, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California.

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 9th day of October, 2007 at Los Angeles, California.

/s/
Patrice L. Bishop

**PROOF OF SERVICE VIA ELECTRONIC DELIVERY**

I, Patrice L. Bishop, hereby certify that on October 9, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system:

**CERTIFICATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)**

Upon filing of the foregoing documents, the CM/ECF system sent notification of same to the e-mail address(es) denoted below, obtained through the CM/ECF system.

**Nadeem Faruqi**
  nfaruqi@faruqilaw.com
**Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
**Michael Andrew McShane**
  mmcshane@audetlaw.com
**Adel A. Nadji**
  anadji@audetlaw.com,hweinberg@audetlaw.com
**Shane Rowley**
  srowley@faruqilaw.com
**Michael Lane Rugen**
  Michael.Rugen@hellerehrman.com

I further certify that I served a copy(ies) of the above document(s) on the following non-CM/ECF participant(s) by depositing a copy(ies) in the United States mail, first-class postage prepaid, as follows:

| | |
|---|---|
| Marc C. Gardy<br>GARDY & NOTIS, LLP<br>440 Sylvan Avenue<br>Suite 110<br>Englewood Cliffs, NJ 07632<br>Tel:    (201) 567-7377<br>Fax:   (201) 457-7337<br><br>**Counsel for Plaintiff Joseph Leone** | Shawn A. Williams<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111<br>Tel:    (415) 288-4545<br>Fax:   (415) 288-4534<br>Email: shawnw@csgrr.com<br><br>**Counsel for Plaintiffs in Related Actions, Rosenbaum Capital LLC and Elliott Greenberg**<br><br>Darren J. Robbins<br>David C. Walton<br>Catherine J. Kowalewski<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Tel:    (619) 231-1058<br>Fax:   (619) 231-7423<br>Email: darrenr@csgrr.com<br>         davidw@csgrr.com<br>         katek@csgrr.com<br><br>**Counsel for Plaintiffs in Related Actions, Rosenbaum Capital LLC and Elliott Greenberg** |

CERTIFICATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\PLB 3-7d NOT.wpd

| | |
|---|---|
| Sherrie R. Savett<br>Arthur Stock<br>Jeffrey L. Osterwise<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel:   (215) 875-3000<br>Fax:  (215) 875-4604<br>Email: ssavett@bm.net<br>          astock@bm.net<br>          josterwise@bm.net<br><br>**Counsel for Plaintiff in Related Action, Allen M. Metzger**<br><br>Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:   (610) 667-7706<br>Fax:  (610) 667-7056<br><br>Evan J. Smith<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004<br>Tel:   (610) 667-6200<br>Fax:  (610) 667-9029<br><br>**Counsel for Plaintiff in Related Action, PEM Resources LP** | Jules Brody<br>Howard T. Longman<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel:   (212) 687-7230<br>Fax:  (212) 490-2022<br>Email: SSBNY@aol.com<br>          tsvi@aol.com<br><br>Jeffrey S. Abraham<br>Lawrence D. Levit<br>ABRAHAM, FRUCHTER & TWERSKY, LLP<br>One Penn Plaza<br>Suite 2805<br>New York, NY 10119<br>Tel:   (212) 279-5050<br>Fax:  (212) 279-3655<br>Email: jabraham@aftlaw.com<br>          llevit@aftlaw.com<br><br>**Counsel for Plaintiff in Related Action, Howard J. Kaplowitz, IRA** |

CERTIFICATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\PLB 3-7d NOT.wpd

| | |
|---|---|
| Alan R. Plutzik, Of Counsel<br>L. Timothy Fisher, Of Counsel<br>SCHIFFRIN BARROWAY TOPAZ &<br>KESSLER, LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598<br>Tel:   (925) 945 0770<br>Fax:  (925) 945-8792<br>Email: aplutzik@bramsonplutzik.com<br>          ltfisher@bramsonplutzik.com | John J. Soroko<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>Tel:   (215) 979-1000<br>Fax:  (215) 979-1020<br><br>**Counsel for Defendants S. Trezevant Moore, Jr. and Christopher J. Zyda** |

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 9th day of October, 2007 at Los Angeles, California.

                                                                                  /s/<br>                                                                           Patrice L. Bishop<br>                                                                           Declarant

CERTIFICATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\PLB 3-7d NOT.wpd