Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
350 5th Avenue, Suite 5508
New York, New York 10118
Telephone:   (212) 686-1060
Facsimile:    (212) 202-3827

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE and ALLEN M. METZGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br><br>Defendants. | No. C-07-4073-PJH<br>CLASS ACTION<br><br>**DECLARATION OF LAURENCE M. ROSEN**<br><br>Hearing Information:<br>**Date: November 14, 2007**<br>**Time: 9:00 a.m.**<br>**Ctrm: 3, 17th Floor** |
| ELLIOT GREENBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br><br>Defendants. | No. C-07-04141-PJH<br>CLASS ACTION |

*[caption continues]*

0

**DECLARATION OF LAURENCE M. ROSEN**

| | |
|---|---|
| PEM RESOURCES LP, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br><br>      Defendants. | No. C-07 -04184-PJH<br>CLASS ACTION |
| ALLEN M. METZGER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br><br>      Defendants. | No. C-07-4686-PJH<br>CLASS ACTION |

I Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of the Rosen Law Firm, P.A., counsel for movant Harry Pogach ("Movant"). I make this declaration in support of Movant's motion for consolidation of the related action, appointment as Lead Plaintiff and approval of Movant's selection of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto a true and correct copies of the following documents:

  Exhibit 1:  PSLRA early notice issued by a law firm;

  Exhibit 2:  PSLRA certification of Movant;

  Exhibit 3:  Loss Chart; and

1

**DECLARATION OF LAURENCE M. ROSEN**

1         Exhibit 4:    Rosen Law Firm Resume.

2     I declare under penalty of perjury under the laws of the State of California and the

3 United States of America that the foregoing is true and correct.

4     Executed this 9th day of October, 2007, New York, New York.

5                               /s/ Laurence M. Rosen

6                               Laurence M. Rosen

7

8

...

28

**DECLARATION OF LAURENCE M. ROSEN**

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby certify that on October 9, 2007, a true and correct copy following DECLARATION OF LAURENCE M. ROSEN was served via CM/ECF which sent notification to such filing to counsel of record.

Additionally, pursuant to the Local Civil Rules of this Court, I concurrently caused the aforementioned document to be posted at the following Designated Internet Site: http://securities.stanford.edu.

THE ROSEN LAW FIRM, P.A.

_____/s/ Laurence M. Rosen____
Laurence M. Rosen

**DECLARATION OF LAURENCE M. ROSEN**

3