# Exhibit 2

```
From: postmaster@rosenlegal.com
Date: 2007/08/08 Wed PM 03:31:56 CDT
To:
Subject: Confirmation of Receipt of Certification
```

Confirmation of Receipt of CertificationDear Harry  A Pogach,

We have received your certification in the Luminent Mortgage Capital class action litigation. Thank you for submitting your information. Below is a copy of your certification - please retain it for your records. If you have any questions, please feel free to contact us at 1-866-rosenlegal(866-767-3653) or via e-mail at info@rosenlegal.com.

With increasing frequency, we find that our new clients were victimized by more than one company. If you think you may have lost monies in the market due to the dishonest acts or statements of a different company and would like it to be investigated, free of charge, please email us at reportfraud@roseenlegal.com.

Sincerely,

The Rosen Law Firm P.A.

--------

CERTIFICATION

Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Luminent Mortgage Capital.  The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Luminent Mortgage Capital Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name: Harry

Last name: Pogach

Address:

City:

State, Zip:

Email:

Phone:

The Plaintiff Certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

1

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Shares Purchased:

Purchase Date(s): 04/04/2007
Number of shares: 6000
Price per Share: 8.91

Purchase Date(s): 06/25/2007
Number of shares: 1000
Price per Share: 9.74

Purchase Date(s): 06/27/2007
Number of shares: 1000
Price per Share: 9.51

Purchase Date(s): 06/28/2007
Number of shares: 1000
Price per Share: 9.96

Purchase Date(s): 06/28/2007
Number of shares: 1200
Price per Share: 10.00

Purchase Date(s): 06/28/2007
Number of shares: 2000
Price per Share: 10.01

Purchase Date(s): 06/28/2007
Number of shares: 800
Price per Share: 10.04

Purchase Date(s): 03/20/2007
Number of shares: 2000
Price per Share: 8.90


Shares Sold:

Sale Date(s): 05/10/2007
Number of shares: 2000
Price per Share: 8.98


7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

2

```
I declare under penalty of perjury, under the laws of the United States, that the
information entered is accurate: yes

By clicking on the button below, I intend to sign and execute this agreement: yes

Clicked to Submit Certification in the Luminent Mortgage Capital Action

Signed pursuant to California Civil Code Section 1633.1, et seq. - Uniform Electronic
Transactions Act

-------------

Confidential Information

The information in this e-mail message is privileged and confidential information intended
only for the use of the individual or entity named above.  If the reader of this message
is not the intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication is strictly prohibited.  If you have
received this communication in error, please immediately notify us by telephone
(866-767-3653) and return the original message to the above e-mail address.  Thank you.

-------------
```