Exhibit 3

## HARRY POGACH

| PURCHASE DATE | # SHARES PURCHASED | PRICE PAID PER SHARE | COST | DATE SOLD | # SHARES SOLD | PRICE SOLD PER SHARE | PROCEEDS | HELD SHARES | VALUE OF HELD SHARES ($1.44) | LOSS |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2007 | 6000 | ($8.91) | (53,460.00) | 5/10/2007 | 2000 | $8.98 | $17,960.00 | | | |
| 6/25/2007 | 1000 | ($9.74) | (9,740.00) | | | | | | | |
| 6/27/2007 | 1000 | ($9.51) | (9,510.00) | | | | | | | |
| 6/28/2007 | 1000 | ($9.96) | (9,960.00) | | | | | | | |
| 6/28/2007 | 1200 | ($10.00) | (12,000.00) | | | | | | | |
| 6/28/2007 | 2000 | ($10.01) | (20,020.00) | | | | | | | |
| 6/28/2007 | 800 | ($10.04) | (8,032.00) | | | | | | | |
| 3/30/2007 | 2000 | ($8.90) | (17,800.00) | | | | | | | |
| | **15,000 TOTAL** | | **(140,522.00)** | | **2,000 TOTAL** | | **$17,960.00** | **13000** | **$18,720.00** | **($103,842.00)** |