Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
350 5th Avenue, Suite 5508
New York, New York 10118
Telephone:    (212) 686-1060
Facsimile:    (212) 202-3827

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE and ALLEN M. METZGER, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br>　　　　　　　　　Defendants. | No. C-07-4073-PJH<br>CLASS ACTION<br><br>**CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN**<br><br>Hearing Information:<br>**Date: November 14, 2007**<br>**Time: 9:00 a.m.**<br>**Ctrm: 3, 17th Floor** |
| ELLIOT GREENBERG, on behalf of himself and all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br>　　　　　　　　　Defendants. | No. C-07-04141-PJH<br>CLASS ACTION |

*[caption continues]*

0
**CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN**

| | |
|---|---|
| PEM RESOURCES LP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br><br>Defendants. | No. C-07 -04184-PJH<br>CLASS ACTION |
| ALLEN M. METZGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et. al.<br>Defendants. | No. C-07-4686-PJH<br>CLASS ACTION |

## CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN

## PURSUANT TO LOCAL CIVIL RULE 3-7(d)

Pursuant to Local Civil Rule 3.7-(D), I Laurence M. Rosen, declares and says:

1. I am Proposed Lead Counsel for Harry Pogach in the above-captioned cases pending in this Court. I am an attorney duly admitted to practice law in the State of California and before this Court.

2. I do not directly own or otherwise have a beneficial interest in securities that the subject of this action.

1
**CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN**

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States of America that the foregoing is true and correct.
3  Executed this 9th day of October, 2007, New York, New York.

/s/ Laurence M. Rosen
Laurence M. Rosen

1
2 <u>CERTIFICATE OF SERVICE</u>
3    I, Laurence M. Rosen, hereby certify that on October 9, 2007, a true and correct
4 copy following CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN was
5 served via CM/ECF which sent notification to such filing to counsel of record.
6    Additionally, pursuant to the Local Civil Rules of this Court, I concurrently
7 caused the aforementioned document to be posted at the following Designated Internet
8 Site: http://securities.stanford.edu.
9
10
11
12               THE ROSEN LAW FIRM, P.A.
13               _____/s/ Laurence M. Rosen____
               Laurence M. Rosen
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
**CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN**