# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et al.,<br><br>Defendants. | No. C-07-04073-PJH<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL** |
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et al.,<br><br>Defendants. | No. C-07-04096-PJH<br><br>**CLASS ACTION** |
| HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et al.,<br><br>Defendants. | No. C-07-04140-PJH<br><br>**CLASS ACTION** |

| | |
|---|---|
| ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et al.,<br><br>    Defendants. | No. C-07-04141-PJH<br><br>**CLASS ACTION** |
| PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et al.,<br><br>    Defendants. | No. C-07-04184-PJH<br><br>**CLASS ACTION** |
| ALLEN M. METZGER, Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., et al.,<br><br>    Defendants. | No. C-07-04686-PJH<br><br>**CLASS ACTION** |

Upon the motion of the Sharenow Group Consolidate Related Actions and Appoint Lead Plaintiff and Lead and Liaison Counsel and all proceedings in connection therewith it is hereby ORDERED that:

1.   *Rosenbaum Capital, LLC* v. *Luminent Mortgage Capital, Inc., et al.,* No. C-07-04096-PJH, *Ira* v. *Luminent Mortgage Capital, Inc., et al.,* No. C-07-040140-PJH, *Greenberg v. Luminent Mortgage Capital, Inc., et al.,* No. C-07-04141-PJH, *PEM Resources, LP v.*

*Luminent Mortgage Capital, Inc., et al.,* No. C-07-04184-PJH, and *Metzger v. Luminent Mortgage Capital, Inc., et al.,* No. C-07-04686-PJH are hereby consolidated with *Leone v. Luminent Mortgage Capital, Inc., et al.,* No. C-07-04073-PJH, for all purposes;

    2.    The members of the Sharenow Group, Joel Sharenow, Bradley Burns and Rajiv Kumar Prasad, are hereby appointed as lead plaintiff;

    3.    Gardy & Notis, LLP and Faruqi & Faruqi, LLP are hereby appointed as plaintiffs' Lead Counsel, and Audet & Partners, LLP is hereby appointed as plaintiffs' Liaison Counsel; and

    4.    Plaintiffs' Lead Counsel shall file a consolidated complaint no later than 30 days from the date hereof.

Dated: _____

                                UNITED STATES DISTRICT JUDGE