<u>**PROOF OF SERVICE**</u>

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF THE SHARENOW GROUP TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL;**

**DECLARATION OF JAMES S. NOTIS IN SUPPORT OF THE MOTION OF THE SHARENOW GROUP TO CONSOLIDATE RELATED ACTIONS AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL;**

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL; and**

**PROOF OF SERVICE**

on the parties shown below:

**SEE ATTACHED LIST**

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☒ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3  Executed on this 9th day of October, 2007 at San Francisco, California.



**Plaintiffs' Counsel**

| | |
|---|---|
| Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Julie J. Bai<br>**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**<br>425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>jtabacco@bermanesq.com<br>cheffelfinger@bermanesq.com<br>jbai@bermanesq.com<br><br>**Counsel for Allen M. Metzger** | Sherrie R. Savett<br>Arthur Stock<br>Jeffrey L. Osterwise<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>astock@bm.net<br>josterwise@bm.net<br>ssavett@bm.net<br><br>**Counsel for Allen M. Metzger** |
| Michael A. McShane<br>Adel A. Nadji<br>**AUDET & PARTNERS LLP**<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br>mmcshane@audetlaw.com<br>anadji@audetlaw.com<br><br>**Counsel for Joseph Leone** | Nadeem Faruqi<br>Shane Rowley<br>Richard Schwartz<br>**FARUQI & FARUQI**<br>369 Lexington Ave, 10th Floor<br>New York, NY 10017<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>nfaruqi@faruqilaw.com<br>srowley@faruqilaw.com<br>rschwartz@faruqilaw.com<br><br>**Counsel for Joseph Leone** |
| Mark C. Gardy<br>**GARDY & NOTIS, LLP**<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, NJ 07632<br>Telephone: (201) 567-7377<br>Facsimile: (201) 457-7337<br>mgardy@gardylaw.com<br><br>**Counsel for Joseph Leone** | Patrice L. Bishop<br>**STULL, STULL & BRODY**<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024<br>Telephone: (310) 209-2468<br>Facsimile: (310) 209-2087<br>service@ssbla.com<br><br>**Counsel for Howard J. Kaplowitz IRA** |

1

| | |
|---|---|
| Jules Brody<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7320<br>Facsimile: (212) 490-2022<br>ssbny@aol.com<br><br>**Counsel for Howard J. Kaplowitz IRA** | Jeffrey S. Abraham<br>Lawrence D. Levit<br>**ABRAHAM FRUCHTER &**<br>**TWERSKY LLP**<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>Telephone: (212) 279-5050<br>Facsimile: (212) 279-3655<br>jabraham@aftlaw.com<br>llevit@aftlaw.com<br><br>**Counsel for Howard J. Kaplowitz IRA** |
| Darren J. Robbins<br>David C. Walton<br>Catherine J. Kowalewski<br>**COUGHLIN STOIA GELLER RUDMAN**<br>**& ROBBINS LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>**Counsel for Elliot Greenberg and**<br>**Rosenbaum Capital LLC** | Shawn A. Williams<br>**COUGHLIN STOIA GELLER RUDMAN**<br>**& ROBBINS LLP**<br>100 Pine Street Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>shawnw@csgrr.com<br><br>**Counsel for Elliot Greenberg and**<br>**Rosenbaum Capital LLC** |
| Lawrence Timothy Fisher<br>Alan R Plutzik<br>**SCHIFFRIN BARROWAY TOPAZ &**<br>**KESSLER LLP**<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792<br>ltfisher@bramsonplutzik.com<br>tfisher@sbtklaw.com<br>aplutzik@sbtklaw.com<br><br>**Counsel for PEM Resources LP** | |

2

| Defendants' Counsel ||
|---|---|
| Michael L. Rugen<br>**HELLER EHRMAN LLP**<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268<br>michael.rugen@hellerehrman.com<br><br>**Counsel for Defendants** | Daniel J. Dunne<br>**HELLER EHRMAN LLP**<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7098<br>Telephone: (206) 447-0900<br>Facsimile: (206) 447-0849<br>daniel.dunne@hellerehrman.com<br><br>**Counsel for Defendants** |