```
1   MARK LABATON #159555
    KREINDLER & KREINDLER LLP
2   707 Wilshire Boulevard
    Los Angeles, California 90017
3   Telephone: (213) 622-6469
    Facsimile: (213) 622-6019
4   Email: mlabaton@kreindler.com

5   Local Counsel

6   LABATON SUCHAROW LLP
    CHRISTOPHER J. KELLER
7   ANDREI V. RADO
    ALAN I. ELLMAN
8   140 Broadway
9   New York, New York 10005
    Telephone: (212) 907-0700
10  Facsimile: (212) 818-0477
    Email: info@labaton.com
11
    Proposed Lead Counsel and Counsel for Plaintiff
12  State-Boston Retirement System and Norfolk County
    Retirement System
13
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, and LUMINENT MORTGAGE CAPITAL, INC.,<br><br>    Defendants. | Civil Action No.: 3:07-CV-04073-PJH<br><br><u>CLASS ACTION</u><br><br>Honorable Phyllis J. Hamilton<br><br><u>Hearing</u><br><br>Date: Nov. 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |

*(Additional Captions on the Following Page)*

**NOTICE OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | | |
|---|---|---|
| 1 | ROSENBAUM CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| 2 | | ) |
| 3 | Plaintiff, | ) Civil Action No.: 3:07-CV-04096-PJH |
| 4 | vs. | ) CLASS ACTION |
| 5 | | ) Honorable Phyllis J. Hamilton |
| 6 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER ZYDA, | ) Hearing |
| 7 | | ) Date: Nov. 14, 2007<br>Time: 9:00 a.m. |
| 8 | Defendants. | ) Courtroom: 3 |

| | | |
|---|---|---|
| 10 | HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| 11 | | ) |
| 12 | Plaintiff, | ) Civil Action No.: 3:07-CV-04140-PJH |
| 13 | vs. | ) CLASS ACTION |
| 14 | | ) Honorable Phyllis J. Hamilton |
| 15 | LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | ) Hearing |
| 16 | | ) Date: Nov. 14, 2007<br>Time: 9:00 a.m. |
| 17 | Defendants. | ) Courtroom: 3 |

| | | |
|---|---|---|
| 19 | ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated, | )<br>) |
| 20 | Plaintiff, | ) Civil Action No.: 3:07-CV-04141-PGH |
| 21 | vs. | ) CLASS ACTION |
| 22 | | ) Honorable Phyllis J. Hamilton |
| 23 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | ) Hearing |
| 24 | | ) Date: Nov. 14, 2007<br>Time: 9:00 a.m. |
| 25 | Defendants. | ) Courtroom: 3 |

|   |   |   |
|---|---|---|
| 1 | PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| 2 |   | ) |
| 3 | Plaintiff, | ) Civil Action No.: 3:07-CV-04184-PJH |
| 4 | vs. | ) CLASS ACTION |
| 5 |   | ) Honorable Phyllis J. Hamilton |
| 6 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA | ) Hearing |
| 7 |   | ) Date: Nov. 14, 2007<br>) Time: 9:00 a.m. |
| 8 | Defendants. | ) Courtroom: 3 |

|   |   |   |
|---|---|---|
| 11 | ALLEN M. METZGER, Individually and On Behalf of All Others Similarly Situated, | )<br>) |
| 12 |   | ) |
| 13 | Plaintiff, | ) Civil Action No.: 3:07-CV-04686-PJH |
| 14 | vs. | ) CLASS ACTION |
| 15 |   | ) Honorable Phyllis J. Hamilton |
| 16 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA | ) Hearing |
| 17 |   | ) Date: Nov. 14, 2007<br>) Time: 9:00 a.m. |
| 18 | Defendants. | ) Courtroom: 3 |

      **PLEASE TAKE NOTICE** that State-Boston Retirement System and the Norfolk County Retirement System ("Boston and Norfolk") will respectfully move this Honorable Court on November 14, 2007 in the Courtroom of the Honorable Phyllis J. Hamilton, Courtroom 3, for an order pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and Rule 42 of the Federal Rules of Civil Procedure: (i) consolidating the related actions against Luminent Mortgage Capital, Inc.; (ii) appointing Boston and Norfolk as lead plaintiff in the action; and (ii) approving Boston and Norfolk's selection of Labaton Sucharow LLP as Lead Counsel for the Class.

      The grounds for this motion are stated in the attached memorandum of points and authorities in support of this motion and the Declaration of Alan I. Ellman submitted herewith.

      Boston and Norfolk is unaware of any other opposing movants for appointment as lead plaintiff, and was therefore unable to discuss with opposing counsel the contemplated motion. Counsel for defendants have not made an appearance in the action.

      A copy of this Notice has been sent to all parties on the attached proof of service.

Dated: October 9, 2007                  Respectfully submitted,

                                                    By: /s/ Mark Labaton
                                                        Mark Labaton (#159555)
                                            **KREINDLER & KREINDLER LLP**
                                            707 Wilshire Boulevard
                                            Los Angeles, California 90017
                                            Telephone: (213) 622-6469
                                            Facsimile: (213) 622-6019

                                            *Local Counsel*

3:07-cv-04073-PJH
NOTICE OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LABATON SUCHAROW LLP
Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Attorneys for State-Boston Retirement System and Norfolk County Retirement System and Proposed Lead Counsel for the Class*

3:07-cv-04073-PJH
NOTICE OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

2