MARK LABATON #159555
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: mlabaton@kreindler.com

*Local Counsel*

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALAN I. ELLMAN
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: info@labaton.com

*Proposed Lead Counsel and Counsel for Plaintiff*
*State-Boston Retirement System and Norfolk County*
*Retirement System*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:07-CV-04073-PJH ) |
| vs. | ) <u>CLASS ACTION</u> ) |
|  | ) Honorable Phyllis J. Hamilton ) |
| S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, and LUMINENT MORTGAGE CAPITAL, INC., | ) <u>Hearing</u> ) ) Date: Nov. 14, 2007 ) Time: 9:00 a.m. ) Courtroom: 3 ) ) |
| Defendants. | ) ) |

*(Additional Captions on the Following Page)*

**[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | | |
|---|---|---|
| 1 | | |
| 2 | ROSENBAUM CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| 3 | Plaintiff, | ) Civil Action No.: 3:07-CV-04096-PJH ) |
| 4 | vs. | ) CLASS ACTION ) |
| 5 | | ) Honorable Phyllis J. Hamilton ) |
| 6 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER ZYDA, | ) Hearing ) ) Date:  Nov. 14, 2007 |
| 7 | | ) Time: 9:00 a.m. |
| 8 | Defendants. | ) Courtroom: 3 ) |
| 9 | | ) ) |
| 10 | | ) |
| 11 | HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| 12 | Plaintiff, | ) Civil Action No.: 3:07-CV-04140-PJH ) |
| 13 | vs. | ) CLASS ACTION ) |
| 14 | | ) Honorable Phyllis J. Hamilton ) |
| 15 | LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | ) Hearing ) ) Date:  Nov. 14, 2007 |
| 16 | Defendants. | ) Time: 9:00 a.m. |
| 17 | | ) Courtroom: 3 ) |
| 18 | | ) |
| 19 | ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated, | ) ) |
| 20 | Plaintiff, | ) ) Civil Action No.: 3:07-CV-04141-PJH |
| 21 | vs. | ) ) CLASS ACTION |
| 22 | | ) ) Honorable Phyllis J. Hamilton |
| 23 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | ) ) |
| 24 | | ) Hearing ) |
| 25 | Defendants. | ) Date:  Nov. 14, 2007 ) Time: 9:00 a.m. |
| 26 | | ) Courtroom: 3 ) |
| 27 | | ) ) |
| 28 | | ) ) |

3:07-cv-04073-PJH
[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF STATE-BOSTON RETIREMENT AND NORFOLK
COUNTY RETIREMENT SYSTEM AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

1   PEM RESOURCES LP, Individually and On          )
    Behalf of All Others Similarly Situated,        )
2                                                    )
                        Plaintiff,                   )   Civil Action No.: 3:07-CV-04184-PJH
3                                                    )
            vs.                                      )   CLASS ACTION
4                                                    )
                                                     )   Honorable Phyllis J. Hamilton
5   LUMINENT MORTGAGE CAPITAL,                       )
    INC., GAIL P. SENECA, SEWELL                     )   Hearing
6   TREZEVANT MOORE, JR., and                        )
    CHRISTOPHER J. ZYDA                              )   Date:  Nov. 14, 2007
7                                                    )   Time:  9:00 a.m.
                        Defendants.                  )   Courtroom: 3
8                                                    )
                                                     )
9                                                    )
    ─────────────────────────────────               )
10                                                   )
    ALLEN M. METZGER, Individually and              )
11  On Behalf of All Others Similarly Situated,     )
                                                     )
12                      Plaintiff,                   )   Civil Action No.: 3:07-CV-04686-PJH
                                                     )
13          vs.                                      )   CLASS ACTION
                                                     )
14                                                   )   Honorable Phyllis J. Hamilton
    LUMINENT MORTGAGE CAPITAL,                       )
15  INC., GAIL P. SENECA, SEWELL                     )   Hearing
    TREZEVANT MOORE, JR., and                        )
16  CHRISTOPHER J. ZYDA                              )   Date:  Nov. 14, 2007
                                                     )   Time:  9:00 a.m.
17                      Defendants.                  )   Courtroom: 3
                                                     )
18                                                   )
                                                     )
19  ─────────────────────────────────               )

20

21

22

23

24

25

26

27

28

1    Having considered the motion of State-Boston Retirement System and Norfolk County

2    Retirement System ("Boston and Norfolk") for consolidation of the related actions, to be

3    appointed Lead Plaintiff, and for approval of Lead Plaintiff's selection of Lead Counsel, the

4    Memorandum of Points and Authorities in support thereof, the Declaration of Alan I. Ellman in

5    support of that motion, and good cause appearing therefore,

6       IT IS HEREBY ORDERED THAT:

7       1.    The motion of Boston and Norfolk is granted.

8       2.    The above-captioned actions are consolidated for all purposes (the "Consolidated

9    Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that

10   relates to the same subject matter that is subsequently filed in this Court or is transferred to this

11   Court and is consolidated with the Consolidated Action.

12      3.    A Master File is established for this proceeding.  The Master File shall be Civil

13   Action No. 3:07-cv-04073-PJH.  The Clerk shall file all pleadings in the Master File and note

14   such filings on the Master Docket.

15      4.    An original of this Order shall be filed by the Clerk in the Master File.

16      5.    The Clerk shall mail a copy of this Order to counsel of record in the Action.

17      6.    Every pleading in the Consolidated Action shall have the following caption:

18

19   IN RE LUMINENT MORTGAGE          )      Civil Action No. 3:07-CV-04073-PJH
     CAPITAL, INC. SECURITIES         )
20   LITIGATION                       )
                                      )
21

22      7.    The Court requests the assistance of counsel in calling to the attention of the Clerk

23   of this Court the filing or transfer of any case that might properly be consolidated as part of the

24   Consolidated Action.

25      8.    When a case that arises out of the same subject matter of the Consolidated Action

26   is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

27      (a)    File a copy of this Order in the separate file for such action;

28

1          (b)     Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly

2    filed or transferred case and to any new defendant(s) in the newly-filed case; and

3          (c)     Make the appropriate entry in the Master Docket for the Consolidated

4    Action.

5    9.     Each new case that arises out of the subject matter of the Consolidated Action

6    which is filed in this Court or transferred to this Court, shall be consolidated with the

7    Consolidated Action, and this Order shall apply thereto, unless a party objects to consolidation,

8    as provided for herein, or any provision of this Order, within ten (10) days after the date upon

9    which a copy of this Order is served on counsel for such party, by filing an application for relief,

10   and this Court deems it appropriate to grant such application.  Nothing in the forgoing shall be

11   construed as a waiver of the defendants' right to object to consolidation of any subsequently filed

12   or transferred related action.

13   10.     Boston and Norfolk are appointed to serve as Lead Plaintiff in the above-

14   captioned Consolidated Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

15   11.     The law firm of Labaton Sucharow LLP is hereby approved as Lead Counsel for

16   the Class.  Lead Counsel shall have the authority to speak for all plaintiffs and class members in

17   all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion

18   practice, trial and settlement.

19

20        IT IS SO ORDERED.

21   This ___ day of _____, 2007

22

23   _____

24   United States District Judge

25

26

27

28

[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK
COUNTY RETIREMENT SYSTEM AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL