```
1  MARK LABATON #159555
   KREINDLER & KREINDLER LLP
2  707 Wilshire Boulevard
   Los Angeles, California 90017
3  Telephone: (213) 622-6469
   Facsimile: (213) 622-6019
4  Email: mlabaton@kreindler.com

5  Local Counsel

6  LABATON SUCHAROW LLP
   CHRISTOPHER J. KELLER
7  ANDREI V. RADO
   ALAN I. ELLMAN
8
   140 Broadway
9  New York, New York 10005
   Telephone: (212) 907-0700
10 Facsimile: (212) 818-0477
   Email: info@labaton.com
11
   Proposed Lead Counsel and Counsel for Plaintiff
12 State-Boston Retirement System and Norfolk County
   Retirement System
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No.: 3:07-CV-04073-PJH |
| vs. | <u>CLASS ACTION</u> |
| | Honorable Phyllis J. Hamilton |
| S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, and LUMINENT MORTGAGE CAPITAL, INC., | Hearing<br><br>Date: Nov. 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| Defendants. | |

*(Additional Captions on the Following Page)*

**PROOF OF SERVICE**

3:07-cv-04073-PJH
PROOF OF SERVICE

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER ZYDA,<br><br>　　　　　　Defendants. | Civil Action No.: 3:07-CV-04096-PJH<br><br>CLASS ACTION<br><br>Honorable Phyllis J. Hamilton<br><br>Hearing<br><br>Date: Nov. 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>　　　　　　Defendants. | Civil Action No.: 3:07-CV-04140-PJH<br><br>CLASS ACTION<br><br>Honorable Phyllis J. Hamilton<br><br>Hearing<br><br>Date: Nov. 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>　　　　　　Defendants. | Civil Action No.: 3:07-CV-04141-PGH<br><br>CLASS ACTION<br><br>Honorable Phyllis J. Hamilton<br><br>Hearing<br><br>Date: Nov. 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |

| | | |
|---|---|---|
| 1 | PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| 2 | | |
| 3 | Plaintiff, ) ) | Civil Action No.: 3:07-CV-04184-PJH |
| 4 | vs. ) | <u>CLASS ACTION</u> |
| 5 | ) ) | Honorable Phyllis J. Hamilton |
| 6 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA ) ) ) ) | <u>Hearing</u> |
| 7 | | Date: Nov. 14, 2007<br>Time: 9:00 a.m. |
| 8 | Defendants. ) | Courtroom: 3 |
| 9 | ) ) | |
| 10 | ) | |
| 11 | ALLEN M. METZGER, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| 12 | | |
| 13 | Plaintiff, ) ) | Civil Action No.: 3:07-CV-04686-PJH |
| 14 | vs. ) | <u>CLASS ACTION</u> |
| 15 | ) ) | Honorable Phyllis J. Hamilton |
| 16 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA ) ) ) ) | <u>Hearing</u> |
| 17 | | Date: Nov. 14, 2007<br>Time: 9:00 a.m. |
| 18 | Defendants. ) | Courtroom: 3 |
| 19 | ) ) | |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Los Angeles, California 90017.

On October 9, 2007, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **Notice of Motion and Motion of State-Boston Retirement System and Norfolk County Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel**

2. **Memorandum of Points and Authorities in Support of the Motion of State-Boston Retirement System and Norfolk County Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel**

3. **Declaration of Alan I. Ellman in Support of The Motion of State-Boston Retirement System and Norfolk County Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel**

4. **Proposed Order**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on October 9, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Mark Labaton
Mark Labaton

## SERVICE LIST

### Electronically to all ECF-Registered Entities

### By U.S. Mail To All Known Non-ECF Registered Entities

Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632


Darren Jay Robbins
David C. Walton
Catherine J Kowalewski
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101


Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017