1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOSEPH LEONE, Individually and On Behalf ) of All Others Similarly Situated, ) ) Plaintiff, ) ) vs. ) ) S. TREZEVANT MOORE, JR., et al., ) ) Defendants. ) ) | Case No. C-07-4073-PJH <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER APPOINTING CHARLES BREGENZER AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered the motion of Charles Bregenzer for appointment as lead plaintiff, and for

2    approval of lead plaintiff's selection of lead counsel, and good cause appearing therefor, IT IS

3    HEREBY ORDERED that:

4        1.    The motion is GRANTED;

5        2.    The Court, having considered the provisions of §21D(a)(3)(B) of the Securities

6    Exchange Act of 1934 ("Exchange Act"), hereby determines that Charles Bregenzer is the "most

7    adequate plaintiff" and satisfies the requirements of the Private Securities Litigation Reform Act of

8    1995, 15 U.S.C. §78u-4(a)(3)(B);

9        3.    The Court hereby appoints Charles Bregenzer as Lead Plaintiff in the above-entitled

10   action; and

11       4.    Lead Plaintiff's selection of Lead Counsel for the class is approved.  Coughlin Stoia

12   Geller Rudman & Robbins LLP is appointed Lead Counsel for Lead Plaintiff and the class under

13   §21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v).

14                              *      *      *

15                         **O R D E R**

16       IT IS SO ORDERED.

17   DATED: _____    _____
                                        THE HONORABLE PHYLLIS J. HAMILTON
18                                       UNITED STATES DISTRICT JUDGE

19

20   Submitted by:

21   COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
22   DARREN J. ROBBINS
     TRICIA L. McCORMICK
23
             s/ TRICIA L. McCORMICK
24              TRICIA L. McCORMICK

25   655 West Broadway, Suite 1900
     San Diego, CA  92101
26   Telephone:  619/231-1058
     619/231-7423 (fax)
27

28

1

COUGHLIN STOIA GELLER
2          RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
3   100 Pine Street, Suite 2600
San Francisco, CA  94111
4   Telephone:  415/288-4545
415/288-4534 (fax)
5
[Proposed] Lead Counsel for Plaintiff
6
S:\CasesSD\Luminent\ORD00046198_LP.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2007.

                           s/ TRICIA L. McCORMICK
                           TRICIA L. McCORMICK

                           COUGHLIN STOIA GELLER
                               RUDMAN & ROBBINS LLP
                           655 West Broadway, Suite 1900
                           San Diego, CA  92101-3301
                           Telephone:  619/231-1058
                           619/231-7423 (fax)

                           E-mail:  triciam@csgrr.com

# Mailing Information for a Case 3:07-cv-04073-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com

- **Adel A. Nadji**
  anadji@audetlaw.com,hweinberg@audetlaw.com

- **Shane Rowley**
  srowley@faruqilaw.com

- **Michael Lane Rugen**
  Michael.Rugen@hellerehrman.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Richard Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531
```