COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@csgrr.com

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
triciam@csgrr.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>S. TREZEVANT MOORE, JR., et al.,<br><br>　　　　　　　Defendants. | Case No. C-07-4073-PJH<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF TRICIA L. MCCORMICK IN SUPPORT OF THE MOTION TO APPOINT CHARLES BREGENZER AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

I, Tricia L. McCormick, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Charles Bregenzer and proposed lead counsel in the above-entitled action. I submit this declaration in support of the Motion to Appoint Charles Bregenzer as Lead Plaintiff and to Approve Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Charles Bregenzer's sworn Certification;

Exhibit B:   Chart of Charles Bregenzer's Purchases and Losses;

Exhibit C:   Notice of pendency of class action published on *PrimeNewsWire,* a national business-oriented wire service, dated August 8, 2007; and

Exhibit D:   Firm resume of Coughlin Stoia Geller Rudman & Robbins LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of October, 2007, at San Diego, California.

                                                    s/ TRICIA L. MCCORMICK
                                                    TRICIA L. MCCORMICK

S:\CasesSD\Luminent\DEC00046201_LP.doc

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@csgrr.com

# Mailing Information for a Case 3:07-cv-04073-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com

- **Adel A. Nadji**
  anadji@audetlaw.com,hweinberg@audetlaw.com

- **Shane Rowley**
  srowley@faruqilaw.com

- **Michael Lane Rugen**
  Michael.Rugen@hellerehrman.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Richard Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531
```