ORIGINAL

FILED
07 OCT -9 PM 3:13

1. Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2. Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3. BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4. San Francisco, California 94104
   Telephone: 415-433-3200
5. Facsimile: 415-433-6382

6. *Local Counsel*

7. Richard Bemporad
   E-mail: rbemporad@lowey.com
8. David C. Harrison
   E-mail: dharrison@lowey.com
9. Jeanne D'Esposito
   E-mail: jdesposito@lowey.com
10. LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
    One North Broadway
11. White Plains, New York 10601-2310
    Telephone: 914-997-0500
12. Facsimile: 914-997-0035

13. *Attorneys for Movant Southern*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONE, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>S. TREZEVANT MOORE JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFIELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants. | 3:07-cv-04073-PJH<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR ADMISSION OF DAVID C. HARRISON AS ATTORNEY *PRO HAC VICE*** |

[caption continued on next page]

---

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF DAVID C. HARRISON AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084295.WPD v1

| | | |
|---|---|---|
| 1 | | |
| 2 | ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated, | 3:07-cv-04096-PJH |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated, | 3:07-cv-04140-PJH |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | vs. | |
| 13 | LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| 14 | | |
| 15 | Defendants. | |
| 16 | | |
| 17 | ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated | 3:07-cv-04141-PJH |
| 18 | Plaintiff, | |
| 19 | vs. | |
| 20 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF DAVID C. HARRISON AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084295.WPD v1

|   |   |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04184-PJH |
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04686-PJH |

I, David C. Harrison, hereby apply for permission to appear *pro hac vice* before this Court in the above-captioned matter, and declare that:

1.  I am a member of the law firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC"), counsel for Southern Improvement Co., VSA Inc., and Allen Dayton in this litigation. My business address is One North Broadway, White Plains, New York 10601-2310.

2.  I am an active member in good standing of the bar of the highest court of the State of New York.

3.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-3 of the United States District Court for the Northern District of California.

4.  Serving as LDBSC's local counsel is:

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF DAVID C. HARRISON AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084295.WPD v1

1  Joseph J. Tabacco, Jr. (SBN 75484)
   BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
2  425 California Street, Suite 2100
   San Francisco, California 94104
3  Telephone: 415-433-3200
   Facsimile:  415-433-6382

4

5 an active member in good standing of the State Bar of California and the bar of the United States

6 District Court for the Northern District of California.

7  I declare under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed in White Plains, New York, on this 8th day of October,

9 2007.

10

11  _____
    David C. Harrison

---

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF DAVID C. HARRISON AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084295.WPD v1           2