1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone: 415-433-3200
5  Facsimile: 415-433-6382

6  *Local Counsel*

7  Richard Bemporad (Admitted *pro hac vice*)
   E-mail: rbemporad@lowey.com
8  David C. Harrison (Admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (Admitted *pro hac vice*)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone: 914-997-0500
12 Facsimile: 914-997-0035

13 *Attorneys for Movant Southern*

14             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
15

| 16 IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH |
|---|---|
| 17 | **CLASS ACTION** |
| 18 This Document Relates To: | **NOTICE OF WITHDRAWAL OF OCTOBER 9, 2007 MOTION BY SOUTHERN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL** |
| 19 ALL ACTIONS | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Date: November 21, 2007 |
| 24 | Time: 9:00 a.m. Place: Courtroom 3, 17th Floor |

25

26

27

28 [C-07-04073 PJH] NOTICE OF WITHDRAWAL OF OCTOBER 9, 2007 MOTION BY SOUTHERN FOR CONSOLIDATION OF REALATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Order Consolidating Cases entered October 10, 2007, plaintiffs Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively, "Southern"), by their attorneys, hereby withdraw their Motion By Southern For Consolidation Of Related Actions, Appointment As Lead Plaintiff, And Approval Of Their Selection Of Lead Counsel, which they previously filed on October 9, 2007. As ordered by the Court, Southern shall re-file their motion to appointment as lead plaintiff and approval of their selection of lead counsel in the Consolidated Action.

Date: October 17, 2007

BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO

By: _____
NICOLE LAVALLEE

425 California Street, Suite 2100
San Francisco, California 94104
Telephone: 415-433-3200

*Local Counsel*

RICHARD BEMPORAD
DAVID C. HARRISON
JEANNE D'ESPOSITO
LOWEY DANNENBERG BEMPORAD
  SELINGER & COHEN, P.C.
One North Broadway
White Plains, New York 10601-1714
Telephone: 914-997-0500

*Attorneys for Movant Southern*

---

[C-07-04073 PJH] NOTICE OF WITHDRAWAL OF OCTOBER 9, 2007 MOTION BY SOUTHERN FOR CONSOLIDATION OF REALATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

1