1    COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
2    DENNIS J. HERMAN (220163)
     100 Pine Street, Suite 2600
3    San Francisco, CA  94111
     Telephone:  415/288-4545
4    415/288-4534 (fax)
     dherman@csgrr.com
5            – and –
     DARREN J. ROBBINS (168593)
6    TRICIA L. McCORMICK (199239)
     655 West Broadway, Suite 1900
7    San Diego, CA  92101
     Telephone:  619/231-1058
8    619/231-7423 (fax)
     darrenr@csgrr.com
9    triciam@csgrr.com

10   [Proposed] Lead Counsel for Plaintiffs

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14   In re LUMINENT MORTGAGE CAPITAL,     )   Master Case No. 3:07-cv-04073-PJH
     INC., SECURITIES LITIGATION          )
                                          )   CLASS ACTION
15   ─────────────────────────────────   )
                                          )   NOTICE OF WITHDRAWAL OF MOTION
16   This Document Relates To:            )   TO APPOINT CHARLES BREGENZER AS
                                          )   LEAD PLAINTIFF
17          ALL ACTIONS.                  )
     ─────────────────────────────────   )

18

19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that Charles Bregenzer hereby withdraws his motion for

2  appointment as lead plaintiff which was filed on October 9, 2007.

3  DATED:  October 17, 2007                      COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
4                                                DARREN J. ROBBINS
                                                 TRICIA L. McCORMICK
5

6
                                                     s/ TRICIA L. McCORMICK
7                                                    TRICIA L. McCORMICK

8                                                655 West Broadway, Suite 1900
                                                 San Diego, CA  92101
9                                                Telephone:  619/231-1058
                                                 619/231-7423 (fax)
10
                                                 COUGHLIN STOIA GELLER
11                                                   RUDMAN & ROBBINS LLP
                                                 DENNIS J. HERMAN
12                                               100 Pine Street, Suite 2600
                                                 San Francisco, CA  94111
13                                               Telephone:  415/288-4545
                                                 415/288-4534 (fax)
14
                                                 [Proposed] Lead Counsel for Plaintiff
15
   S:\CasesSD\Luminent\NOT00046503.doc
16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

 I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

 I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct. Executed on October 17, 2007.

9

10

 s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

11

COUGHLIN STOIA GELLER

12

     RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900

13

San Diego, CA  92101-3301
Telephone:  619/231-1058

14

619/231-7423 (fax)

15

E-mail:  triciam@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04073-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com

- **Adel A. Nadji**
  anadji@audetlaw.com,hweinberg@audetlaw.com

- **Shane Rowley**
  srowley@faruqilaw.com

- **Michael Lane Rugen**
  Michael.Rugen@hellerehrman.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Richard Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531
```