Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:    415-433-3200
Facsimile:    415-433-6382

*Local Counsel*

Richard Bemporad (Admitted *pro hac vice*)
E-mail: rbemporad@lowey.com
David C. Harrison (Admitted *pro hac vice*)
E-mail: dharrison@lowey.com
Jeanne D'Esposito (Admitted *pro hac vice*)
E-mail: jdesposito@lowey.com
LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
One North Broadway
White Plains, New York 10601-2310
Telephone:    914-997-0500
Facsimile:    914-997-0035

*Attorneys for Movant Southern*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH **CLASS ACTION CERTIFICATE OF SERVICE** |
| This Document Relates To: ALL ACTIONS. | Date:   November 21, 2007 Time:   9:00 a.m. Place:   Courtroom 3, 17th Floor |

1    I, Tyler Kelly, certify that I am over eighteen years of age and am not a party to this

2    action.  On October 17, 2007, I caused to be served the following documents on the parties listed

3    on the attached service, by First Class Mail or hand delivery, as indicated below:

4    1.    NOTICE OF WITHDRAWAL OF OCTOBER 9, 2007 MOTION BY SOUTHERN FOR

5          CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD

6          PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL;

7    2.    NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND

8          AUTHORITIES IN SUPPORT OF MOTION BY SOUTHERN FOR APPOINTMENT

9          AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD

10         COUNSEL;

11   3.    DECLARATION OF DAVID C. HARRISON IN SUPPORT OF MOTION BY

12         SOUTHERN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF

13         THEIR SELECTION OF LEAD COUNSEL;

14   4.    DECLARATION OF ALLEN DAYTON IN SUPPORT OF MOTION BY SOUTHERN

15         FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR

16         SELECTION OF LEAD COUNSEL;

17   5.    [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT

18         AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; and

19   6.    CERTIFICATE OF SERVICE.

20         I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

21   and correct.

22         Executed at San Francisco, California, on October 17, 2007.

23

24                                                TYLER KELLY

25

26

27

28

Luminent Mortgage Capital, Inc.
Service List - 10/16/07

Adel A. Nadji
Michael Andrew McShane
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105
Phone: 415-982-1776
Fax: 415-576-1776
Email: anadji@audetlaw.com
Email: mmcshane@audetlaw.com
*Counsel for movant Sharenow Group*
**[BY HAND DELIVERY]**

Nadeem Faruqi
Richard Schwartz
Shane Rowley
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Phone: 212-983-9330
Fax: 212-983-9331
Email: nfaruqi@faruqilaw.com
*Counsel for movant Sharenow Group*
**[BY FIRST CLASS MAIL]**

Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ  07632
Phone: 201-567-7377
Fax: (201) 457-7337
Email: mgardy@gardylaw.com
*Counsel for movant Sharenow Group*
**[BY FIRST CLASS MAIL]**

Laurence M. Rosen
The Rosen Law Firm, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com, larry.rosen@earthlink.net
*Counsel for movant Harry Pogach*
**[BY FIRST CLASS MAIL]**

[C-07-04073 PJH] CERTIFICATE OF SERVICE

1    Mark Labaton
     Kreindler & Kreindler, LLP
2    707 Wilshire Boulevard
     Los Angeles, CA 90017
3    Phone: 213-622-646
     Email: mlabaton@kreindler.com
4    *Counsel for movant State-Boston Retirement System and Norfolk County Retirement System*
     **[BY HAND DELIVERY]**
5
     Christopher J. Keller
6    Andrei V. Rado
     Alan I. Ellman
7    Labaton Sucharow, LLP
     140 Broadway
8    New York, NY 10005
     Email: info@labaton.com
9    *Counsel for movant State-Boston Retirement System and Norfolk County Retirement System*
     **[BY FIRST CLASS MAIL]**
10
     Shawn A. Williams
11   Dennis J. Herman
     Coughlin Stoia Geller Rudman & Robbins LLP
12   100 Pine Street Suite 2600
     San Francisco, CA  94111
13   Phone: 415-288-4545
     Fax: 415-288-4534
14   Email: shawnw@csgrr.com
     Email: dennish@csgrr.com
15   *Counsel for movant Charles Bregenzer*
     **[BY HAND DELIVERY]**
16
     Catherine J Kowalewski
17   Darren Jay Robbins
     David C. Walton
18   Coughlin Stoia Geller Rudman & Robbins LLP
     655 West Broadway, Suite 1900
19   San Diego, CA  92101
     Phone: 619-231-1058
20   Fax: 619-231-7423
     *Counsel for movant Charles Bregenzer*
21   **[BY FIRST CLASS MAIL]**

