Patrice L. Bishop (182256)
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York,  NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 2805
New York, NY  10119
Tel:    (212) 279-5050
Fax:    (212) 279-3655

Proposed Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 07-CV-04073 PJH<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF MOTION AND MOTION BY WILLIAM F. KORNFELD, JR., AND DENNIS KOCH FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>DATE:        November 14, 2007<br>TIME:        9:00 a.m.<br>JUDGE:      Honorable Phyllis J. Hamilton<br>CTRM:       3, 17th Floor |

1   TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to the Court's Order Consolidating Cases filed on

3   October 10, 2007 (the "Consolidation Order"), William F. Kornfeld, Jr. and the Reverend Dennis

4   Koch (hereinafter "Movants"), hereby withdraw, without prejudice, their Notice of Motion and

5   Motion by William F. Kornfeld, Jr., and Dennis Koch for Appointment of Lead Plaintiffs and Lead

6   Counsel Pursuant to Section 21D of the Securities Exchange Act of 1934, and for Consolidation of

7   All Related Actions; Memorandum of Points and Authorities in Support Thereof, noticed for

8   November 14, 2007, at 9:00 a.m., before the Honorable Phyllis J. Hamilton.

9        PLEASE TAKE FURTHER NOTICE that, pursuant to the Consolidation Order, Movant

10  Kornfeld is concurrently filing his Amended Notice of Motion and Motion by William F. Kornfeld,

11  Jr., for Appointment of Lead Plaintiff and Lead Counsel Pursuant to Section 21D of the Securities

12  Exchange Act of 1934; Memorandum of Points and Authorities in Support Thereof, noticed for

13  November 21, 2007, at 9:00 a.m., before the Honorable Phyllis J. Hamilton.

14

15  Dated: October 17, 2007                    Patrice L. Bishop
                                              STULL, STULL & BRODY
16

17
                                              _____
18                                            /s/
                                              Patrice L. Bishop
19                                            10940 Wilshire Boulevard
                                              Suite 2300
                                              Los Angeles, CA  90024
20                                            Tel:    (310) 209-2468
                                              Fax:    (310) 209-2087
21
                                              Jules Brody
22                                            Howard T. Longman
                                              STULL, STULL & BRODY
23                                            6 East 45th Street
                                              New York,  NY 10017
24                                            Tel:    (212) 687-7230
                                              Fax:    (212) 490-2022
25

26  ///

27  ///

28  ///

NOTICE OF WITHDRAWAL OF MOTION BY KORNFELD AND KOCH FOR APPOINTMENT OF LEAD PLAINTIFFS
AND LEAD COUNSEL, AND FOR CONSOLIDATION; MEMORANDUM OF POINTS AND AUTHORITIES
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Withdrawal.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, NY  10119
Tel:    (212) 279-5050
Fax:    (212) 279-3655

Counsel for Movant and Proposed
Lead Counsel for the Class

NOTICE OF WITHDRAWAL OF MOTION BY KORNFELD AND KOCH FOR APPOINTMENT OF LEAD PLAINTIFFS
AND LEAD COUNSEL, AND FOR CONSOLIDATION; MEMORANDUM OF POINTS AND AUTHORITIES
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Withdrawal.wpd