Patrice L. Bishop (182256)
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655

Proposed Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION, | CASE NO. 07-CV-04073 PJH |
| | **CLASS ACTION** |
| This Document Relates To: | **AMENDED DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF MOTION BY WILLIAM F. KORNFELD, JR., FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934** |
| ALL ACTIONS. | |
| | DATE: November 21, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Phyllis J. Hamilton<br>CTRM: 3, 17th Floor |

I, Patrice L. Bishop, declare as follows:

1. I am an attorney admitted to practice in the State of California and this District. I am an associate with the law firm of Stull, Stull & Brody, co-counsel for proposed lead plaintiff William F. Kornfeld, Jr., ("Kornfeld"). Pursuant to the Court's Order Consolidating Cases filed on October 10, 2007, I submit this Amended Declaration in support of the Motion of Mr. Kornfeld to be appointed lead plaintiff of the consolidated actions and for approval of his selection of lead counsel. I am familiar with this matter and have knowledge of the information stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a press release distributed by *PrimeNewswire* on August 8, 2007 entitled: "Faruqi & Faruqi, LLP Announces Filing of Class Action Lawsuit Against Luminent Mortgage Capital, Inc. -- LUM"

3. Attached hereto as Exhibit 2 is a true and correct copy of the certification submitted by Mr. Kornfeld.

4. Attached hereto as Exhibit 3 is a true and correct copy of the damage chart outlining Mr. Kornfeld's purchases, sales and losses, as of October 8, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of the damage chart outlining Mr. Kornfeld's purchases, sales and losses, as of October 16, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of the firm biography of Stull, Stull & Brody.

7. Attached hereto as Exhibit 6 is a true and correct copy of the firm biography of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 17th day of October, 2007 at Los Angeles, California.

/s/
Patrice L. Bishop
Declarant