# EXHIBIT 4

## LUMINIENT MORTGAGE CAPITAL, INC.
Movants' Register and Transaction Report

| Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale[2] | Number of Shares | Price Per Share[3] | Gross Receipts | Gains (Losses) |
|---|---|---|---|---|---|---|---|---|---|
| William F. Kornfeld, Jr. | 2/6/2007[1] | 400 | $ 9.52 | $ 3,809.50 | 6/19/2007 | 400 | $ 9.40 | $ 3,760.00 | $ (49.50) |
| | 2/6/2007[1] | 400 | $ 9.52 | $ 3,809.50 | 8/20/2007 | 400 | $ 1.00 | $ 400.00 | $ (3,409.50) |
| | 3/19/2007 | 1,800 | $ 8.69 | $ 15,639.84 | 8/20/2007 | 1,800 | $ 1.00 | $ 1,800.00 | $ (13,839.84) |
| | 3/19/2007 | 1,000 | $ 8.51 | $ 8,508.80 | 8/20/2007 | 1,000 | $ 1.00 | $ 1,000.00 | $ (7,508.80) |
| | 3/19/2007 | 200 | $ 8.60 | $ 1,720.00 | 8/20/2007 | 200 | $ 1.00 | $ 200.00 | $ (1,520.00) |
| | 4/4/2007 | 800 | $ 8.67 | $ 6,936.00 | 8/20/2007 | 800 | $ 1.00 | $ 800.00 | $ (6,136.00) |
| | 4/4/2007 | 200 | $ 8.67 | $ 1,733.60 | 8/20/2007 | 200 | $ 1.00 | $ 200.00 | $ (1,533.60) |
| | 4/9/2007 | 1,000 | $ 8.34 | $ 8,339.40 | 8/20/2007 | 1,000 | $ 1.00 | $ 1,000.00 | $ (7,339.40) |
| | 4/10/2007 | 1,000 | $ 8.05 | $ 8,050.00 | 8/20/2007 | 1,000 | $ 1.00 | $ 1,000.00 | $ (7,050.00) |
| | 4/10/2007 | 1,000 | $ 7.93 | $ 7,929.40 | 8/20/2007 | 1,000 | $ 1.00 | $ 1,000.00 | $ (6,929.40) |
| | 4/23/2007 | 1,000 | $ 8.55 | $ 8,549.70 | 8/20/2007 | 1,000 | $ 1.00 | $ 1,000.00 | $ (7,549.70) |
| | 4/23/2007 | 2,000 | $ 8.55 | $ 17,099.40 | 8/23/2007 | 2,000 | $ 1.41 | $ 2,816.20 | $ (14,283.20) |
| | 4/23/2007 | 1,000 | $ 8.40 | $ 8,400.00 | 8/23/2007 | 1,000 | $ 1.41 | $ 1,408.10 | $ (6,991.90) |
| | 4/23/2007 | 600 | $ 8.39 | $ 5,033.64 | 8/23/2007 | 600 | $ 1.41 | $ 844.86 | $ (4,188.78) |
| | 4/26/2007 | 3,000 | $ 8.37 | $ 25,110.00 | 8/23/2007 | 3,000 | $ 1.41 | $ 4,224.30 | $ (20,885.70) |
| | 4/30/2007 | 500 | $ 8.26 | $ 4,129.70 | 8/23/2007 | 500 | $ 1.41 | $ 704.05 | $ (3,425.65) |
| | 4/30/2007 | 500 | $ 8.26 | $ 4,129.70 | 8/28/2007 | 500 | $ 1.85 | $ 925.00 | $ (3,204.70) |
| | 4/30/2007 | 1,000 | $ 8.22 | $ 8,220.00 | 8/28/2007 | 1000 | $ 1.85 | $ 1,850.00 | $ (6,370.00) |
| | 5/2/2007 | 1,000 | $ 8.16 | $ 8,159.40 | 8/28/2007 | 1000 | $ 1.85 | $ 1,850.00 | $ (6,309.40) |
| | 5/2/2007 | 1,000 | $ 8.17 | $ 8,168.80 | 8/28/2007 | 1000 | $ 1.85 | $ 1,850.00 | $ (6,318.80) |
| | 5/3/2007 | 1,500 | $ 8.00 | $ 12,000.00 | 8/28/2007 | 1500 | $ 1.85 | $ 2,775.00 | $ (9,225.00) |
| | 5/3/2007 | 500 | $ 8.00 | $ 4,000.00 | 8/28/2007 | 500 | $ 1.80 | $ 900.50 | $ (3,099.50) |
| | 5/11/2007 | 3,000 | $ 8.59 | $ 25,770.00 | 8/28/2007 | 2,500 | $ 1.80 | $ 4,502.50 | $ (20,483.00) |
| | 5/11/2007 | 3,000 | $ 8.57 | $ 25,710.00 | | | | | $ (21,003.00) |
| | 5/11/2007 | 3,000 | $ 8.57 | $ 25,710.00 | | | | | $ (21,003.00) |
| | 5/11/2007 | 3,000 | $ 8.59 | $ 25,770.00 | | | | | $ (21,063.00) |
| | 5/14/2007 | 2,000 | $ 8.46 | $ 16,920.00 | | | | | $ (13,782.00) |
| | 5/14/2007 | 1,000 | $ 8.45 | $ 8,450.00 | | | | | $ (6,881.00) |
| | 5/15/2007 | 2,000 | $ 8.31 | $ 16,620.00 | | | | | $ (13,482.00) |
| | 5/15/2007 | 1,000 | $ 8.39 | $ 8,390.00 | | | | | $ (6,821.00) |
| | 5/17/2007 | 2,000 | $ 8.29 | $ 16,580.00 | | | | | $ (13,442.00) |
| | 5/18/2007 | 2,000 | $ 8.16 | $ 16,320.00 | | | | | $ (13,182.00) |
| | 7/17/2007 | 600 | $ 9.13 | $ 5,478.00 | | | | | $ (4,536.60) |
| | 7/17/2007 | 3,000 | $ 9.17 | $ 27,510.00 | | | | | $ (22,803.00) |
| | 7/25/2007 | 1,500 | $ 8.70 | $ 13,050.00 | | | | | $ (10,696.50) |
| | 7/25/2007 | 1,500 | $ 8.43 | $ 12,645.00 | | | | | $ (10,291.50) |
| | 7/25/2007 | 1,500 | $ 8.57 | $ 12,855.00 | | | | | $ (10,501.50) |

