MARK LABATON #159555
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: mlabaton@kreindler.com
*Local Counsel*

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALAN I. ELLMAN
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: info@labaton.com
*Proposed Lead Counsel and Counsel for Plaintiff State-Boston Retirement System and Norfolk County Retirement System*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C 07-4073 PJH |
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No.: 3:07-CV-04073-PJH |
| vs. | <u>CLASS ACTION</u> |
| | Honorable Phyllis J. Hamilton |
| S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, and LUMINENT MORTGAGE CAPITAL, INC., | <u>Hearing</u><br>Date: Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| Defendants. | |

*(Additional Captions on the Following Page)*

**NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u> (Docket #37)**

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER ZYDA,<br><br>     Defendants. | Civil Action No.: 3:07-CV-04096-PJH<br><br><u>CLASS ACTION</u><br><br>Honorable Phyllis J. Hamilton<br><br><u>Hearing</u><br><br>Date: Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>     Defendants. | Civil Action No.: 3:07-CV-04140-PJH<br><br><u>CLASS ACTION</u><br><br>Honorable Phyllis J. Hamilton<br><br><u>Hearing</u><br><br>Date: Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>     Defendants. | Civil Action No.: 3:07-CV-04141-PGH<br><br><u>CLASS ACTION</u><br><br>Honorable Phyllis J. Hamilton<br><br><u>Hearing</u><br><br>Date: Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 3:07-CV-04184-PJH |
| vs. | ) ) <u>CLASS ACTION</u> ) |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA | ) Honorable Phyllis J. Hamilton ) ) <u>Hearing</u> ) ) Date: Nov. 21, 2007 ) Time: 9:00 a.m. |
| Defendants. | ) Courtroom: 3 |
| ALLEN M. METZGER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:07-CV-04686-PJH ) |
| vs. | ) <u>CLASS ACTION</u> ) |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA | ) Honorable Phyllis J. Hamilton ) <u>Hearing</u> ) ) Date: Nov. 21, 2007 ) Time: 9:00 a.m. |
| Defendants. | ) Courtroom: 3 |

**3:07-cv-04073-PJH**
**NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's October 10, 2007 Order Consolidating Cases, Plaintiffs State-Boston Retirement System and the Norfolk County Retirement System ("Boston and Norfolk") hereby withdraw their Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, filed on October 9, 2007, in the above-referenced actions (PACER docket #37.)

Plaintiffs Boston and Norfolk also give notice that they will concurrently re-file their Motion in: In Re Luminent Mortgage Capital, Inc., Securities Litigation, Case No. C 07-4073 PJH.

Dated:  October 17, 2007                              Respectfully submitted,

By:  /s/ Mark Labaton
     Mark Labaton (#159555)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019

*Local Counsel*
LABATON SUCHAROW LLP
Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Attorneys for State-Boston Retirement System and Norfolk County Retirement System and Proposed Lead Counsel for the Class*

**3:07-cv-04073-PJH**
**NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

1