# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 07-CV-04073 PJH<br><br>**CLASS ACTION**<br><br>**[AMENDED PROPOSED] ORDER GRANTING MOTION BY WILLIAM F. KORNFELD, JR., FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934**<br><br>DATE:     November 21, 2007<br>TIME:     9:00 a.m.<br>JUDGE:   Honorable Phyllis J. Hamilton<br>CTRM:    3, 17th Floor |

1  This Court, having considered the amended motion by William F. Kornfeld, Jr. for
2  Appointment of Lead Plaintiff and Lead Counsel Pursuant to Section 21D of the Securities
3  Exchange Act of 1934 (the "Motion"), for good cause shown, hereby orders as follows:

4  **IT IS HEREBY ORDERED THAT:**

5  1.  Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C.
6  §78u-4(a)(3)(B), William F. Kornfeld, Jr., is appointed Lead Plaintiff for the Class.

7  2.  Lead Plaintiff's selection of counsel is approved.  Pursuant to §21D(a)(3)(B)(V), the
8  law firms of Stull, Stull & Brody and Abraham, Fruchter & Twersky, LLP, are appointed Lead
9  Counsel for the class.

10  3.  Lead Counsel is vested by the Court with the following responsibilities and duties:

11  a.  To coordinate the preparation and filing of a Consolidated Amended
12  Complaint, and any subsequent pleadings;

13  b.  To coordinate the briefing and argument of all motions;

14  c.  To coordinate and conduct all discovery, pre-trial and trial proceedings for
15  plaintiffs;

16  d.  To call meetings of plaintiffs' counsel as they deem appropriate or necessary
17  from time to time;

18  e.  To initiate and conduct all settlement negotiations for plaintiffs with counsel
19  for defendants;

20  f.  To provide general coordination of activities of counsel on their side and to
21  delegate work responsibilities to selected counsel as may be required; and

22  g.  To perform such other duties as may be expressly authorized by further order
23  of the Court.

24  4.  Lead Counsel shall make all work assignments in such a manner as to conduct the
25  orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

26  5.  Defendants' counsel may rely upon all agreements made with Lead Counsel and such
27  agreements shall be binding on all plaintiffs.

28

2

[AMENDED PROPOSED] ORDER GRANTING MOTION BY WILLIAM F. KORNFELD, JR., FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Amended Order.wpd

1  6. No motion, request for discovery, or other pretrial proceeding shall be initiated or

2 served by any plaintiff except through Lead Counsel.

3

4  DATED: _____           _____
                                             HONORABLE PHYLLIS J. HAMILTON
5                                            DISTRICT COURT JUDGE

6 Submitted By:

7  Patrice L. Bishop (182256)
   service@ssbla.com
8  STULL, STULL & BRODY
   10940 Wilshire Boulevard
9  Suite 2300
   Los Angeles, CA  90024
10 Tel:    (310) 209-2468
   Fax:    (310) 209-2087
11
   Jules Brody
12 SSBNY@aol.com
   Howard T. Longman
13 tsvi@aol.com
   STULL, STULL & BRODY
14 6 East 45th Street
   New York, NY 10017
15 Tel:    (212) 687-7230
   Fax:    (212) 490-2022
16
   Jeffrey S. Abraham
17 jabraham@aftlaw.com
   Lawrence D. Levit
18 llevit@aftlaw.com
   ABRAHAM, FRUCHTER & TWERSKY, LLP
19 One Penn Plaza
   Suite 2805
20 New York, NY  10119
   Tel:    (212) 279-5050
21 Fax:    (212) 279-3655

22 **Proposed Lead Counsel for Plaintiffs**

23

24

25

26

27

28

3

[AMENDED PROPOSED] ORDER GRANTING MOTION BY WILLIAM F. KORNFELD, JR., FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Amended Order.wpd