MARK LABATON #159555
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: mlabaton@kreindler.com

*Local Counsel*

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALAN I. ELLMAN
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: info@labaton.com

*Proposed Lead Counsel and Counsel for Plaintiff State-Boston Retirement System and Norfolk County Retirement System*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | Civil Action No.: 3:07-CV-04073-PJH <br><br> CLASS ACTION <br><br> **NOTICE OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> Hearing <br><br> Date: Nov. 21, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Hon. Phyllis J. Hamilton |

**PLEASE TAKE NOTICE** that State-Boston Retirement System and the Norfolk County Retirement System ("Boston and Norfolk") will respectfully move this Honorable Court on November 21, 2007 in the Courtroom of the Honorable Phyllis J. Hamilton, Courtroom 3, for an order pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and Rule 42 of the Federal Rules of Civil Procedure: (i) consolidating the related actions against Luminent Mortgage Capital, Inc.; (ii) appointing Boston and Norfolk as lead plaintiff in the action; and (ii) approving Boston and Norfolk's selection of Labaton Sucharow LLP as Lead Counsel for the Class.

The grounds for this motion are stated in the attached memorandum of points and authorities in support of this motion and the Declaration of Alan I. Ellman submitted herewith.

Boston and Norfolk is unaware of any other opposing movants for appointment as lead plaintiff, and was therefore unable to discuss with opposing counsel the contemplated motion. Counsel for defendants have not made an appearance in the action.

A copy of this Notice has been sent to all parties on the attached proof of service.

Dated:  October 17, 2007                    Respectfully submitted,

By:  /s/ Mark Labaton
    Mark Labaton (#159555)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019
*Local Counsel*
            - and -
LABATON SUCHAROW LLP
Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
*Attorneys for State-Boston Retirement System and Norfolk County Retirement System and Proposed Lead Counsel for the Class*

3:07-cv-04073-PJH
NOTICE OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

1