1  Patrice L. Bishop (182256)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:   (310) 209-2468
   Fax:   (310) 209-2087
5
   Jules Brody
6  SSBNY@aol.com
   Howard T. Longman
7  tsvi@aol.com
   STULL, STULL & BRODY
8  6 East 45th Street
   New York, NY 10017
9  Tel:   (212) 687-7230
   Fax:   (212) 490-2022
10
   Jeffrey S. Abraham
11 jabraham@aftlaw.com
   Lawrence D. Levit
12 llevit@aftlaw.com
   ABRAHAM, FRUCHTER & TWERSKY, LLP
13 One Penn Plaza
   Suite 2805
14 New York, NY 10119
   Tel:   (212) 279-5050
15 Fax:   (212) 279-3655

16 **Proposed Lead Counsel for Plaintiffs**

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20

21 In re LUMINENT MORTGAGE CAPITAL, )   CASE NO. 07-CV-04073 PJH
   INC., SECURITIES LITIGATION,     )
22                                  )   **CLASS ACTION**
                                    )
23      This Document Relates To:   )   **PROOF OF SERVICE**
                                    )
24              ALL ACTIONS.        )
   _____)
25

26

27

28

**PROOF OF SERVICE**
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Amended Service List.wpd

**PROOF OF SERVICE VIA ELECTRONIC DELIVERY**

I, Patrice L. Bishop, hereby certify that on October 17, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system:

**AMENDED NOTICE OF MOTION AND MOTION BY WILLIAM F. KORNFELD, JR., AND DENNIS KOCH FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**AMENDED DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF MOTION BY WILLIAM F. KORNFELD, JR., AND DENNIS KOCH FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934**

**[AMENDED PROPOSED] ORDER GRANTING MOTION BY WILLIAM F. KORNFELD, JR., AND DENNIS KOCH FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934**

**NOTICE OF WITHDRAWAL OF MOTION AND MOTION BY WILLIAM F. KORNFELD, JR., AND DENNIS KOCH FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934, AND FOR CONSOLIDATION OF ALL RELATED ACTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Upon filing of the foregoing documents, the CM/ECF system sent notification of same to the e-mail address(es) denoted below, obtained through the CM/ECF system.

**Nadeem Faruqi**
    nfaruqi@faruqilaw.com
**Nicole Catherine Lavallee**
    nlavallee@bermanesq.com,ysoboleva@bermanesq.com
**Michael Andrew McShane**
    mmcshane@audetlaw.com
**Adel A. Nadji**
    anadji@audetlaw.com,hweinberg@audetlaw.com
**Shane Rowley**
    srowley@faruqilaw.com
**Michael Lane Rugen**
    Michael.Rugen@hellerehrman.com
**William M. Audet**
    waudet@audetlaw.com
**Richard Bemporad**
    rbemporad@lowey.com
**Jeanne D'Esposito**
    jdesposito@lowey.com
**David C. Harrison**
    dharrison@ldbs.com
**Mark Irving Labaton**
    mlabaton@kreindler.com

1

**PROOF OF SERVICE**
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Amended Service List.wpd

1  wkurtz@kreindler.com
**Tricia Lynn McCormick**
2  triciam@csgrr.com
   e_file_sf@csgrr.com
3  e_file_sd@csgrr.com

4  **Laurence M. Rosen**
   lrosen@rosenlegal.com
5  larry.rosen@earthlink.net
**Joseph J. Tabacco , Jr**
6  jtabacco@bermanesq.com
   ysoboleva@bermanesq.com
7

8  I further certify that I served a copy(ies) of the above document(s) on the following non-

9  CM/ECF participant(s) by depositing a copy(ies) in the United States mail, first-class postage

10 prepaid, as follows:

11 Marc C. Gardy                                    Sherrie R. Savett
   GARDY & NOTIS, LLP                               Arthur Stock
12 440 Sylvan Avenue                                Jeffrey L. Osterwise
   Suite 110                                        BERGER & MONTAGUE, P.C.
13 Englewood Cliffs, NJ 07632                       1622 Locust Street
   Tel:   (201) 567-7377                            Philadelphia, PA 19103
14 Fax:   (201) 457-7337                            Tel:   (215) 875-3000
                                                    Fax:   (215) 875-4604
15 **Counsel for Plaintiff Joseph Leone**           Email: ssavett@bm.net
                                                           astock@bm.net
16 Shawn A. Williams                                        josterwise@bm.net
   COUGHLIN STOIA GELLER RUDMAN &
17 ROBBINS LLP                                      **Counsel for Plaintiff in Related Action,**
   100 Pine Street                                  **Allen M. Metzger**
18 Suite 2600
   San Francisco, CA 94111                          Christopher J. Keller
19 Tel:   (415) 288-4545                            Andrei V. Rado
   Fax:   (415) 288-4534                            Alan I. Ellman
20 Email: shawnw@csgrr.com                          LABATON SUCHAROW LLP
                                                    140 Broadway
21 **Counsel for Plaintiffs in Related Actions,**   New York, NY 10005
   **Rosenbaum Capital LLC and Elliott**            Tel:   (212) 907-0700
22 **Greenberg and Movant Charles Bregenzer**       Fax:   (212) 818-0477

23                                                  **Counsel for Movants State-Boston**
                                                    **Retirement System and Norfolk County**
24                                                  **Retirement System**

25

26

27

28
                                    2
**PROOF OF SERVICE**
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Amended Service List.wpd

| | |
|---|---|
| Jules Brody<br>Howard T. Longman<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel:   (212) 687-7230<br>Fax:   (212) 490-2022<br>Email: SSBNY@aol.com<br>        tsvi@aol.com | Evan J. Smith<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004<br>Tel:   (610) 667-6200<br>Fax:   (610) 667-9029<br><br>**Counsel for Plaintiff in Related Action, PEM Resources LP** |
| Jeffrey S. Abraham<br>Lawrence D. Levit<br>ABRAHAM, FRUCHTER & TWERSKY, LLP<br>One Penn Plaza<br>Suite 2805<br>New York, NY 10119<br>Tel:   (212) 279-5050<br>Fax:   (212) 279-3655<br>Email: jabraham@aftlaw.com<br>        llevit@aftlaw.com | John J. Soroko<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Tel:   (215) 979-1000<br>Fax:   (215) 979-1020<br><br>**Counsel for Defendants S. Trezevant Moore, Jr. and Christopher J. Zyda** |
| **Counsel for Plaintiff Howard J. Kaplowitz, IRA and Movants William F. Kornfeld and Dennis Koch** | |
| Alan R. Plutzik, Of Counsel<br>L. Timothy Fisher, Of Counsel<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598<br>Tel:   (925) 945 0770<br>Fax:   (925) 945-8792<br>Email: aplutzik@bramsonplutzik.com<br>        ltfisher@bramsonplutzik.com | |
| Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:   (610) 667-7706<br>Fax:   (610) 667-7056 | |
| **Counsel for Plaintiff in Related Action, PEM Resources LP and Movant Ronald Larson** | |

3

**PROOF OF SERVICE**
**CASE NO. 07-CV-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Amended Service List.wpd

1  I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 17th day of October, 2007 at Los Angeles, California.

                                              /s/
                                   Patrice L. Bishop
                                   Declarant