# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | No. C-07-04073-PJH<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL** |

Upon the motion of the Sharenow Group to Appoint Lead Plaintiff and Lead and Liaison Counsel and all proceedings in connection therewith it is hereby ORDERED that:

1. The members of the Sharenow Group, Joel Sharenow, Bradley Burns and Rajiv Kumar Prasad, are hereby appointed as lead plaintiff; and

2. Gardy & Notis, LLP and Faruqi & Faruqi, LLP are hereby appointed as plaintiffs' Lead Counsel, and Audet & Partners, LLP is hereby appointed as plaintiffs' Liaison Counsel.

**IT IS SO ORDERED.**

Dated: _____

PHYLLIS J. HAMILTON<br>
UNITED STATES DISTRICT JUDGE