MARK LABATON #159555
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, California  90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019
Email: mlabaton@kreindler.com

*Local Counsel*

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALAN I. ELLMAN
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
Email: info@labaton.com

*Proposed Lead Counsel and Counsel for Plaintiff State-Boston Retirement System and Norfolk County Retirement System*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | Civil Action No.: 3:07-CV-04073-PJH <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> <u>Hearing</u> <br><br> Date: Nov. 21, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Hon. Phyllis J. Hamilton |

Having considered the motion of State-Boston Retirement System and Norfolk County Retirement System ("Boston and Norfolk") for consolidation of the related actions, to be appointed Lead Plaintiff, and for approval of Lead Plaintiff's selection of Lead Counsel, the Memorandum of Points and Authorities in support thereof, the Declaration of Alan I. Ellman in support of that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The motion of Boston and Norfolk is granted.

2. The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 3:07-cv-04073-PJH. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. An original of this Order shall be filed by the Clerk in the Master File.

5. The Clerk shall mail a copy of this Order to counsel of record in the Action.

6. Every pleading in the Consolidated Action shall have the following caption:

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION ) ) ) ) ) | Civil Action No. 3:07-CV-04073-PJH |

7. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

8. When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

(a) File a copy of this Order in the separate file for such action;

1          (b)    Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly

2  filed or transferred case and to any new defendant(s) in the newly-filed case; and

3          (c)    Make the appropriate entry in the Master Docket for the Consolidated

4  Action.

5      9.    Each new case that arises out of the subject matter of the Consolidated Action

6  which is filed in this Court or transferred to this Court, shall be consolidated with the

7  Consolidated Action, and this Order shall apply thereto, unless a party objects to consolidation,

8  as provided for herein, or any provision of this Order, within ten (10) days after the date upon

9  which a copy of this Order is served on counsel for such party, by filing an application for relief,

10 and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be

11 construed as a waiver of the defendants' right to object to consolidation of any subsequently filed

12 or transferred related action.

13     10.    Boston and Norfolk are appointed to serve as Lead Plaintiff in the above-

14 captioned Consolidated Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

15     11.    The law firm of Labaton Sucharow LLP is hereby approved as Lead Counsel for

16 the Class. Lead Counsel shall have the authority to speak for all plaintiffs and class members in

17 all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion

18 practice, trial and settlement.

20     IT IS SO ORDERED.

21 This ___ day of _____, 2007

                                                        United States District Judge