```
 1  MARK LABATON #159555
    KREINDLER & KREINDLER LLP
 2  707 Wilshire Boulevard, Suite 4100
    Los Angeles, California  90017
 3  Telephone:  (213) 622-6469
    Facsimile:  (213) 622-6019
 4  Email: mlabaton@kreindler.com
    Local Counsel
 5
    LABATON SUCHAROW LLP
 6  CHRISTOPHER J. KELLER
    ANDREI V. RADO
 7  ALAN I. ELLMAN
    140 Broadway
 8  New York, New York  10005
    Telephone:  (212) 907-0700
 9  Facsimile:  (212) 818-0477
    Email: info@labaton.com
10  Proposed Lead Counsel and Counsel for Plaintiff
    State-Boston Retirement System and Norfolk County
11  Retirement System
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C 07-4073 PJH |
| JOSEPH LEONE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No.: 3:07-CV-04073-PJH |
| vs. | <u>CLASS ACTION</u> |
| | Honorable Phyllis J. Hamilton |
| S. TREZEVANT MOORE, JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, and LUMINENT MORTGAGE CAPITAL, INC., | <u>Hearing</u><br>Date:  Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| Defendants. | |

*(Additional Captions on the Following Page)*

**NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL (Docket #37)</u>**

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER ZYDA,<br><br>                Defendants. | Civil Action No.: 3:07-CV-04096-PJH<br><br>CLASS ACTION<br><br>Honorable Phyllis J. Hamilton<br><br>Hearing<br><br>Date: Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>                Defendants. | Civil Action No.: 3:07-CV-04140-PJH<br><br>CLASS ACTION<br><br>Honorable Phyllis J. Hamilton<br><br>Hearing<br><br>Date: Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>                Defendants. | Civil Action No.: 3:07-CV-04141-PGH<br><br>CLASS ACTION<br><br>Honorable Phyllis J. Hamilton<br><br>Hearing<br><br>Date: Nov. 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No.: 3:07-CV-04184-PJH |
| vs. | CLASS ACTION |
| | Honorable Phyllis J. Hamilton |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA | Hearing |
| | Date: Nov. 21, 2007<br>Time: 9:00 a.m. |
| Defendants. | Courtroom: 3 |

| | |
|---|---|
| ALLEN M. METZGER, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No.: 3:07-CV-04686-PJH |
| vs. | CLASS ACTION |
| | Honorable Phyllis J. Hamilton |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA | Hearing |
| | Date: Nov. 21, 2007<br>Time: 9:00 a.m. |
| Defendants. | Courtroom: 3 |

3:07-cv-04073-PJH
**NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

1. I, the undersigned, say:

2. I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 4100, Los Angeles, California 90017.

On October 17, 2007, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL (Docket #37)**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE ATTACHED SERVICE LIST**

Executed on October 17, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Mark Labaton
Mark Labaton

**3:07-cv-04073-PJH**
**PROOF OF SERVICE**

1

## SERVICE LIST

### Electronically to all ECF-Registered Entities

### By U.S. Mail To All Known Non-ECF Registered Entities

Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Darren Jay Robbins
David C. Walton
Catherine J Kowalewski
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

---

**3:07-cv-04073-PJH**
**NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**