## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF THE SHARENOW GROUP TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL;**

**DECLARATION OF JAMES S. NOTIS IN SUPPORT OF THE MOTION OF THE SHARENOW GROUP TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL;**

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL; and**

**PROOF OF SERVICE**

on the parties shown below:

| | |
|---|---|
| **Mark C. Gardy**<br>Gardy & Notis, LLP<br>440 Sylvan Avenue<br>Suite 110<br>Englewood Cliffs, NJ 07632 | **Richard Schwartz**<br>Faruqi & Faruqi, LLP<br>369 Lexington Avenue<br>10th Floor<br>New York, NY 10017 |

### THE REMAINDER SERVICED BY ECF

[X] (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[ ] (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 17th day of October, 2007 at San Francisco, California.