Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
350 5th Avenue, Suite 5508
New York, New York 10118
Telephone:   (212) 686-1060
Facsimile:   (212) 202-3827
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: LUMINENT MORTGAGE CAPITAL, INC SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master Case No. 3:07-cv-04073-PJH<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; and (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

   PLEASE TAKE NOTICE that movant Harry Pogach ("Movant") hereby withdraws his motion to: (1) consolidate related actions; (2) appointing Movant as Lead Plaintiff; and (3) approving his selection of counsel.

Notice of Withdrawal of Motion to: (1) Consolidate Related Actions; (2) Appoint Lead Plaintiff; and (3) Approve Lead Plaintiff's Selection of Counsel   1

1  Dated: October 17, 2007

                        Respectfully submitted,

                        THE ROSEN LAW FIRM, P.A.

                        /s/ Laurence Rosen, Esq.
                        Laurence Rosen, Esq. (SBN #219683)

                        [Proposed] Lead Counsel for Plaintiffs

Notice of Withdrawal of Motion to: (1) Consolidate Related Actions; (2) Appoint Lead Plaintiff; and (3) Approve Lead Plaintiff's Selection of Counsel  2

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby certify that on October 17, 2007, a true and correct copy following NOTICE OF WITHDRAWAL OF MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; and (3) APPROVE LEAD PLAINTIFF'S SECTION OF COUNSEL was served via CM/ECF which sent notification to such filing to counsel of record.

Additionally, pursuant to the Local Civil Rules of this Court, I concurrently caused the aforementioned document to be posted at the following Designated Internet Site: http://securities.stanford.edu.

THE ROSEN LAW FIRM, P.A.

_____/s/ Laurence M. Rosen\_\_\_
Laurence M. Rosen