**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414

Attorneys for Movant District No. 9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL INC. SECURITIES LITIGATION<br><br>_____ | No. 3:07-CV-4073 PJH<br><br>NOTICE OF MOTION AN D MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS  PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL<br><br>Date: November 21, 2007<br>Time: 9:00 a.m.<br>Ctrm: 3 |

---

NOTICE OF MOTION AND MOTION TO APPOINT LEAD PLAINTIFF, AND  TO APPROVE CHOICE OF COUNSEL  CASE NO.: 3:07-cv-04096-PJH
- 1

PLEASE TAKE NOTICE that class member District No. 9, International Association of Machinists and Aerospace Workers Pension Trust ("Movant") hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the Northern District of California, located at 450 Golden Gate Ave., Courtroom 3, San Francisco, CA 94102, before the Honorable Phyllis J. Hamilton, November 21, 2007, at 9:00 a.m., for an Order: (a) appointing Movant to serve as lead plaintiff; and (b) approving Movant's choice of counsel.

In support of its motion, Movant submits: (a) a Memorandum of Law, dated October 17, 2007; (b) a Declaration of Michael Goldberg, Esq., dated October 17, 2007; and (c) a (Proposed) Order granting Movant's motion for appointment as lead plaintiff, and approval of counsel.

DATED: October 17, 2007

Respectfully submitted,

 /s/ **Michael Goldberg**

 _____
Lionel Z. Glancy
Michael Goldberg
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**Liaison Counsel for Movant**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY  10016
Telephone: (212) 779-1414

**Attorneys for District No. 9**