**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414

Attorneys for Movant District No. 9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL INC. SECURITIES LITIGATION | No. 3:07-CV-4073 PJH<br><br>DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL<br><br>Date: November 21, 2007<br>Time: 9:00 a.m.<br>Ctrm: 3 |

1. I am a partner of the law firm of Glancy Binkow & Goldberg LLP. I make this Declaration in support of the accompanying Motion to Appoint District No. 9, International Association of Machinists and Aerospace Workers Pension Trust ("District No. 9") as Lead Plaintiff, and Approve District No. 9's choice of counsel. The matters set forth herein are stated within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

   a. Exhibit A:   District No. 9's sworn Certification;

   b. Exhibit B:   Chart evidencing the losses incurred by District No. 9;

   c. Exhibit C:   Press release issued on *Prime Newswire*, dated August 8, 2007;

   d. Exhibit D:   Firm resume for Bernstein Liebhard & Lifshitz, LLP; and

   e. Exhibit E:   Firm resume for Glancy Binkow & Goldberg LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of October, 2007, at Los Angeles, California.

/s/ **Michael Goldberg**

———————————————
MICHAEL GOLDBERG

---

DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION TO APPOINT AS LEAD PLAINTIFF, AND TO APPROVE ITS OF CHOICE OF LEAD COUNSEL
CASE NO.: 3:07-cv-04096-PJH            2