1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

IN RE LUMINENT MORTGAGE CAPITAL INC. SECURITIES LITIGATION

_____

No. 3:07-CV-4073 PJH

[PROPOSED] ORDER GRANTING MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS  PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL

Date: November 21, 2007
Time: 9:00 a.m.
Ctrm: 3

20

21

Upon good cause shown, IT IS HEREBY ORDERED THAT:

22

Appointment of Lead Plaintiff

23

24

Class member District No. 9, International Association of Machinists and

25

Aerospace Workers Pension Trust ("Movant") is hereby appointed lead plaintiff of all

26

individuals or entities who acquired shares of Luminent Mortgage Capital, Inc. during

27

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S CHOICE OF COUNSEL

28

CASE NO.: 3:07-cv-04096-PJH                                                                1

the period of October 10, 2006 and August 6, 2007, inclusive.  Section 21D(a)(3)(B)

of the Securities Exchange Act of 1934, 15 U.S.C. Section 78u-4(3)(B).  This

appointment is without prejudice to defendants=right to challenge the adequacy,

typicality, or ability of the plaintiff to represent the absent class members in these

Consolidated Actions or the propriety of this case being certified as a class action.

Organization of Plaintiffs=Counsel

    Lead plaintiff=s selection of Bernstein Liebhard & Lifshitz, LLP as lead counsel

("Lead Counsel") and Glancy Binkow & Goldberg LLP as liaison counsel for all

plaintiffs and the Class in this action is approved.

    Lead Counsel are hereby vested by the Court with the following responsibilities

and duties in connection with this action:

           1.     To direct and coordinate the briefing and arguing of motions;

           2.     To direct and coordinate the initiation and conduct of discovery

proceedings, including, but not limited to, requests for production of documents

and/or third party subpoenas;

           3.     To direct and coordinate the examination of witnesses in

depositions and oral interrogatories;

           4.     To act as spokesperson at pretrial conferences;

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD
PLAINTIFF'S CHOICE OF COUNSEL

CASE NO.: 3:07-cv-04096-PJH                                                                    2

5.      To call meetings of plaintiffs=counsel as appropriate or necessary from time to time;

6.      To direct the preparation for a trial of this matter and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

7.      To direct and coordinate the conduct of pre-trial, trial and post-trial proceedings;

8.      To consult with and employ experts;

9.      To coordinate and collect monthly time and expense reports from all plaintiffs=attorneys in this action;

10.     To initiate and conduct all settlement negotiations with counsel for defendants; and

11.     To perform such other duties as may be expressly authorized by further order of the Court.

No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S CHOICE OF COUNSEL

CASE NO.: 3:07-cv-04096-PJH                                                         3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants' counsel may rely upon all agreements made with Lead Counsel, and such agreements shall be binding on all plaintiffs in this action. Lead Counsel are hereby designated as the counsel for plaintiffs upon whom all notices, orders, pleadings, motions, discovery, and memoranda may be served and defendants shall effect service of papers on plaintiffs by serving Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street, New York, New York 10016 and Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067.

If defendants file a single pleading or other paper directed to all plaintiffs in this action, the response on behalf of plaintiffs shall be made in a single pleading or other paper to be served by Lead Counsel. All plaintiffs in this action shall be bound by that pleading or paper.

The organizational structure established by this Order shall bind counsel for plaintiffs in this action or any subsequently filed cases consolidated therewith.

Movant, through Lead Counsel, shall file a consolidated class action complaint (the "Consolidated Complaint") within 60 days of the entry of this Order designating lead plaintiff, unless otherwise agreed upon by the parties.

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S CHOICE OF COUNSEL

1    The defendants shall answer or otherwise respond to the Consolidated

2

3    Complaint within 45 days after its service, unless otherwise agreed upon by the

4    parties.  If defendants file any motions directed at the consolidated complaint, the

5    opposition brief shall be filed within 45 days of filing that motion and the reply

6    brief shall be filed within 21 days of the filing of the opposition brief, unless

7

8    otherwise agreed upon by the parties and approved by the Court.

9

10             IT SO ORDERED, this ___ day of _____, 2007

11

12

13                                    _____

14

15                                    PHYLLIS J. HAMILTON
                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27    [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD
      PLAINTIFF'S CHOICE OF COUNSEL

28

CASE NO.: 3:07-cv-04096-PJH                                              5

1  Submitted by:

2
   **GLANCY BINKOW & GOLDBERG LLP**
3  Lionel Z. Glancy (#134180)
   Michael Goldberg (#188669)
4  1801 Avenue of the Stars, Suite 311
5  Los Angeles, CA 90067
   Telephone: (310) 201-9150
6  Email: info@glancylaw.com

7
   **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
8  Sandy A. Liebhard
   Joseph R. Seidman, Jr.
9  10 E. 40th Street
   New York, NY  10016
10 Telephone: (212) 779-1414
11

12 Attorneys for Movant District No. 9

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 [PROPOSED] ORDER  APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD
   PLAINTIFF'S CHOICE OF COUNSEL

   CASE NO.: 3:07-cv-04096-PJH                                              6