**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414

Attorneys for Movant District No. 9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------------x
IN RE LUMINENT MORTGAGE CAPITAL ) CASE NO.: 3:07-CV-4073 PJH
INC. SECURITIES LITIGATION )
 )
 )
 ) CERTIFICATE OF SERVICE
 )
 ) Date: November 21, 2007
 ) Time: 9:00 a.m.
 ) Ctrm: 3
 )
 )
 )
 )
 )
 )
 )
-------------------------------------------------------x

CERTIFICATE SERVICE
CASE NO.: 3:07-cv-04096-PJH                                                                  1

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES
AND ECF GENERAL ORDER NO. 45
<u>AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES</u>**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 17, 2007, I served the following documents:

NOTICE OF MOTION AN D MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS  PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR  APPROVAL OF LEAD COUNSEL

MEMORANDUM IN SUPPORT OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS PENSION TRUST'S MOTION TO BE APPOINTED AS LEAD PLAINTIFF, AND FOR APPROVAL OF ITS CHOICE OF COUNSEL

DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS  PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR  APPROVAL OF LEAD COUNSEL

[PROPOSED] ORDER GRANTING  MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS  PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR  APPROVAL OF LEAD COUNSEL

by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California on all ECF-registered parties in the action; and on the following:

CERTIFICATE SERVICE
CASE NO.: 3:07-cv-04096-PJH                                                                                         2

| | |
|---|---|
| Shawn A. Williams<br>Coughlin Stoia Geller Rudman and Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco. CA 94111 | Alan R. Plutzik<br>Schiffrin Barroway Topaz & Kessler, LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 |
| Patrice L. Bishop<br>Stull, Stull & Brody<br>10940 Wilshire Boulevard<br>Suite 2300<br>Los Angeles, CA 90024 | Julie Juhyun Bai<br>Berman DeValereio Pease Tabacco Burt & Pucillo<br>425 California Street<br>Suite 2100<br>San Francisco, CA 94104-2205 |

/s/
***Daniel C. Rann***

_____

Daniel C. Rann

CERTIFICATE OF SERVICE
CASE NO.: 3:07-cv-04096-PJH                                                                 3