SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | No. C 07-4073 PJH<br><br>CLASS ACTION<br><br>No. 3:07-cv-04073-PJH<br><br>RONALD LARSON'S AMENDED NOTICE OF MOTION TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: November 21, 2007<br>TIME: 9:00 a.m.<br>COURTROOM: 3<br>JUDGE: Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on November 21, 2007 at 9:00 a.m., or soon thereafter as the matter may be heard, class member Ronald Larson ("Movant"), by his counsel, will move, and hereby does move, this Court for an Order: (i) appointing Ronald Larson as lead plaintiff; (ii) approving Ronald Larson's selection of the law firm of Schiffrin, Barroway, Topaz & Kessler, LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Ronald Larson submits herewith a Memorandum of Points and Authorities and a Declaration of Alan R. Plutzik. An proposed form of Order is also submitted herewith.

Dated: October 17, 2007

Respectfully submitted,

SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP

/s/Alan R. Plutzik
   Alan R. Plutzik

Alan R. Plutzik, Of Counsel
SCHIFFRIN, BARROWAY
   TOPAZ & KESSLER, LLP
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056