MARK LABATON #159555
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: mlabaton@kreindler.com

*Local Counsel*

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALAN I. ELLMAN
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: info@labaton.com

*Proposed Lead Counsel and Counsel for Plaintiff State-Boston Retirement System and Norfolk County Retirement System*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 3:07-CV-04073-PJH <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER FOR APPOINTMENT OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> <u>Hearing</u> <br><br> Date: Nov. 21, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Hon. Phyllis J. Hamilton |

1  Having considered the motion of State-Boston Retirement System and Norfolk County Retirement System ("Boston and Norfolk") to be appointed Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel, the Memorandum of Points and Authorities in support thereof, the Declaration of Alan I. Ellman in support of that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The motion of Boston and Norfolk is granted.

2. Boston and Norfolk are appointed to serve as Lead Plaintiff in the above-captioned Consolidated Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3. The law firm of Labaton Sucharow LLP is hereby approved as Lead Counsel for the Class.  Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion practice, trial and settlement.

IT IS SO ORDERED.

This ___ day of _____, 2007

_____
United States District Judge

3:07-cv-04073-PJH
[PROPOSED] ORDER FOR APPOINTMENT OF STATE-BOSTON RETIREMENT SYSTEM AND NORFOLK COUNTY RETIREMENT SYSTEM AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

1