MARK LABATON #159555
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, California  90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019
Email: mlabaton@kreindler.com

*Local Counsel*

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALAN I. ELLMAN
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
Email: info@labaton.com

*Proposed Lead Counsel and Counsel for Plaintiff State-Boston Retirement System and Norfolk County Retirement System*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | Civil Action No.: 3:07-CV-04073-PJH <br><br> <u>CLASS ACTION</u> <br><br> **PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES** <br><br> <u>Hearing</u> <br><br> Date: Nov. 21, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Hon. Phyllis J. Hamilton |

**3:07-cv-04073-PJH**
**PROOF OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 4100, Los Angeles, California 90017.

On October 18, 2007, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **Notice of Motion and Motion of State-Boston Retirement System and Norfolk County Retirement System for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel**

2. **Memorandum of Points and Authorities in Support of the Motion of State-Boston Retirement System and Norfolk County Retirement System for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel**

3. **Declaration of Alan I. Ellman in Support of the Notice of Motion of State-Boston Retirement System and Norfolk County Retirement System for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel**

4. **Proposed Order**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE ATTACHED SERVICE LIST**

Executed on October 18, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Mark Labaton
Mark Labaton

**3:07-cv-04073-PJH**
**PROOF OF SERVICE**

1

# SERVICE LIST

## Electronically to all ECF-Registered Entities

## By U.S. Mail To All Known Non-ECF Registered Entities

Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Darren Jay Robbins
David C. Walton
Catherine J Kowalewski
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

**3:06-CV-4065-MJJ and 3:06-CV-04709-MHP**
**NOTICE OF MOTION AND MOTION OF THE MERCURY PENSION FUND GROUP FOR**
**CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**