1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California  94104
   Telephone:     415-433-3200
5  Facsimile:     415-433-6382

6  *Local Counsel*

7  Richard W. Cohen
   E-mail: rcohen@lowey.com
8  David C. Harrison (admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (admitted *pro hac vice*)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York  10601-2310
   Telephone:     914-997-0500
12 Facsimile:     914-997-0035

13 *Attorneys for Movant Southern*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | C 07-04073 PJH |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: | **SUPPLEMENTAL DECLARATION OF ALLEN DAYTON** |
| ALL ACTIONS | Date:  November 21, 2007<br>Time:  9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

[3:07-CV-04073-PJH] SUPPLEMENTAL DECLARATION OF ALLEN DAYTON
2031 / DECL / 00084759.WPD v1

ALLEN DAYTON hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this supplemental declaration in order to provide the Court with further information about my business background in connection with the application for lead plaintiff submitted by The Southern Improvement Company, VSA, Inc., and myself (collectively, "Southern").

2. I have been a private investor and business owner for the past 35 years. In addition to my ownership and control of Southern Improvement and VSA, I have also served since 2003 as a member of the board of directors, and currently serve on the Investment Committee and am Chairman of the Nominating Committee, of Supertel Hospitality, Inc., a publicly traded real estate investment trust located in Norfolk, Nebraska, that owns approximately 130 hotels throughout the United States.

3. I serve on the boards of the Entrepreneurship Institute at the University of Nebraska College of Business Administration and the University of Portland Center for Entrepreneurship.

4. I have also served since 2001 as a Trustee of the University of Nebraska Foundation, a private nonprofit corporation that obtains financing for all the campuses of the university and whose endowment is ranked among the top 20 of all public higher education facilities.

5. I will faithfully serve the interests of the members of the class of investors in Luminent Mortgage Capital, Inc. stock and options, with whom I am completely aligned in seeking to maximize the recovery against the defendants, and I will actively oversee counsel's prosecution of the action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of October, 2007, at Lincoln, Nebraska.

_____
ALLEN DAYTON