1 | Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
2 | Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
3 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
4 | San Francisco, California 94104
Telephone: 415-433-3200
5 | Facsimile: 415-433-6382

6 | *Local Counsel*

7 | Richard W. Cohen
E-mail: rcohen@lowey.com
8 | David C. Harrison (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
9 | Jeanne D'Esposito (admitted *pro hac vice*)
E-mail: jdesposito@lowey.com
10 | LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
One North Broadway
11 | White Plains, New York 10601-2310
Telephone: 914-997-0500
12 | Facsimile: 914-997-0035

13 | *Attorneys for Movant Southern*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH |
|---|---|
|  | **CLASS ACTION** |
| This Document Relates To: | **CERTIFICATE OF SERVICE** |
| ALL ACTIONS. | Date: November 21, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

[C-07-04073 PJH] CERTIFICATE OF SERVICE

1

1       I, Tyler Kelly, certify that I am over eighteen years of age and am not a party to this
2   action. On October 31, 2007, I caused to be served the following documents on the parties listed
3   on the attached service, by First Class Mail or hand delivery, as indicated below:
4   1.   SOUTHERN'S OPPOSITION TO CERTAIN PLAINTIFFS' MOTIONS FOR
5        APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF
6        LEAD COUNSEL;
7   2.   SUPPLEMENTAL DECLARATION OF DAVID C. HARRISON IN OPPOSITION TO
8        MOTIONS BY CERTAIN PLAINTIFFS FOR APPOINTMENT AS LEAD PLAINTIFF
9        AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL;
10  3.   SUPPLEMENTAL DECLARATION OF ALLEN DAYTON;
11  4.   CERTIFICATE OF SERVICE
12      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true
13  and correct.
14      Executed at San Francisco, California, on October 31, 2007.

_____
TYLER KELLY

| | |
|---|---|
| 1 | Luminent Mortgage Capital, Inc.<br>Service List - 10/16/07 |
| 2 | |
| 3 | Adel A. Nadji<br>Michael Andrew McShane<br>Audet & Partners, LLP |
| 4 | 221 Main Street, Suite 1460<br>San Francisco, CA 94105 |
| 5 | Phone: 415-982-1776<br>Fax: 415-576-1776 |
| 6 | Email: anadji@audetlaw.com<br>Email: mmcshane@audetlaw.com |
| 7 | *Counsel for movant Sharenow Group*<br>**[BY HAND DELIVERY]** |
| 8 | |
| 9 | Nadeem Faruqi<br>Richard Schwartz<br>Shane Rowley |
| 10 | Faruqi & Faruqi, LLP<br>369 Lexington Avenue, 10th Floor |
| 11 | New York, NY 10017-6531<br>Phone: 212-983-9330 |
| 12 | Fax: 212-983-9331<br>Email: nfaruqi@faruqilaw.com |
| 13 | *Counsel for movant Sharenow Group*<br>**[BY FIRST CLASS MAIL]** |
| 14 | |
| 15 | Mark C. Gardy<br>Gardy & Notis, LLP<br>440 Sylvan Avenue, Suite 110 |
| 16 | Englewood Cliffs, NJ 07632<br>Phone: 201-567-7377 |
| 17 | Fax: (201) 457-7337<br>Email: mgardy@gardylaw.com |
| 18 | *Counsel for movant Sharenow Group*<br>**[BY FIRST CLASS MAIL]** |
| 19 | |
| 20 | Laurence M. Rosen<br>The Rosen Law Firm, P.A.<br>350 Fifth Avenue, Suite 5508 |
| 21 | New York, NY 10118<br>Tel: (212) 686-1060 |
| 22 | Fax: (212) 202-3827<br>Email: lrosen@rosenlegal.com, larry.rosen@earthlink.net |
| 23 | *Counsel for movant Harry Pogach*<br>**[BY FIRST CLASS MAIL]** |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[C-07-04073 PJH] CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Mark Labaton |
| | Kreindler & Kreindler, LLP |
| 2 | 707 Wilshire Boulevard |
| | Los Angeles, CA 90017 |
| 3 | Phone: 213-622-646 |
| | Email: mlabaton@kreindler.com |
| 4 | *Counsel for movant State-Boston Retirement System and Norfolk County Retirement System* |
| | **[BY HAND DELIVERY]** |
| 5 | |
| | Christopher J. Keller |
| 6 | Andrei V. Rado |
| | Alan I. Ellman |
| 7 | Labaton Sucharow, LLP |
| | 140 Broadway |
| 8 | New York, NY 10005 |
| | Email: info@labaton.com |
| 9 | *Counsel for movant State-Boston Retirement System and Norfolk County Retirement System* |
| | **[BY FIRST CLASS MAIL]** |
| 10 | |
| | Shawn A. Williams |
| 11 | Dennis J. Herman |
| | Coughlin Stoia Geller Rudman & Robbins LLP |
| 12 | 100 Pine Street Suite 2600 |
| | San Francisco, CA  94111 |
| 13 | Phone: 415-288-4545 |
| | Fax: 415-288-4534 |
| 14 | Email: shawnw@csgrr.com |
| | Email: dennish@csgrr.com |
| 15 | *Counsel for movant Charles Bregenzer* |
| | **[BY FIRST CLASS MAIL]** |
| 16 | |
| | Catherine J Kowalewski |
| 17 | Darren Jay Robbins |
| | David C. Walton |
| 18 | Coughlin Stoia Geller Rudman & Robbins LLP |
| | 655 West Broadway, Suite 1900 |
| 19 | San Diego, CA  92101 |
| | Phone: 619-231-1058 |
| 20 | Fax: 619-231-7423 |
| | *Counsel for movant Charles Bregenzer* |
| 21 | **[BY FIRST CLASS MAIL]** |
| | |
| 22 | Alan R Plutzik |
| | Lawrence Timothy Fisher |
| 23 | Schiffrin Barroway Topaz & Kessler, LLP |
| | 2125 Oak Grove Road, Suite 120 |
| 24 | Walnut Creek, CA  94598 |
| | (925) 945-0770 |
| 25 | Fax: 925-945-8792 |
| | Email: aplutzik@bramsonplutzik.com |
| 26 | Email: ltfisher@bramsonplutzik.com |
| | *Counsel for movant Ronald Larsen* |
| 27 | **[BY HAND DELIVERY]** |
| 28 | |

