Patrice L. Bishop (182256)
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
Tel:   (212) 279-5050
Fax:   (212) 279-3655

Proposed Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION, <br><br>This Document Relates To: <br><br>ALL ACTIONS. | CASE NO. 07-CV-04073 PJH <br><br>**CLASS ACTION** <br><br>**DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF WILLIAM F. KORNFELD, JR.'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL** <br><br>DATE:   November 21, 2007 <br>TIME:   9:00 a.m. <br>JUDGE:  Honorable Phyllis J. Hamilton <br>CTRM:   3, 17th Floor |

I, Patrice L. Bishop, declare as follows:

1. I am an attorney admitted to practice in the State of California and this District. I am an associate with the law firm of Stull, Stull & Brody, co-counsel for proposed lead plaintiff William F. Kornfeld, Jr., ("Kornfeld"). I submit this Declaration in support of the William F. Kornfeld, Jr.'s Opposition to Competing Motions for Appointment of Lead Plaintiff and Lead Counsel. I am familiar with this matter and have knowledge of the information stated herein.

2. Supertel Hospitality, Inc. ("Supertel") is a real estate investment trust whose stock is publically traded on the NASDAQ National Market under the ticker symbol "SPPR." According to its website, www.SupertelInc.com, and filings with the Securities and Exchange Commission ("SEC"), proposed lead plaintiff Allen Dayton is a member of Supertel's board of directors. Moreover, according to Supertel's Definitive Proxy filed on Form DEF 14A with the SEC on April 11, 2007, Allen Dayton, along with his companies Southern Improvement Company and VSA, Inc., own 928,312 shares of Supertel common stock, or 4.2% of Supertel's outstanding stock. In addition, Dayton has the right to acquire 2,857 shares through the exercise of options.

3. Attached hereto as Exhibit 1 is a true and correct copy of Howard Longman's October 16, 2007 correspondence to David C. Harrison of Lowey, Dannenberg, Bemporad, Selinger & Cohen, P.C., co-counsel of record for Allen Dayton, VSA, Inc., and Southern Improvement Company.

4. Attached hereto as Exhibit 2 is a true and correct copy of David C. Harrison's October 17, 2007 correspondence to Howard Longman.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 31st day of October, 2007 at Los Angeles, California.

/s/
Patrice L. Bishop
Declarant

# Exhibit 1

# STULL, STULL & BRODY
ATTORNEYS AT LAW
6 EAST 45th STREET
NEW YORK, N.Y. 10017

TELEPHONE
212-687-7230

TELECOPIER
212-490-2022

October 16, 2007

<u>Via Fax and E-mail</u>

David C. Harrison
Lowey, Dannenberg, Bemporad, Selinger & Cohen, P.C.
One North Broadway
White Plains, New York

Re: <u>Luminent Capital Mortgage, Inc.</u>, 07 CV 04073 (PJH) (N.D. Cal.)

Dear David:

I write with respect to your letter of October 11, 2007.

The application for lead plaintiff filed by your firm is somewhat opaque on certain issues which are relevant to the selection of a lead plaintiff. These items include: the nature of Allen Dayton's relationship to Southern Improvement Company, and VSA, Inc., including Mr. Dayton's ownership interest in those companies and the form that the ownership interests takes; the identity of other directors and officers of VSA and Southern Improvement Company; and whether and, if so, the extent to which, VSA and Southern Improvement may have hedged their investment in Luminent by shorting other securities including any market indices or other indices keyed to the credit markets.

Finally, as you know, in many cases, certifications have proven inaccurate. Therefore, we would also like to exchange the confirmation slips or other documents evidencing our respective client's trading in Luminent securities.

I look forward to hearing from you.

Very truly yours,

Howard T. Longman

cc: Jeffrey Abraham, Esq.

