| | |
|---|---|
| 1 | Joseph J. Tabacco, Jr. (SBN 75484) |
|   | E-mail: jtabacco@bermanesq.com |
| 2 | Nicole Lavallee (SBN 165755) |
|   | E-mail: nlavallee@bermanesq.com |
| 3 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
|   | 425 California Street, Suite 2100 |
| 4 | San Francisco, California 94104 |
|   | Telephone:  415-433-3200 |
| 5 | Facsimile:   415-433-6382 |
| 6 | *Local Counsel* |
| 7 | Richard W. Cohen (admission *pro hac vice* pending) |
|   | E-mail: rcohen@lowey.com |
| 8 | David C. Harrison (admitted *pro hac vice*) |
|   | E-mail: dharrison@lowey.com |
| 9 | Jeanne D'Esposito (admitted *pro hac vice*) |
|   | E-mail: jdesposito@lowey.com |
| 10 | LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. |
|    | One North Broadway |
| 11 | White Plains, New York 10601-2310 |
|    | Telephone:  914-997-0500 |
| 12 | Facsimile:   914-997-0035 |
| 13 | *Attorneys for Movant Southern* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | C 07-04073 PJH |
| | **CLASS ACTION** |
| This Document Relates To: | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD W. COHEN AS ATTORNEY *PRO HAC VICE* |
| ALL ACTIONS | |
| | Date:  November 21, 2007 |
| | Time:  9:00 a.m. |
| | Place: Courtroom 3, 17th Floor |

---

[3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD W. COHEN AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084293.WPD v2

1    Richard W. Cohen, an active member in good standing of the bar of New York and
2    admitted to practice before the Unites States District Court for the Southern and Eastern Districts
3    of New York, whose business address and telephone number are:

LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
White Plains Plaza
One North Broadway
White Plains, New York  10601-2310
Telephone:   914-997-0500

8    having applied in the above-entitled action for admission to practice in the Northern District of
9    California on a *pro hac vice* basis, representing plaintiffs,

11   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
12   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
13   *vice*. Service of papers upon and communication with co-sounsel designated in the application
14   will constitute notice to the party. All future filings in this action are subject to the requirements
15   contained in General Order No. 45, Electronic Case Filing:

DATED: 11/2/07

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

---

28   [3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD W.
     COHEN AS ATTORNEY *PRO HAC VICE*
     2031 / ORD / 00084293.WPD v2