**GLANCY BINKOW & GOLDBERG, LLP**
Michael Goldberg (#188669)
1801 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

Attorneys for Movant District No. 9

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------------x
)       CASE NO.: C 07-04073 PJH
)
IN RE LUMINENT MORTGAGE CAPITAL INC.  )
SECURITIES LITIGATION                 )
)       Date: November 21, 2007
)       Time: 9:00 a.m.
)       Ctrm: 3
)
---------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS PENSION TRUST'S MOTION TO CONSOLIDATE RELATED CASES, BE APPOINTED AS LEAD PLAINTIFF, AND FOR APPROVAL OF ITS CHOICE OF COUNSEL**

---

NOTICE OF WITHDRAWAL OF District No. 9, INTERNATIONAL ASSOCIATION OF MACHINiSTS & AEROSPACE WORKERS Pension Trust's MOTION TO CONSOLIDATE RELATED CASES, BE APPOINTED AS LEAD PLAINTIFF, AND FOR APPROVAL OF ITS CHOICE OF COUNSEL

*IN RE LUMINENT MORTGAGE CAPITAL INC, SECURITIES LITIGATION, CASE NO.: C 07-04073 PJH*       1

After reviewing the pending lead plaintiff motions, it appears that class member Southern has the largest financial interest based upon the alleged class period. Accordingly, movant District No. 9, International Association of Machinists and Aerospace Workers Pension Trust ("District No. 9") supports Southern's motion for appointment as lead plaintiff and hereby withdraws its motion for consolidation of the related cases, appointment as lead plaintiff, and approval of counsel, filed with this Court on October 17, 2007. District No. 9 remains ready, willing, and able to serve as lead plaintiff should the Court determine that Southern should not be sole or co-lead plaintiff.

Separately, movant Kornfeld claims in his opposition that District No. 9 did not timely file its initial motion. This is mistaken – District No. 9 timely filed its motion in case number 07-4096 (rather than 07-4073) because the Court's ECF system mistakenly lists case number 07-4073 as a stockholder suit (code 160) (which are usually derivative actions) rather than a securities class action (code 850); thus, District No. 9 believed that case number 07-4096 was the lowest numbered securities class action and filed its motion in that case. This innocent administrative error does not render the filing untimely.

DATED: November 6, 2007          Respectfully submitted,

**GLANCY BINKOW & GOLDBERG, LLP**

/s/ *Michael Goldberg*
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

**Liaison Counsel for District No. 9**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414
**Attorneys for District No. 9**

NOTICE OF WITHDRAWAL OF District No. 9, INTERNATIONAL ASSOCIATION OF MACHINiSTS & AEROSPACE WORKERS Pension Trust's MOTION TO CONSOLIDATE RELATED CASES, BE APPOINTED AS LEAD PLAINTIFF, AND FOR APPROVAL OF ITS CHOICE OF COUNSEL

IN RE LUMINENT MORTGAGE CAPITAL INC, SECURITIES LITIGATION, CASE NO.: C 07-04073 PJH          2