1  **GLANCY BINKOW & GOLDBERG LLP**
   Lionel Z. Glancy (#134180)
2  Michael Goldberg (#188669)
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, CA 90067
   Telephone: (310) 201-9150
4  Email: info@glancylaw.com

5  **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
   Sandy A. Liebhard
6  Joseph R. Seidman, Jr.
   10 E. 40th Street
7  New York, NY 10016
   Telephone: (212) 779-1414
8
   Attorneys for Movant District No. 9
9
                    **UNITED STATES DISTRICT COURT**
10                  **NORTHERN DISTRICT OF CALIFORNIA**

11 ------------------------------------------------------------x
   In Re LUMINENT MORTGAGE CAPITAL, INC.,   )    CASE NO.:  3:07-CV-04073 PJH
12 SECURITIES LITIGATION                     )
                                              )    **CERTIFICATE OF SERVICE**
13                                            )
                                              )    Date: November 21, 2007
14                                            )    Time: 9:00 a.m.
                                              )    Ctrm: 3
15                                            )
                                              )
16                                            )
                                              )
17                                            )
                                              )
18                                            )
                                              )
19                                            )
                                              )
20                                            )
   ------------------------------------------------------------x
21
22
23
24  CERTIFICATE SERVICE
    CASE NO.: 3:07-cv-04096-PJH                                              1

# PROOF OF SERVICE BY ELECTRONIC POSTING
# PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF
# GENERAL ORDER NO. 45
# **AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

    I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

    On November 6, 2007, I served the following documents:

**1.   NOTICE OF WITHDRAWAL OF District No. 9, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS Pension Trust's MOTION TO CONSOLIDATE RELATED CASES, BE APPOINTED AS LEAD PLAINTIFF, AND FOR APPROVAL OF ITS CHOICE OF COUNSEL**

by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California on all ECF-registered parties in the action; and on the following:

| Mark C. Gardy<br>Gardy & Notis, LLP<br>440 Sylvan Avenue<br>Suite 110<br>Englewood Cliffs, NJ 07632 | Richard Schwartz<br>Faruqi & Faruqi, LLP<br>369 Lexington Avenue<br>10th Floor<br>New York, NY 10017-6531 |
|---|---|

/s/
*Zabella Moore*
_____
Zabella Moore

CERTIFICATE SERVICE
CASE NO.: 3:07-cv-04096-PJH                                                                                         2