Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:    415-433-3200
Facsimile:    415-433-6382

*Local Counsel*

Richard W. Cohen (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
Richard Bemporad (admitted *pro hac vice*)
E-mail: rbemporad@lowey.com
David C. Harrison (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
Jeanne D'Esposito (admitted *pro hac vice*)
E-mail: jdesposito@lowey.com
LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
One North Broadway
White Plains, New York 10601-2310
Telephone:    914-997-0500
Facsimile:    914-997-0035

*Attorneys for Movant Southern*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | C 07-04073 PJH<br><br>**CLASS ACTION**<br><br>**REPLY DECLARATION OF ALLEN DAYTON IN SUPPORT OF MOTION BY SOUTHERN FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: November 21, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

[3:07-CV-04073-PJH] SUPPLEMENTAL DECLARATION OF ALLEN DAYTON
2031 / DECL / 00084878.WPD v1

ALLEN DAYTON hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this declaration in response to certain assertions made by William F. Kornfeld, Jr. in his Opposition to Certain Competing Motions for Appointment of Lead Plaintiff ("Kornfeld Opp.") in support of his request for discovery from myself, The Southern Improvement Company, and VSA, Inc. (collectively, "Southern").

2. Mr. Kornfeld asserts that, based on the fact that The Southern Improvement Company's sold covered call options, which are listed in its certification, that "there is a real question raised whether Southern Improvement has engaged in other hedging activities which could result in its potential disqualification as a class representative thereby rebutting the presumption that Southern is the most adequate lead plaintiff." Kornfeld Opp. at 4. Mr. Kornfeld also states that discovery is needed of "other similar though perhaps more complex hedging activities" in order "to insure that the short selling of call options represented his only hedging activity with respect to Luminent stock."

3. Mr. Kornfeld's speculation about Southern's purported hedging activity is wrong. Southern did not engage in any other investment activities – hedging or otherwise – with respect to Luminent securities, aside from those disclosed in its certifications.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2007, at Lincoln, Nebraska.

ALLEN DAYTON

[3:07-CV-04073-PJH] SUPPLEMENTAL DECLARATION OF ALLEN DAYTON
2031 / DECL / 00084878.WPD v1