Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: 415-433-3200
Facsimile: 415-433-6382

*Local Counsel*

Richard W. Cohen (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
David C. Harrison (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
Jeanne D'Esposito (admitted *pro hac vice*)
E-mail: jdesposito@lowey.com
LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
One North Broadway
White Plains, New York 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035

*Attorneys for Movant Southern*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates To:<br><br>ALL ACTIONS. | Date: November 21, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

1     I, Tyler Kelly, certify that I am over eighteen years of age and am not a party to this action. On November 7, 2007, I caused to be served the following documents on the parties listed on the attached service list, by First Class Mail:

1. SOUTHERN'S REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL;

2. REPLY DECLARATION OF ALLEN DAYTON IN SUPPORT OF MOTION BY SOUTHERN FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

    Executed at San Francisco, California, on November 7, 2007.

_____
TYLER KELLY

[C-07-04073 PJH] CERTIFICATE OF SERVICE

2

Service list

Luminent Mortgage Capital, Inc.
Service List - 11/7/07

Mark C. Gardy
Gardy & Notis, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ  07632
Phone: 201-567-7377
Fax: (201) 457-7337
Email: mgardy@gardylaw.com
*Counsel for movant Sharenow Group*

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
Email: info@labaton.com
*Counsel for movant State-Boston Retirement System and Norfolk County Retirement System*

Arthur Stock
Jeffrey L. Osterwise
Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000
Fax: (215) 875-4604
*Counsel for plaintiff Allen M. Metzger*

Patrice L. Bishop
Stull, Stull & Brody
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA  90024
310-209-2468
Fax: 310-209-2087
Email: service@ssbla.com
*Counsel for movants William F. Kornfield, Jr. and Dennis Koch*

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY  10017
212-687-7320
Fax: 212-490-2022
*Counsel for movants William F. Kornfield, Jr. and Dennis Koch*

[C-07-04073 PJH] CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Jeffrey S. Abraham |
| | Lawrence D. Levit |
| 2 | Abraham Fruchter & Twersky LLP |
| | One Penn Plaza, Suite 2805 |
| 3 | New York, NY  10119 |
| | 212-279-5050 |
| 4 | Fax: 212-279-3655 |
| | Email: jabraham@aftlaw.com |
| 5 | Email: llevit@aftlaw.com |
| | *Counsel for movants William F. Kornfield, Jr. and Dennis Koch* |
| 6 | |
| | Sandy A. Liebhard |
| 7 | Joseph R. Seidman, Jr. |
| | Bernstein Liebhard & Lifshitz, LLP |
| 8 | 10 E. 40th Street |
| | New York, NY 10018 |
| 9 | Phone: 212-779-1414 |
| | Email: liebhard@bernlieb.com |
| 10 | *Counsel for movant District No. 9* |
| 11 | John J. Soroko, Esq. |
| | Duane Morris, LLP |
| 12 | 30 South 17th Street |
| | Philadelphia, PA  19103-4196 |
| 13 | Phone: 215-979-1124 |
| | Fax: 215-979-1020 |
| 14 | Email: Soroko@duanemorris.com |
| | *Counsel for defendants Christopher Zyda, Sewell Trezevant Moore Jr., and Gail P. Seneca* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[C-07-04073 PJH] CERTIFICATE OF SERVICE