Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
SSBNY@aol.com
Howard T. Longman
tsvi@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Jeffrey S. Abraham
jabraham@aftlaw.com
Lawrence D. Levit
llevit@aftlaw.com
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 2805
New York, NY 10119
Tel:   (212) 279-5050
Fax:   (212) 279-3655

Counsel for Movant and Proposed
Lead Counsel for the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS. | CASE NO. 07-CV-04073 PJH <br><br> **CLASS ACTION** <br><br> **NOTICE OF WITHDRAWAL OF WILLIAM F. KORNFELD, JR.'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL [DOCKET NO. 105], FILED ON NOVEMBER 7, 2007** <br><br> DATE:   November 21, 2007 <br> TIME:   9:00 a.m. <br> JUDGE:  Honorable Phyllis J. Hamilton <br> CTRM:   3, 17th Floor |

1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE THAT proposed Lead Plaintiff William F. Kornfeld, Jr. (hereinafter "Kornfeld") hereby withdraws William F. Kornfeld, Jr.'s Reply Memorandum in Support of His Motion for Appointment of Lead Plaintiff and Lead Counsel [Docket No. 105] (the "Reply"), filed on November 7, 2007.

Mr. Kornfeld withdraws his Reply without prejudice to his Amended Notice of Motion and Motion by William F. Kornfeld, Jr., for Appointment of Lead Plaintiff and Lead Counsel Pursuant to Section 21D of the Securities Exchange Act of 1934; Memorandum of Points and Authorities in Support Thereof.

Dated: November 9, 2007

Patrice L. Bishop
STULL, STULL & BRODY

/s/
Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, NY  10119
Tel:   (212) 279-5050
Fax:   (212) 279-3655

Counsel for Movant and Proposed
Lead Counsel for the Class

1

**NOTICE OF WITHDRAWAL OF KORNFELD, JR.'S REPLY MEMO ISO HIS MTN FOR APPT OF LEAD PLTF & LEAD COUNSEL [DOCKET NO. 105], FILED NOVEMBER 7, 2007**
**CASE NO. C-07-04073 PJH**                                               W:\STULL\LUMINENT\PLD\LP Reply Withdrawal.wpd

| | |
|---|---|
| 1 | **PROOF OF SERVICE VIA ELECTRONIC DELIVERY** |
| 2 | I, Patrice L. Bishop, hereby certify that on November 9, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system: |
| 3 | |
| 4 | **NOTICE OF WITHDRAWAL OF WILLIAM F. KORNFELD, JR.'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL [DOCKET NO. 105], FILED ON NOVEMBER** |
| 5 | |
| 6 | Upon filing of the foregoing documents, the CM/ECF system sent notification of same to the e-mail address(es) denoted below, obtained through the CM/ECF system. |

| | | |
|---|---|---|
| 7 | **William M. Audet** | **Joseph J. Tabacco , Jr** |
|   | waudet@audetlaw.com | jtabacco@bermanesq.com |
| 8 | **Richard Bemporad** | ysoboleva@bermanesq.com |
|   | rbemporad@lowey.com | |
| 9 | **Patrice L. Bishop** | |
|   | service@ssbla.com | |
| 10 | **Richard W. Cohen** | |
|    | rcohen@lowey.com | |
| 11 | **Jeanne D'Esposito** | |
|    | jdesposito@lowey.com | |
| 12 | **Nadeem Faruqi** | |
|    | nfaruqi@faruqilaw.com | |
| 13 | **Michael M. Goldberg** | |
|    | info@glancylaw.com | |
| 14 | **David C. Harrison** | |
|    | dharrison@ldbs.com | |
| 15 | **Mark Irving Labaton** | |
|    | mlabaton@kreindler.com | |
| 16 | wkurtz@kreindler.com | |
|    | **Nicole Catherine Lavallee** | |
| 17 | nlavallee@bermanesq.com | |
|    | ysoboleva@bermanesq.com | |
| 18 | **Tricia Lynn McCormick** | |
|    | triciam@csgrr.com | |
| 19 | e_file_sf@csgrr.com | |
|    | e_file_sd@csgrr.com | |
| 20 | **Michael Andrew McShane** | |
|    | mmcshane@audetlaw.com | |
| 21 | **Adel A. Nadji** | |
|    | anadji@audetlaw.com | |
| 22 | hweinberg@audetlaw.com | |
|    | **Alan Roth Plutzik** | |
| 23 | aplutzik@bramsonplutzik.com | |
|    | **Laurence M. Rosen** | |
| 24 | lrosen@rosenlegal.com | |
|    | larry.rosen@earthlink.net | |
| 25 | **Shane Rowley** | |
|    | srowley@faruqilaw.com | |
| 26 | **Michael Lane Rugen** | |
|    | Michael.Rugen@hellerehrman.com | |
| 27 | Joshua.Hill@hellerehrman.com | |
|    | thom.berninzoni@hellerehrman.com | |
| 28 | SF-DocCal@hewm.com | |

