UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL INC., SECURITIES LITIGATION | No. C 07-04073 PJH |
| This document relates to: | **CLERK'S NOTICE** |
| ALL ACTIONS | |
| _____ / | |

YOU ARE HEREBY NOTIFIED that on **March 27, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** November 15, 2007, in this matter.   A joint case management conference statement shall be filed by March 20, 2008.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated:  November 9, 2007