1   MARK LABATON #159555
    KREINDLER & KREINDLER LLP
2   707 Wilshire Boulevard
    Los Angeles, California  90017
3   Telephone:  (213) 622-6469
    Facsimile:  (213) 622-6019
4   Email: mlabaton@kreindler.com

5   *Local Counsel*

6   LABATON SUCHAROW LLP
    CHRISTOPHER J. KELLER
7   ANDREI V. RADO
    ALAN I. ELLMAN
8
    140 Broadway
9   New York, New York  10005
    Telephone:  (212) 907-0700
10  Facsimile:  (212) 818-0477
    Email: info@labaton.com
11
    *Proposed Lead Counsel and Counsel for Plaintiff*
12  *State-Boston Retirement System and Norfolk County*
    *Retirement System*
13
                **UNITED STATES DISTRICT COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
                 **SAN FRANCISCO DIVISION**
15
    _____
16                                          )
                                            )
17                                          )    Civil Action No.: 3:07-CV-04073-PJH
    IN RE LUMINENT MORTGAGE CAPITAL         )
18  INC. SECURITIES LITIGATION              )    CLASS ACTION
                                            )    ‾‾‾‾‾‾‾‾‾‾‾‾
19                                          )    Honorable Phyllis J. Hamilton
                                            )
20                                          )    Hearing
                                            )    ‾‾‾‾‾‾‾
21                                          )    Date:  Nov. 21, 2007
                                            )    Time: 9:00 a.m.
22                                          )    Courtroom: 3
                                            )
23                                          )
                                            )
24                                          )
    _____)
25
        **STATE-BOSTON RETIREMENT SYSTEM AND THE NORFOLK COUNTY**
26      **RETIREMENT SYSTEM'S RESPONSE TO THE COMPETING MOTIONS FOR**
        **APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD**
27                              **COUNSEL**
                                ‾‾‾‾‾‾‾
28
    _____

**3:07-cv-04073-PJH**
**STATE-BOSTON RETIREMENT SYSTEM AND THE NORFOLK COUNTY RETIREMENT SYSTEM'S RESPONSE TO THE**
**COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD**
**COUNSEL.**

1        State-Boston Retirement System and the Norfolk County Retirement System

2   (collectively, "Boston and Norfolk") respectfully submits this response to the remaining motions

3   for appointment of Lead Plaintiff in the above-captioned case.

4        Having reviewed the competing motion filed by the Southern Improvement Company

5   VSA Inc. and Allen Dayton, ("Southern Improvement"), it appears that Boston and Norfolk do

6   not posses the "largest financial interest in the relief sought by the class" as required by the

7   PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

8        For this reason, Boston and Norfolk do not oppose the motion of the Southern

9   Improvement Company VSA Inc. and Allen Dayton.

10       If for any reason, the Southern Improvement Company VSA Inc. and Allen Dayton are

11  unable to serve as the Lead Plaintiff in this action, Boston and Norfolk stand ready to serve as

12  lead plaintiff in this matter if called upon by the Court.

13  DATED: November 12, 2007                Respectfully submitted,

14

15                                          By:  /s/ Mark Labaton

16                                              Mark Labaton (#159555)
                                            **KREINDLER & KREINDLER LLP**

17                                          707 Wilshire Boulevard
                                            Los Angeles, California  90017

18                                          Telephone:  (213) 622-6469
                                            Facsimile:  (213) 622-6019

19

20                                          *Local Counsel*
                                            LABATON SUCHAROW LLP

21                                          Christopher J. Keller
                                            Andrei V. Rado

22                                          Alan I. Ellman

23                                          140 Broadway
                                            New York, New York  10005

24                                          Telephone:  (212) 907-0700
                                            Facsimile:  (212) 818-0477

25
                                            *Attorneys for State-Boston Retirement System and*
26                                          *Norfolk County Retirement System and Proposed*
                                            *Lead Counsel for the Class*

27

28

---

**3:07-cv-04073-PJH**                                                                    1
**STATE-BOSTON RETIREMENT SYSTEM AND THE NORFOLK COUNTY RETIREMENT SYSTEM'S RESPONSE TO THE**
**COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD**
**COUNSEL.**