SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL INC., SECURITIES LITIGATION | No. C 07-4073 PJH<br><br>CLASS ACTION<br><br>RESPONSE OF RONALD LARSON TO COMPETING MOTIONS TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: November 21, 2007<br>TIME: 9:00 a.m.<br>COURTROOM: 3<br>JUDGE: Hon. Phyllis J. Hamilton |

## NOTICE OF MOTION

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having reviewed the competing motions for appointment of lead plaintiff and for approval of lead counsel, lead plaintiff movant Ronald Larson does not oppose the motion of The Southern Improvement Company, Allen Dayton, and VSA, Inc. (collectively, "Southern") which appear to have the "largest financial interest" in this litigation. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

However, should Southern not be appointed as lead plaintiff, or should the need otherwise arise, Ronald Larson respectfully requests the Court to consider his motion as he remains ready, willing, and able to serve in a leadership or representative capacity on behalf of the putative class.

Dated: November 13, 2007                           Respectfully submitted,

                                                   SCHIFFRIN BARROWAY
                                                     TOPAZ & KESSLER, LLP

                                                   s/Alan R. Plutzik
                                                   Alan R. Plutzik, Of Counsel
                                                   Robert M. Bramson, Of Counsel
                                                   2125 Oak Grove Blvd., Suite 120
                                                   Walnut Creek, CA 94598
                                                   Telephone: (925) 945-0770
                                                   Facsimile:  (925) 945-8792

                                                   -and-

                                                   Stuart L. Berman
                                                   Sean M. Handler
                                                   280 King of Prussia Road
                                                   Radnor, PA 19087
                                                   Telephone: (610) 667-7706
                                                   Facsimile:  (610) 667-7056

                                                   [Proposed] Lead Counsel