1  Patrice L. Bishop (182256)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
5
   Jules Brody
6  SSBNY@aol.com
   Howard T. Longman
7  tsvi@aol.com
   STULL, STULL & BRODY
8  6 East 45th Street
   New York, NY 10017
9  Tel:    (212) 687-7230
   Fax:    (212) 490-2022
10
   Jeffrey S. Abraham
11 Lawrence D. Levit
   ABRAHAM, FRUCHTER & TWERSKY, LLP
12 One Penn Plaza
   Suite 2805
13 New York, NY 10119
   Tel:    (212) 279-5050
14 Fax:    (212) 279-3655

15 Counsel for Movant and Proposed
   Lead Counsel for the Class

16

17

18                  **UNITED STATES DISTRICT COURT**

19                  **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| In re LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION, | CASE NO. 07-CV-04073 PJH |
| | **CLASS ACTION** |
| This Document Relates To: | **STATEMENT OF NON-OPPOSITION BY WILLIAM F. KORNFELD, JR. REGARDING APPOINTMENT OF LEAD PLAINTIFF(S) AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934** |
| ALL ACTIONS. | |
| | DATE: November 21, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Phyllis J. Hamilton<br>CTRM: 3, 17th Floor |

STATEMENT OF NON-OPP. BY KORNFELD REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND COUNSEL
**CASE NO. C-07-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Non-Opposition Statement.wpd

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that, after reviewing the Reply Declaration of Allen Dayton in
3  Support of Motion by Southern for Appointment of Lead Plaintiff and Approval of Lead Counsel,
4  filed November 7, 2007, and telephonically conferring with Mr. Dayton's counsel regarding Mr.
5  Dayton, VSA, Inc., and The Southern Improvement Company's (collectively the "Southern Group")
6  lack of any hedging activities in connection with the Southern Group's investment in Luminent
7  securities, William F. Kornfeld, Jr. hereby issues his statement of non-opposition to Southern
8  Group's motion for appointment of lead plaintiffs and lead counsel.

9      However, if the Southern Group is not appointed as lead plaintiffs, or if they are unable to
10 complete their duties as lead plaintiffs and/or representatives of the putative class, Mr. Kornfeld
11 respectfully requests this Court reconsider his motion for appointment as lead plaintiff and approval
12 of his selection of lead counsel as he is the individual investor with "the largest financial interest in
13 the relief sought by the class" of those persons who sought to be appointed lead plaintiffs. *See* 15
14 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb).

15

16 Dated: November 20, 2007             Patrice L. Bishop
                                                   STULL, STULL & BRODY
17

18
                                                                    /s/
19                                          Patrice L. Bishop
                                         10940 Wilshire Boulevard
20                                          Suite 2300
                                         Los Angeles, CA 90024
21                                          Tel:   (310) 209-2468
                                         Fax:  (310) 209-2087
22
                                         Jules Brody
23                                          Howard T. Longman
                                         STULL, STULL & BRODY
24                                          6 East 45th Street
                                         New York, NY 10017
25                                          Tel:   (212) 687-7230
                                         Fax:  (212) 490-2022
26 ///

27 ///

28 ///

1

STATEMENT OF NON-OPP. BY KORNFELD REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND COUNSEL
**CASE NO. C-07-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Non-Opposition Statement.wpd

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, NY  10119
Tel:    (212) 279-5050
Fax:   (212) 279-3655

Counsel for Movant and Proposed
Lead Counsel for the Class

2

STATEMENT OF NON-OPP. BY KORNFELD REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND COUNSEL
**CASE NO. C-07-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Non-Opposition Statement.wpd

**PROOF OF SERVICE VIA ELECTRONIC DELIVERY**

I, Patrice L. Bishop, hereby certify that on November 20, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system:

**STATEMENT OF NON-OPPOSITION BY WILLIAM F. KORNFELD, JR. REGARDING APPOINTMENT OF LEAD PLAINTIFF(S) AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934**

Upon filing of the foregoing documents, the CM/ECF system sent notification of same to the e-mail address(es) denoted below, obtained through the CM/ECF system.

