William M. Audet
(Cal. State Bar No. 117456)
waudet@audetlaw.com
Michael McShane
(Cal. State Bar No. 127944)
mmcshane@audetlaw.com
Adel A. Nadji
(Cal. State Bar No. 232599)
anadji@audetlaw.com
**AUDET & PARTNERS, LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel: 415-568-2555
Fax: 415-568-2556

*Counsel for Movant the Sharenow Group*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES | No. C-07-04073-PJH<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF OCTOBER 17, 2007 MOTION BY SHARENOW GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br>Date:       November 21, 2007<br>Time:       9:00 a.m.<br>Judge:      Honorable Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor |
| This Document Relates To:<br><br>ALL ACTIONS | |

C-07-04073-PJH; NOTICE OF WITHDRAWAL

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

On October 17, 2007, Plaintiff Joel Sharenow, Bradley Burns and Rajiv Kumar Prasad ("Plaintiffs") filed a Motion to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel: *Joseph Leone, et al. v. Moore, et al.*, Action No. 07-4073 Plaintiffs hereby withdraw their Motion to be Appointed Lead Plaintiff and for Approval of Lead Plaintiffs Selection of Lead Counsel filed in the above-referenced action.

However, if the Southern Group is not appointed as lead plaintiffs, or if they are unable to complete their duties as lead plaintiffs and/or representatives of the putative class, Plaintiffs request this Court reconsider his motion for appointment as lead plaintiff and approval of his selection of lead counsel as he is the individual investor with "the largest financial interest in the relief sought by the class" of those persons who sought to be appointed lead plaintiffs. See 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb).

Dated: November 20, 2007

**AUDET & PARTNERS, LLP**

By:   /s/Adel A. Nadji
Adel A. Nadji
(Cal. State Bar No. 232599)
anadji@audetlaw.com

William M. Audet
Michael McShane
Adel A. Nadji
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel: 415-568-2555
Fax: 415-568-2556

Mark C. Gardy
GARDY & NOTIS, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ 07632

Nadeem Faruqi
FARUQI & FARUQI
369 Lexington Ave, 10th Floor
NewYork, NY 10017

# PROOF of SERVICE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF WITHDRAWAL OF OCTOBER 17, 2007 MOTION BY SHARENOW GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

on the parties shown below:

[X] (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

| | |
|---|---|
| Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Julie J. Bai<br>**BERMAN DEVALERIO**<br>**PEASETABACCO BURT &**<br>**PUCILLO**<br>425 California Street, Suite 2100<br>San Francisco, CA 94104 | Sherrie R. Savett<br>Arthur Stock<br>Jeffrey L. Osterwise<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103 |
| Nadeem Faruqi<br>Shane Rowley<br>Richard Schwartz<br>**FARUQI & FARUQI**<br>369 Lexington Ave, 10th Floor<br>NewYork, NY 10017 | Mark C. Gardy<br>**GARDY & NOTIS, LLP**<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, NJ 07632 |
| Patrice L. Bishop<br>**STULL, STULL & BRODY**<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024 | Jules Brody<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017 |

---

C-07-04073-PJH; NOTICE OF WITHDRAWAL

| | |
|---|---|
| Jeffrey S. Abraham<br>Lawrence D. Levit<br>**ABRAHAM FRUCHTER &**<br>**TWERSKY LLP**<br>One Penn Plaza, Suite 2805<br>New York, NY 10119 | Darren J. Robbins<br>David C. Walton<br>Catherine J. Kowalewski<br>**COUGHLIN STOIA GELLER RUDMAN &**<br>**ROBBINS LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| Shawn A. Williams<br>**COUGHLIN STOIA GELLER**<br>**RUDMAN &**<br>**ROBBINS LLP**<br>100 Pine Street Suite 2600<br>San Francisco, CA 94111 | Lawrence Timothy Fisher<br>Alan R Plutzik<br>**SCHIFFRIN BARROWAY TOPAZ &**<br>**KESSLERLLP**<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598 |

[X] (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

**Richard Bemporad**
rbemporad@lowey.com

**Patrice L. Bishop**
service@ssbla.com

**Richard W. Cohen**
rcohen@lowey.com

**Jeanne D'Esposito**
jdesposito@lowey.com

**Nadeem Faruqi**
nfaruqi@faruqilaw.com

**Michael M. Goldberg**
info@glancylaw.com

**Alan Roth Plutzik**
aplutzik@bramsonplutzik.com

**Laurence M. Rosen**
lrosen@rosenlegal.com
larry.rosen@earthlink.net

**Shane Rowley**
srowley@faruqilaw.com

**Michael Lane Rugen**
Michael.Rugen@hellerehrman.com
Joshua.Hill@hellerehrman.com
thom.berninzoni@hellerehrman.com
SF-DocCal@hewm.com

**Joseph J. Tabacco, Jr**
jtabacco@bermanesq.com
ysoboleva@bermanesq.com

**Tricia Lynn McCormick**
triciam@csgrr.com
e_file_sf@csgrr.com
e_file_sd@csgrr.com

| | |
|---|---|
| **David C. Harrison**<br>dharrison@ldbs.com | **Nicole Catherine Lavallee**<br>nlavallee@bermanesq.com<br>ysoboleva@bermanesq.com |
| **Mark Irving Labaton**<br>mlabaton@kreindler.com<br>wkurtz@kreindler.com | |

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 20th day of October, 2007 at San Francisco, California.

_____
Adrienne C. Brennan

---

C-07-04073-PJH; NOTICE OF WITHDRAWAL