UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** November 21, 2007          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4073 PJH

**Case Name:** In Re: Luminent Mortgage Capital, Inc. Securities Litigation

**Attorney(s) for Plaintiff:**    David C. Harrison; Joseph J. Tobacco
**Attorney(s) for Defendant:**

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

    Southern's Motion for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel-GRANTED as stated on the record. All other motions by other plaintiffs' have been withdrawn or have raised no objection to Southern being appointed lead plaintiff. The proposed order submitted by counsel is approved by the court and will be entered today.

**Order to be prepared by:**    [] Pl [] Def [] Court

**Notes:**

**cc:** file