1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California  94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  *Local Counsel*

7  Richard Bemporad (Admitted *pro hac vice*)
   E-mail: rbemporad@lowey.com
8  David C. Harrison (Admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (Admitted *pro hac vice*)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York  10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Movant Southern*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: | [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| ALL ACTIONS | |
| | Date: November 21, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

[C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1  After having considered the Motion of Southern Improvement Company, VSA, Inc. and
2  Allen Dayton (collectively "Southern"), the Memorandum of Points and Authorities in Support
3  of Southern's Motion for Appointment As Lead Plaintiff and Approval of Lead Counsel, the
4  accompanying Declarations of David C. Harrison and Allen Dayton, and the proceedings had
5  herein,
6      IT IS HEREBY ORDERED as follows:
7      1.    The Court determines that Southern constitutes the "most adequate plaintiff"
8  pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") and
9  appoints Southern as Lead Plaintiff in this action.
10     2.    Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Exchange Act, has selected and
11 retained Lowey Dannenberg Bemporad Selinger & Cohen, P.C., as counsel to represent the
12 Class, and the Court approves said counsel as lead counsel.
13     IT IS SO ORDERED.

16 DATED: 11/21/07     THE HONORABLE PHYLLIS J. HAMILTON
17                                     UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton)*

28 [C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL