Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:    415-433-3200
Facsimile:    415-433-6382

*Local Counsel*

Richard Bemporad (Admitted *pro hac vice*)
E-mail: rbemporad@lowey.com
David C. Harrison (Admitted *pro hac vice*)
E-mail: dharrison@lowey.com
Jeanne D'Esposito (Admitted *pro hac vice*)
E-mail: jdesposito@lowey.com
LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
One North Broadway
White Plains, New York 10601-2310
Telephone:    914-997-0500
Facsimile:    914-997-0035

*Attorneys for Movant Southern*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:   November 21, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom 3, 17th Floor |
| This Document Relates To:<br><br>ALL ACTIONS | |

---

[C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

After having considered the Motion of Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Southern"), the Memorandum of Points and Authorities in Support of Southern's Motion for Appointment As Lead Plaintiff and Approval of Lead Counsel, the accompanying Declarations of David C. Harrison and Allen Dayton, and the proceedings had herein,

IT IS HEREBY ORDERED as follows:

1. The Court determines that Southern constitutes the "most adequate plaintiff" pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") and appoints Southern as Lead Plaintiff in this action.

2. Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Exchange Act, has selected and retained Lowey Dannenberg Bemporad Selinger & Cohen, P.C., as counsel to represent the Class, and the Court approves said counsel as lead counsel.

IT IS SO ORDERED.

DATED: 11/21/07  _____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



[C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1