1  Joseph J. Tabacco, Jr. (SBN 75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   Email: nlavallee@bermanesq.com
3  Julie J. Bai (SBN 227047)
   Email: jbai@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO**
   **BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
   **Local Counsel**
8
   Richard Bemporad (Admitted *pro hac vice*)
9  E-mail: rbemporad@lowey.com
   David C. Harrison (Admitted *pro hac vice*)
10 E-mail: dharrison@lowey.com
   Jeanne D'Esposito (Admitted *pro hac vice*)
11 E-mail: jdesposito@lowey.com
   **LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.**
12 One North Broadway
   White Plains, NY 10601-2310
13 Telephone: (914) 997-0500
   Facsimile: (914) 997-0035
14
   **Attorneys for Movant Southern**
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 IN RE LUMINENT MORTGAGE CAPITAL,  )  No. C-07-04073-PJH
   INC., SECURITIES LITIGATION        )  <u>CLASS ACTION</u>
20                                    )
                                      )  **NOTICE OF ENTRY OF ORDER**
21                                    )  **GRANTING SOUTHERN'S MOTION**
                                      )  **FOR APPOINTMENT AS LEAD**
22                                    )  **PLAINTIFF AND APPROVAL OF LEAD**
                                      )  **COUNSEL**
23                                    )
                                      )
24 This Document Relates To:          )
                                      )
25     ALL ACTIONS                    )
                                      )
26                                    )
                                      )
27                                    )

28

[No. C-07-04073-PJH] NOTICE OF ENTRY OF ORDER GRANTING SOUTHERN'S MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1  TO: ALL PARTIES

2      PLEASE TAKE NOTICE that the ORDER GRANTING SOUTHERN'S MOTION FOR

3  APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL, a copy of

4  which is attached hereto, was entered by the Court on November 21, 2007.

DATED: November 26, 2007

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By: ___/s/ Nicole Lavallee___
         NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel**

Richard Bemporad (Admitted *pro hac vice*)
David C. Harrison (Admitted *pro hac vice*)
Jeanne D'Esposito (Admitted *pro hac vice*)
**LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.**
One North Broadway
White Plains, NY 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**Attorneys for Movant Southern**

[No. C-07-04073-PJH] NOTICE OF ENTRY OF ORDER GRANTING SOUTHERN'S MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL          1

1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  *Local Counsel*

7  Richard Bemporad (Admitted *pro hac vice*)
   E-mail: rbemporad@lowey.com
8  David C. Harrison (Admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (Admitted *pro hac vice*)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Movant Southern*

14                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15

| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: | [~~PROPOSED~~] **ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| ALL ACTIONS | |
| | Date: November 21, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

28 [C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

After having considered the Motion of Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Southern"), the Memorandum of Points and Authorities in Support of Southern's Motion for Appointment As Lead Plaintiff and Approval of Lead Counsel, the accompanying Declarations of David C. Harrison and Allen Dayton, and the proceedings had herein,

IT IS HEREBY ORDERED as follows:

1. The Court determines that Southern constitutes the "most adequate plaintiff" pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") and appoints Southern as Lead Plaintiff in this action.

2. Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Exchange Act, has selected and retained Lowey Dannenberg Bemporad Selinger & Cohen, P.C., as counsel to represent the Class, and the Court approves said counsel as lead counsel.

IT IS SO ORDERED.

DATED: 11/21/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1