Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Julie J. Bai (SBN 227047)
Email: jbai@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel**

Richard Bemporad (Admitted *pro hac vice*)
E-mail: rbemporad@lowey.com
David C. Harrison (Admitted *pro hac vice*)
E-mail: dharrison@lowey.com
Jeanne D'Esposito (Admitted *pro hac vice*)
E-mail: jdesposito@lowey.com
**LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.**
One North Broadway
White Plains, NY 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**Attorneys for Movant Southern**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | No. C-07-04073-PJH <br> <u>CLASS ACTION</u> <br><br> **CERTIFICATE OF SERVICE** |
| This Document Relates To: <br><br> ALL ACTIONS | |

I, Tyler Kelly, hereby declare as follows:

I am employed by Berman DeValerio Pease Tabacco Burt & Pucillo, 425 California Street, Suite 2100, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On November 26, 2007, I served true and correct copies of the following:

1. **NOTICE OF ENTRY OF ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; and**

2. **CERTIFICATE OF SERVICE**

on the following by placing a true copy thereof enclosed in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California, in accordance with Berman DeValerio Pease Tabacco Burt & Pucillo's ordinary business practices:

Mark C. Gardy
GARDY & NOTIS, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ 07632

Richard Schwartz
FARUQI & FARUQI LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on November 26, 2007.

Tyler Kelly