```
 1   Joseph J. Tabacco, Jr. (SBN 75484)
     Email: jtabacco@bermanesq.com
 2   Nicole Lavallee (SBN 165755)
     Email: nlavallee@bermanesq.com
 3   BERMAN DeVALERIO PEASE TABACCO
     BURT & PUCILLO
 4   425 California Street, Suite 2100
     San Francisco, CA  94104
 5   Telephone: (415) 433-3200
     Facsimile:  (415) 433-6382
 6
     Local Counsel
 7
     Richard W. Cohen (Admitted pro hac vice)
 8   E-mail: rcohen@lowey.com
     David C. Harrison (Admitted pro hac vice)
 9   E-mail: dharrison@lowey.com
     LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
10   One North Broadway
     White Plains, NY  10601-2310
11   Telephone: (914) 997-0500
     Facsimile: (914) 997-0035
12
     Attorneys for Lead Plaintiff
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | No. C-07-04073-PJH<br><br>**CERTIFICATE OF SERVICE** |
|---|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS | ) ) ) ) ) ) | |

[No. C-07-04073-PJH] CERTIFICATE OF SERVICE

I, Sheralyn Tuiasosopo, hereby declare as follows:

I am employed by Berman DeValerio Pease Tabacco Burt & Pucillo, 425 California Street, Suite 2100, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On January 2, 2008, I served true and correct copies of the following:

1. **STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE; and**

2. **CERTIFICATE OF SERVICE**

on the following by placing a true copy thereof enclosed in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California, in accordance with Berman DeValerio Pease Tabacco Burt & Pucillo's ordinary business practices:

Mark C. Gardy
GARDY & NOTIS, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Richard Schwartz
FARUQI & FARUQI, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017-6531

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on January 2, 2008.

_____
Sheralyn Tuiasosopo

[No. C-07-04073-PJH] CERTIFICATE OF SERVICE                                                                1