Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: 415-433-3200
Telecopier: 415-433-6382

*Local Counsel*

Richard W. Cohen (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
David C. Harrison (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
**LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C**.
One North Broadway - Suite 509
White Plains, New York 10601-2310
Telephone: 914-997-0500
Telecopier: 914-997-0035

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION, | No. C07-4073 PJH |
| This Document Relates To: | **STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE** |
| ALL ACTIONS. | |

This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Southern"), and defendants Luminent Mortgage Capital, Inc. ("Luminent") and certain Luminent officers and/or directors, by and through their respective attorneys of record.

WHEREAS, on October 10, 2007, the Court issued an order in which it, *inter alia*, consolidated the related class action cases; directed the filing of a consolidated complaint within 60 days after the filing of the court's order designating the Lead Plaintiff, unless otherwise agreed upon by the parties; and set a tentative schedule for defendants' response to the Complaint.

WHEREAS, on November 21, 2007, the Court appointed Southern as the Lead Plaintiff;

WHEREAS, counsel for the parties have conferred regarding the schedule for filing the Complaint and defendants' response thereto; and hereby stipulate, and request the court to order, as follows:

1. Lead Plaintiff shall file and serve the consolidated complaint on or before February 15, 2008.

2. Defendants shall file and serve their response(s) within 45 days after filing and service of the consolidated complaint.

3. Lead Plaintiff will file and serve its opposition within 45 days after filing and service of the motion to dismiss.

4. Defendants will file and serve their reply within 21 days after filing and service of the opposition.

IT IS SO STIPULATED.

Dated: January 2, 2008

RICHARD W. COHEN
DAVID C. HARRISON
LOWEY DANNENBERG BEMPORAD
  SELINGER & COHEN, P.C.


    /s/ David C. Harrison
DAVID C. HARRISON

One North Broadway - Suite 509
White Plains, NY 10601-2301
Telephone: (914) 997-0500
Telecopier: (914) 997-0035

*Counsel for Lead Plaintiff*

| | |
|---|---|
| Dated: January 2, 2008 | JOSEPH J. TABACCO, JR.<br>NICOLE LAVALLEE<br>BERMAN DEVALERIO PEASE<br>   TABACCO BURT & PUCILLO |
| | /s/ Nicole Lavallee<br>NICOLE LAVALLEE |
| | 425 California Street - Suite 2100<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Telecopier: (415) 433-6382 |
| | *Local Counsel* |
| Dated: January 2, 2008 | MICHAEL L. RUGEN<br>DANIEL J. DUNNE<br>HELLER EHRMAN LLP |
| | /s/ Michael Rugen<br>MICHAEL RUGEN<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6396<br>Telecopier: (415) 772-3996 |
| | *Counsel for Defendants* |

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint and Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that David C. Harrison and Michael Rugen, have concurred in this filing.

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/3/08 _____
                                               THE HONORABLE PHYLLIS J. HAMILTON
                                               UNITED STATES DISTRICT COURT

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton — United States District Court, Northern District of California]*