1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:  415-433-3200
5  Facsimile:  415-433-6382

6  *Local Counsel*

7  Richard W. Cohen (admitted *pro hac vice*)
   E-mail: rcohen@lowey.com
8  David C. Harrison (admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (admitted *pro hac vice*)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG COHEN, P.C.
   One North Broadway, Suite 509
11 White Plains, New York 10601-2310
   Telephone:  914-997-0500
12 Facsimile:  914-997-0035

13 *Attorneys for Movant Southern*

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | C 07-04073 PJH |
|---|---|
| This Document Relates To: ALL ACTIONS | **NOTICE OF CHANGE OF LAW FIRM NAME**<br><br>Date: November 21, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

[3:07-CV-04073-PJH] NOTICE OF CHANGE OF LAW FIRM NAME
2031 / NOT / 00086172.WPD v1

1 |       PLEASE TAKE NOTICE that effective January 1, 2008, the law firm Lowey Dannenberg Bemporad Selinger & Cohen, P.C. changed its name to Lowey Dannenberg Cohen, P.C. The office address, telephone number, and facsimile number remain the same.

      Please use this new firm name on all pleadings, correspondence and other documents.

Dated: January 14, 2008

<div style="margin-left: 3em;">
By:   /S/<br>
David C. Harrison, Esq.<br>
Lowey Dannenberg Cohen, P.C.<br>
1 North Broadway, Suite 509<br>
White Plains, NY 10601-2310<br>
Tel: 914-997-0500<br>
Fax: 914-997-0035
</div>