1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:   415-433-3200
5  Facsimile:   415-433-6382

6  *Local Counsel*

7  Richard W. Cohen (admitted *pro hac vice*)
   E-mail: rcohen@lowey.com
8  David C. Harrison (admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (admitted *pro hac vice*)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG COHEN & HART, P.C.
   One North Broadway, Suite 509
11 White Plains, New York 10601-2310
   Telephone:   914-997-0500
12 Facsimile:   914-997-0035

13 *Lead Counsel and Attorneys for Lead Plaintiff
   and the Putative Class*

14

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | C-07-04073 PJH |
|---|---|
| This Document Relates To: | **NOTICE OF** |
| ALL ACTIONS. | **LAW FIRM NAME CHANGE** |

---

NOTICE OF LAW FIRM NAME CHANGE
1964 / NOT / 00086938.WPD v1

1     PLEASE TAKE NOTICE that effective February 1, 2008, the law firm Lowey Dannenberg Cohen, P.C. changed its name to Lowey Dannenberg Cohen & Hart, P.C. The office address, telephone number, and facsimile number remain the same.

    Please use this new firm name on all pleadings, correspondence and other documents.

Dated: February 15, 2008

LOWEY DANNENBERG COHEN & HART, P.C.

By: /S/
DAVID C. HARRISON (Admitted *pro hac vice*)
1 North Broadway, Suite 509
White Plains, NY 10601-2310
Tel: 914-997-0500
Fax: 914-997-0035

*Counsel for Lead Plaintiff and the Putative Class*

---

NOTICE OF LAW FIRM NAME CHANGE
1964 / NOT / 00086938.WPD v1