22   Alan R Plutzik
     Lawrence Timothy Fisher
23   Schiffrin Barroway Topaz & Kessler, LLP
     2125 Oak Grove Road, Suite 120
24   Walnut Creek, CA  94598
     (925) 945-0770
25   Fax: 925-945-8792
     Email: aplutzik@bramsonplutzik.com
26   Email: ltfisher@bramsonplutzik.com
     *Counsel for movant Ronald Larsen*
27   **[BY HAND DELIVERY]**

28

| | |
|---|---|
| 1 | Arthur Stock |
| | Jeffrey L. Osterwise |
| 2 | Sherrie R. Savett |
| | Berger & Montague, P.C. |
| 3 | 1622 Locust Street |
| | Philadelphia, PA  19103 |
| 4 | (215) 875-3000 |
| | Fax: (215) 875-4604 |
| 5 | *Counsel for plaintiff Allen M. Metzger* |
| | **[BY FIRST CLASS MAIL]** |
| 6 | |
| | Patrice L. Bishop |
| 7 | Stull, Stull & Brody |
| | 10940 Wilshire Boulevard, Suite 2300 |
| 8 | Los Angeles, CA  90024 |
| | 310-209-2468 |
| 9 | Fax: 310-209-2087 |
| | Email: service@ssbla.com |
| 10 | *Counsel for movants William F. Kornfield, Jr. and Dennis Koch* |
| | **[BY HAND DELIVERY]** |
| 11 | |
| | Jules Brody |
| 12 | Stull Stull & Brody |
| | 6 East 45th Street |
| 13 | New York, NY  10017 |
| | 212-687-7320 |
| 14 | Fax: 212-490-2022 |
| | *Counsel for movants William F. Kornfield, Jr. and Dennis Koch* |
| 15 | **[BY FIRST CLASS MAIL]** |
| 16 | Jeffrey S. Abraham |
| | Lawrence D. Levit |
| 17 | Abraham Fruchter & Twersky LLP |
| | One Penn Plaza, Suite 2805 |
| 18 | New York, NY  10119 |
| | 212-279-5050 |
| 19 | Fax: 212-279-3655 |
| | Email: jabraham@aftlaw.com |
| 20 | Email: llevit@aftlaw.com |
| | *Counsel for movants William F. Kornfield, Jr. and Dennis Koch* |
| 21 | **[BY FIRST CLASS MAIL]** |
| 22 | Lionel Z. Glancy |
| | Michael Goldberg |
| 23 | Glancy Binkow & Goldberg LLP |
| | 1801 Avenue of the Stars, Suite 311 |
| 24 | Los Angeles, CA 90067 |
| | Phone: 310-201-9150 |
| 25 | Email: info@glancylaw.com |
| | *Counsel for movant District No. 9* |
| 26 | **[BY FIRST CLASS MAIL]** |
| 27 | |
| 28 | |

[C-07-04073 PJH] CERTIFICATE OF SERVICE

5

1    Susan Kupfer
     Glancy Binkow & Goldberg LLP
2    455 Market Street, Suite 1810
     San Francisco, CA 94105
3    *Counsel for movant District No. 9*
     **[BY HAND DELIVERY]**
4
     Sandy A. Liebhard
5    Joseph R. Seidman, Jr.
     Bernstein Liebhard & Lifshitz, LLP
6    10 E. 40th Street
     New York, NY 10018
7    Phone: 212-779-1414
     Email: liebhard@bernlieb.com
8    *Counsel for movant District No. 9*
     **[BY FIRST CLASS MAIL]**
9
     Michael Lane Rugen
10   Heller Ehrman LLP
     333 Bush Street, 30th Floor
11   San Francisco, CA  94104-2878
     Phone: 415-772-6000
12   Fax: 415-772-6268
     Email: Michael.Rugen@hellerehrman.com
13   *Counsel for defendant Luminent Mortgage Capital Inc.*
     **[BY HAND DELIVERY]**
14
     John J. Soroko, Esq.
15   Duane Morris, LLP
     30 South 17th Street
16   Philadelphia, PA  19103-4196
     Phone: 215-979-1124
17   Fax: 215-979-1020
     Email: Soroko@duanemorris.com
18   *Counsel for defendants Christopher Zyda, Sewell Trezevant Moore Jr., and Gail P. Seneca*
     **[BY FIRST CLASS MAIL]**
19

20

21

22

23

24

25

26

27

28

[C-07-04073 PJH] CERTIFICATE OF SERVICE