## LUMINIENT MORTGAGE CAPITAL, INC.

Movants' Register and Transaction Report

| Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale[2] | Number of Shares | Price Per Share[3] | Gross Receipts | Gains (Losses) |
|---|---|---|---|---|---|---|---|---|---|
| William F. Kornfeld, Jr. | 7/26/2007 | 3,000 | $ 7.96 | $ 23,880.00 | | | | | $ (19,173.00) |
| | 7/30/2007 | 2,000 | $ 7.77 | $ 15,540.00 | | | | | $ (12,402.00) |
| | 8/3/2007 | 1,000 | $ 6.90 | $ 6,900.00 | | | | | $ (5,331.00) |
| | 8/6/2007 | 2,000 | $ 5.70 | $ 11,400.00 | | | | | $ (8,262.00) |
| **TOTAL:** | | **58,700** | | **$ 487,355.38** | | | | | **$ (398,848.47)** |

### OPTIONS

| Plaintiff | Date of Purchase | Ticker | Quantity | Price | Cost Per Transaction | | Price @ Last trade on 8/7/07 | Total worth @ Last trade on 8/7/07 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| William F. Kornfeld, Jr. | 3/19/2007 | LUMJU | 10 | 1.55 | $ 1,550.00 | | $ 0.05 | $ 50.00 | $ (1,500.00) |
| | 4/11/2007 | LUMJU | 10 | 1.05 | $ 1,050.00 | | $ 0.05 | $ 50.00 | $ (1,000.00) |
| | 5/2/2007 | LUMJU | 30 | 1.15 | $ 3,450.00 | | $ 0.05 | $ 150.00 | $ (3,300.00) |
| | 7/26/2007 | LUMJU | 30 | 0.95 | $ 2,850.00 | | $ 0.05 | $ 150.00 | $ (2,700.00) |
| | 7/26/2007 | LUMJU | 20 | 1.00 | $ 2,000.00 | | $ 0.05 | $ 100.00 | $ (1,900.00) |
| | 7/26/2007 | LUMJU | 20 | 1.00 | $ 2,000.00 | | $ 0.05 | $ 100.00 | $ (1,900.00) |
| | 8/1/2007 | LUMAA | 45 | 2.20 | $ 9,900.00 | | $ 0.10 | $ 450.00 | $ (9,450.00) |
| | 8/1/2007 | LUMJA | 15 | 2.10 | $ 3,150.00 | | $ 0.15 | $ 225.00 | $ (2,925.00) |
| **TOTAL:** | | | **180** | | **$ 25,950.00** | | | **$ 1,275.00** | **$ (24,675.00)** |

| **GRAND TOTAL (Regular Share & Options):** | | | | | | | | | **$ (423,523.47)** |

### Footnotes:

1) Purchases on 2/6/07 are included as part of a FIFO analysis, yet lie outside the class period. Accordingly, these losses are not included in the accumulated total losses.

2) Plaintiff sold four lots of total shares in the amount of: (a) 8,400 shares on 8/20/07; (b) 7,100 shares on 8/23/07; (c) 5,000 shares on 8/28/07; and (d) 3,000 shares on 8/28/07. However, in the interest of a correct and complete FIFO analysis, these sales are broken down to optimally match corresponding purchases.

3) a) For stock sold after the expiration of the class period, but within the 90-day period immediately following, the actual sale prices were considered in calculating losses. These actual sale prices were used because they did not exceed the maximum losses allowed by Securities Exchange Act of 1934 ("Exchange Act"). This maximum is calculated by taking the average price from the day after the expiration of the class period (8/7/07) until the date of the respective sales. See Exchange Act § 21D(e)(2); 15 U.S.C. § 78 u-4(e)(2).

b) For stock held and not sold to-date, the "Price Per Share" is the "71-day" average price of $1.569 (i.e., the average price from 8/7/07 to 10/16/07), as the full 90-day period limit has not yet been reached. See Exchange Act § 21D(e)(1); 15 U.S.C. § 78 u-4(e)(1).