[C-07-04073 PJH] CERTIFICATE OF SERVICE

```
 1   Arthur Stock
     Jeffrey L. Osterwise
 2   Sherrie R. Savett
     Berger & Montague, P.C.
 3   1622 Locust Street
     Philadelphia, PA  19103
 4   (215) 875-3000
     Fax: (215) 875-4604
 5   Counsel for plaintiff Allen M. Metzger
     [BY FIRST CLASS MAIL]
 6
     Patrice L. Bishop
 7   Stull, Stull & Brody
     10940 Wilshire Boulevard, Suite 2300
 8   Los Angeles, CA  90024
     310-209-2468
 9   Fax: 310-209-2087
     Email: service@ssbla.com
10   Counsel for movants William F. Kornfield, Jr. and Dennis Koch
     [BY FIRST CLASS MAIL]
11
     Jules Brody
12   Stull Stull & Brody
     6 East 45th Street
13   New York, NY  10017
     212-687-7320
14   Fax: 212-490-2022
     Counsel for movants William F. Kornfield, Jr. and Dennis Koch
15   [BY FIRST CLASS MAIL]

16   Jeffrey S. Abraham
     Lawrence D. Levit
17   Abraham Fruchter & Twersky LLP
     One Penn Plaza, Suite 2805
18   New York, NY  10119
     212-279-5050
19   Fax: 212-279-3655
     Email: jabraham@aftlaw.com
20   Email: llevit@aftlaw.com
     Counsel for movants William F. Kornfield, Jr. and Dennis Koch
21   [BY FIRST CLASS MAIL]

22   Lionel Z. Glancy
     Michael Goldberg
23   Glancy Binkow & Goldberg LLP
     1801 Avenue of the Stars, Suite 311
24   Los Angeles, CA 90067
     Phone: 310-201-9150
25   Email: info@glancylaw.com
     Counsel for movant District No. 9
26   [BY FIRST CLASS MAIL]

27

28
```

```
 1 │ Susan Kupfer
   │ Glancy Binkow & Goldberg LLP
 2 │ 455 Market Street, Suite 1810
   │ San Francisco, CA 94105
 3 │ *Counsel for movant District No. 9*
   │ **[BY HAND DELIVERY]**
 4 │
   │
 5 │ Sandy A. Liebhard
   │ Joseph R. Seidman, Jr.
   │ Bernstein Liebhard & Lifshitz, LLP
 6 │ 10 E. 40th Street
   │ New York, NY 10018
 7 │ Phone: 212-779-1414
   │ Email: liebhard@bernlieb.com
 8 │ *Counsel for movant District No. 9*
   │ **[BY FIRST CLASS MAIL]**
 9 │
   │
10 │ Michael Lane Rugen
   │ Heller Ehrman LLP
   │ 333 Bush Street, 30th Floor
11 │ San Francisco, CA  94104-2878
   │ Phone: 415-772-6000
12 │ Fax: 415-772-6268
   │ Email: Michael.Rugen@hellerehrman.com
13 │ *Counsel for defendant Luminent Mortgage Capital Inc.*
   │ **[BY HAND DELIVERY]**
14 │
   │
15 │ John J. Soroko, Esq.
   │ Duane Morris, LLP
   │ 30 South 17th Street
16 │ Philadelphia, PA  19103-4196
   │ Phone: 215-979-1124
17 │ Fax: 215-979-1020
   │ Email: Soroko@duanemorris.com
18 │ *Counsel for defendants Christopher Zyda, Sewell Trezevant Moore Jr., and Gail P. Seneca*
   │ **[BY FIRST CLASS MAIL]**
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```

[C-07-04073 PJH] CERTIFICATE OF SERVICE