# Exhibit 2



**Dannenberg Bemporad Selinger & Cohen, P.C.**

October 17, 2007

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914 997-0500 Telephone
914 997-0035 Fax

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

<u>VIA TELECOPIER AND E-MAIL</u>

Howard T. Longman, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Re: *In re Luminent Mortgage Capital, Inc.*, 07-07043-PJH (N.D. Cal.)

Dear Howard:

I write in response to your letter, dated October 16, 2007, requesting certain information relating to the lead plaintiff application of The Southern Improvement Company, VSA, Inc., and Allen Dayton (collectively, "Southern").

Southern has provided all the information required by the PSLRA and the Local Rules for the Court to determine that Southern is entitled to appointment as Lead Plaintiff. It is well settled in the Ninth Circuit (and elsewhere) that the Court's determination is made based upon the movant's certification, declaration and other submissions. *In re Cavanaugh*, 306 F.3d 726, 730 (9th Cir. 2002), citing *In re Cendant Corp. Sec. Litig.*, 264 F.3d 206, 264 (3d Cir. 2001). Southern's application clearly demonstrates that it has the largest financial interest in the litigation – a $1,470,000 loss – and otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

Moreover, Southern's application provides much, if not all, of the information you seek about Mr. Dayton's relationship with VSA and The Southern Improvement Company. Dayton represents that he is the sole shareholder and President of Southern and 95 percent shareholder and President of VSA, and that he exercises complete authority over, and is the sole decision-maker with respect to, those companies' securities investments. Dayton Declaration ¶¶ 1-3.

Similarly, all trading in Luminent stock and options during the class period is detailed in the certifications filed with Southern's moving papers. These certifications and the accompanying loss analyses make plain that Southern suffered nearly three times the claimed losses of your clients, and substantially more than any of the other lead plaintiff applicants. Accordingly, there is neither a factual nor legal basis for your proposed discovery exchange.

Very truly yours,

David C. Harrison

cc: Nicole Lavallee, Esq.
Jeffrey Abraham, Esq.

2031 / LTR / 00084460.WPD v1

# PROOF OF SERVICE VIA ELECTRONIC DELIVERY

I, Patrice L. Bishop, hereby certify that on October 31, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system:

**DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF WILLIAM F. KORNFELD, JR.'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

Upon filing of the foregoing documents, the CM/ECF system sent notification of same to the e-mail address(es) denoted below, obtained through the CM/ECF system.

**William M. Audet**
waudet@audetlaw.com
**Richard Bemporad**
rbemporad@lowey.com
**Patrice L. Bishop**
service@ssbla.com
**Richard W. Cohen**
rcohen@lowey.com
**Jeanne D'Esposito**
jdesposito@lowey.com
**Nadeem Faruqi**
nfaruqi@faruqilaw.com
**Michael M. Goldberg**
info@glancylaw.com
**David C. Harrison**
dharrison@ldbs.com
**Mark Irving Labaton**
mlabaton@kreindler.com
wkurtz@kreindler.com
**Nicole Catherine Lavallee**
nlavallee@bermanesq.com
ysoboleva@bermanesq.com
**Tricia Lynn McCormick**
triciam@csgrr.com
e_file_sf@csgrr.com
e_file_sd@csgrr.com
**Michael Andrew McShane**
mmcshane@audetlaw.com
**Adel A. Nadji**
anadji@audetlaw.com
hweinberg@audetlaw.com
**Alan Roth Plutzik**
aplutzik@bramsonplutzik.com
**Laurence M. Rosen**
lrosen@rosenlegal.com
larry.rosen@earthlink.net
**Shane Rowley**
srowley@faruqilaw.com
**Michael Lane Rugen**
Michael.Rugen@hellerehrman.com
Joshua.Hill@hellerehrman.com
thom.berninzoni@hellerehrman.com
SF-DocCal@hewm.com

**Joseph J. Tabacco, Jr**
jtabacco@bermanesq.com
ysoboleva@bermanesq.com

DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF WILLIAM F. KORNFELD, JR.'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Opposition Decl.wpd