**NOTICE OF WITHDRAWAL OF KORNFELD, JR.'S REPLY MEMO ISO HIS MTN FOR APPT OF LEAD PLTF & LEAD COUNSEL [DOCKET NO. 105], FILED NOVEMBER 7, 2007**
**CASE NO. C-07-04073 PJH**                                                W:\STULL\LUMINENT\PLD\LP Reply Withdrawal.wpd

I further certify that I served a copy(ies) of the above document(s) on the following non-CM/ECF participant(s) by depositing a copy(ies) in the United States mail, first-class postage prepaid, as follows:

| | |
|---|---|
| Marc C. Gardy<br>GARDY & NOTIS, LLP<br>440 Sylvan Avenue<br>Suite 110<br>Englewood Cliffs, NJ 07632<br>Tel:  (201) 567-7377<br>Fax:  (201) 457-7337<br><br>**Counsel for Plaintiff Joseph Leone**<br><br>Shawn A. Williams<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111<br>Tel:  (415) 288-4545<br>Fax:  (415) 288-4534<br>Email: shawnw@csgrr.com<br><br>**Counsel for Plaintiffs in Related Actions, Rosenbaum Capital LLC and Elliott Greenberg and Movant Charles Bregenzer**<br><br>Evan J. Smith<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004<br>Tel:  (610) 667-6200<br>Fax:  (610) 667-9029<br><br>**Counsel for Plaintiff in Related Action, PEM Resources LP**<br><br>John J. Soroko<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Tel:  (215) 979-1000<br>Fax:  (215) 979-1020<br><br>**Counsel for Defendants S. Trezevant Moore, Jr. and Christopher J. Zyda** | Sherrie R. Savett<br>Arthur Stock<br>Jeffrey L. Osterwise<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel:  (215) 875-3000<br>Fax:  (215) 875-4604<br>Email: ssavett@bm.net<br>        astock@bm.net<br>        josterwise@bm.net<br><br>**Counsel for Plaintiff in Related Action, Allen M. Metzger**<br><br>Christopher J. Keller<br>Andrei V. Rado<br>Alan I. Ellman<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Tel:  (212) 907-0700<br>Fax:  (212) 818-0477<br><br>**Counsel for Movants State-Boston Retirement System and Norfolk County Retirement System**<br><br>Alan R. Plutzik, Of Counsel<br>L. Timothy Fisher, Of Counsel<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598<br>Tel:  (925) 945 0770<br>Fax:  (925) 945-8792<br>Email: aplutzik@bramsonplutzik.com<br>        ltfisher@bramsonplutzik.com<br><br>Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:  (610) 667-7706<br>Fax:  (610) 667-7056<br><br>**Counsel for Plaintiff in Related Action, PEM Resources LP and Movant Ronald Larson** |

**NOTICE OF WITHDRAWAL OF KORNFELD, JR.'S REPLY MEMO ISO HIS MTN FOR APPT OF LEAD PLTF & LEAD COUNSEL [DOCKET NO. 105], FILED NOVEMBER 7, 2007**
**CASE NO. C-07-04073 PJH**                                        W:\STULL\LUMINENT\PLD\LP Reply Withdrawal.wpd

1  Jules Brody
   Howard T. Longman
2  STULL, STULL & BRODY
   6 East 45th Street
3  New York, NY 10017
   Tel:    (212) 687-7230
4  Fax:    (212) 490-2022
   Email: SSBNY@aol.com
5          tsvi@aol.com

6  Jeffrey S. Abraham
   Lawrence D. Levit
7  ABRAHAM, FRUCHTER & TWERSKY, LLP
8  One Penn Plaza
   Suite 2805
9  New York, NY  10119
   Tel:    (212) 279-5050
10 Fax:    (212) 279-3655
   Email: jabraham@aftlaw.com
11         llevit@aftlaw.com

12 **Counsel for Plaintiff Howard J. Kaplowitz,**
   **IRA and Movants William F. Kornfeld and**
13 **Dennis Koch**

14         I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through
15 the following electronic mail address provided by the Securities Class Action Clearinghouse:

16                              **scac@law.stanford.edu**

17         I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 9th day of November, 2007
18 at Los Angeles, California.

19                                                    /s/
                                                      Patrice L. Bishop
20                                                    Declarant

21

22

23

24

25

26

27

28

**NOTICE OF WITHDRAWAL OF KORNFELD, JR.'S REPLY MEMO ISO HIS MTN FOR APPT OF LEAD PLTF & LEAD COUNSEL [DOCKET NO. 105], FILED NOVEMBER 7, 2007**
**CASE NO. C-07-04073 PJH**                                    W:\STULL\LUMINENT\PLD\LP Reply Withdrawal.wpd