**William M. Audet**
waudet@audetlaw.com
**Richard Bemporad**
rbemporad@lowey.com
**Patrice L. Bishop**
service@ssbla.com
**Richard W. Cohen**
rcohen@lowey.com
**Jeanne D'Esposito**
jdesposito@lowey.com
**Nadeem Faruqi**
nfaruqi@faruqilaw.com
**Michael M. Goldberg**
info@glancylaw.com
**David C. Harrison**
dharrison@ldbs.com
**Mark Irving Labaton**
mlabaton@kreindler.com
wkurtz@kreindler.com
**Nicole Catherine Lavallee**
nlavallee@bermanesq.com
ysoboleva@bermanesq.com
**Tricia Lynn McCormick**
triciam@csgrr.com
e_file_sf@csgrr.com
e_file_sd@csgrr.com
**Michael Andrew McShane**
mmcshane@audetlaw.com
**Adel A. Nadji**
anadji@audetlaw.com
hweinberg@audetlaw.com
**Alan Roth Plutzik**
aplutzik@bramsonplutzik.com
**Laurence M. Rosen**
lrosen@rosenlegal.com
larry.rosen@earthlink.net
**Shane Rowley**
srowley@faruqilaw.com
**Michael Lane Rugen**
Michael.Rugen@hellerehrman.com
Joshua.Hill@hellerehrman.com
thom.berninzoni@hellerehrman.com
SF-DocCal@hewm.com

**Joseph J. Tabacco , Jr**
jtabacco@bermanesq.com
ysoboleva@bermanesq.com

1  I further certify that I served a copy(ies) of the above document(s) on the following non-CM/ECF participant(s) by depositing a copy(ies) in the United States mail, first-class postage prepaid, as follows:

| | |
|---|---|
| Marc C. Gardy<br>GARDY & NOTIS, LLP<br>440 Sylvan Avenue<br>Suite 110<br>Englewood Cliffs, NJ 07632<br>Tel:  (201) 567-7377<br>Fax:  (201) 457-7337<br><br>**Counsel for Plaintiff Joseph Leone**<br><br>Shawn A. Williams<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111<br>Tel:  (415) 288-4545<br>Fax:  (415) 288-4534<br>Email: shawnw@csgrr.com<br><br>**Counsel for Plaintiffs in Related Actions, Rosenbaum Capital LLC and Elliott Greenberg and Movant Charles Bregenzer**<br><br>Evan J. Smith<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004<br>Tel:  (610) 667-6200<br>Fax:  (610) 667-9029<br><br>**Counsel for Plaintiff in Related Action, PEM Resources LP**<br><br>John J. Soroko<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>Tel:  (215) 979-1000<br>Fax:  (215) 979-1020<br><br>**Counsel for Defendants S. Trezevant Moore, Jr. and Christopher J. Zyda** | Sherrie R. Savett<br>Arthur Stock<br>Jeffrey L. Osterwise<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel:  (215) 875-3000<br>Fax:  (215) 875-4604<br>Email: ssavett@bm.net<br>         astock@bm.net<br>         josterwise@bm.net<br><br>**Counsel for Plaintiff in Related Action, Allen M. Metzger**<br><br>Christopher J. Keller<br>Andrei V. Rado<br>Alan I. Ellman<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Tel:  (212) 907-0700<br>Fax:  (212) 818-0477<br><br>**Counsel for Movants State-Boston Retirement System and Norfolk County Retirement System**<br><br>Alan R. Plutzik, Of Counsel<br>L. Timothy Fisher, Of Counsel<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598<br>Tel:  (925) 945 0770<br>Fax:  (925) 945-8792<br>Email: aplutzik@bramsonplutzik.com<br>         ltfisher@bramsonplutzik.com<br><br>Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:  (610) 667-7706<br>Fax:  (610) 667-7056<br><br>**Counsel for Plaintiff in Related Action, PEM Resources LP and Movant Ronald Larson** |

STATEMENT OF NON-OPP. BY KORNFELD REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND COUNSEL
**CASE NO. C-07-04073 PJH**
W:\STULL\LUMINENT\PLD\LP Non-Opposition Statement.wpd

1  Jules Brody
   Howard T. Longman
2  STULL, STULL & BRODY
   6 East 45th Street
3  New York, NY 10017
   Tel:   (212) 687-7230
4  Fax:   (212) 490-2022
   Email: SSBNY@aol.com
5         tsvi@aol.com

6  Jeffrey S. Abraham
   Lawrence D. Levit
7  ABRAHAM, FRUCHTER & TWERSKY, LLP
8  One Penn Plaza
   Suite 2805
9  New York, NY 10119
   Tel:   (212) 279-5050
10 Fax:   (212) 279-3655
   Email: jabraham@aftlaw.com
11        llevit@aftlaw.com

12 **Counsel for Plaintiff Howard J. Kaplowitz, IRA and Movants William F. Kornfeld and**
13 **Dennis Koch**

14       I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through
15 the following electronic mail address provided by the Securities Class Action Clearinghouse:

16                              **scac@law.stanford.edu**

17       I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 20th day of November, 2007
18 at Los Angeles, California.

19                                                  /s/
                                              Patrice L. Bishop
20                                                Declarant

21

22

23

24

25

26

27

28