I further certify that I served a copy(ies) of the above document(s) on the following non-CM/ECF participant(s) by depositing a copy(ies) in the United States mail, first-class postage prepaid, as follows:

Marc C. Gardy
GARDY & NOTIS, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
Tel:   (201) 567-7377
Fax:  (201) 457-7337

**Counsel for Plaintiff Joseph Leone**

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
Tel:   (415) 288-4545
Fax:  (415) 288-4534
Email: shawnw@csgrr.com

**Counsel for Plaintiffs in Related Actions, Rosenbaum Capital LLC and Elliott Greenberg and Movant Charles Bregenzer**

Sherrie R. Savett
Arthur Stock
Jeffrey L. Osterwise
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel:   (215) 875-3000
Fax:  (215) 875-4604
Email: ssavett@bm.net
           astock@bm.net
           josterwise@bm.net

**Counsel for Plaintiff in Related Action, Allen M. Metzger**

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel:   (212) 907-0700
Fax:  (212) 818-0477

**Counsel for Movants State-Boston Retirement System and Norfolk County Retirement System**

---

DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF WILLIAM F. KORNFELD, JR.'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Opposition Decl.wpd

1  Jules Brody
   Howard T. Longman
2  STULL, STULL & BRODY
   6 East 45th Street
3  New York, NY 10017
   Tel:  (212) 687-7230
4  Fax:  (212) 490-2022
   Email: SSBNY@aol.com
5         tsvi@aol.com

6  Jeffrey S. Abraham
   Lawrence D. Levit
7  ABRAHAM, FRUCHTER & TWERSKY,
   LLP
8  One Penn Plaza
   Suite 2805
9  New York, NY 10119
   Tel:  (212) 279-5050
10 Fax:  (212) 279-3655
   Email: jabraham@aftlaw.com
11        llevit@aftlaw.com

12 **Counsel for Plaintiff Howard J. Kaplowitz,
   IRA and Movants William F. Kornfeld and**
13 **Dennis Koch**

14 Alan R. Plutzik, Of Counsel
   L. Timothy Fisher, Of Counsel
15 SCHIFFRIN BARROWAY TOPAZ &
   KESSLER, LLP
16 2125 Oak Grove Road
   Suite 120
17 Walnut Creek, CA 94598
   Tel:  (925) 945 0770
18 Fax:  (925) 945-8792
   Email: aplutzik@bramsonplutzik.com
19        ltfisher@bramsonplutzik.com

20 Richard A. Maniskas
   D. Seamus Kaskela
21 SCHIFFRIN BARROWAY TOPAZ &
   KESSLER, LLP
22 280 King of Prussia Road
   Radnor, PA 19087
23 Tel:  (610) 667-7706
   Fax:  (610) 667-7056
24
   **Counsel for Plaintiff in Related Action,**
25 **PEM Resources LP and Movant Ronald
   Larson**
26

27

28

Evan J. Smith
BRODSKY & SMITH, LLC
Two Bala Plaza
Suite 602
Bala Cynwyd, PA 19004
Tel:  (610) 667-6200
Fax:  (610) 667-9029

**Counsel for Plaintiff in Related Action,
PEM Resources LP**

John J. Soroko
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel:  (215) 979-1000
Fax:  (215) 979-1020

**Counsel for Defendants S. Trezevant
Moore, Jr. and Christopher J. Zyda**

---

DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF WILLIAM F. KORNFELD, JR.'S OPPOSITION TO
COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Opposition Decl.wpd

1  I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through
2  the following electronic mail address provided by the Securities Class Action Clearinghouse:

3  scac@law.stanford.edu

4  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 31st day of October, 2007 at
5  Los Angeles, California.

6                                            /s/
                                  Patrice L. Bishop
7                                    Declarant

DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF WILLIAM F. KORNFELD, JR.'S OPPOSITION TO
COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL
**CASE NO. C-07-4140 PJH**
W:\STULL\LUMINENT\PLD\LP Opposition Decl.wpd