Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel*

Richard W. Cohen (Admitted *pro hac vice*)
E-mail: rcohen@lowey.com
David C. Harrison (Admitted *pro hac vice*)
E-mail: dharrison@lowey.com
Jeanne D'Esposito (Admitted *pro hac vice*)
E-mail: jdesposito@lowey.com
**LOWEY DANNENBERG COHEN & HART, P.C.**
One North Broadway
White Plains, NY 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Lead Counsel and Attorneys for Lead Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | No. C-07-04073-PJH<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates To:<br><br>    ALL ACTIONS | |

[No. C-07-04073-PJH] CERTIFICATE OF SERVICE

I, Sheralyn Tuiasosopo, hereby declare as follows:

I am employed by Berman DeValerio Pease Tabacco Burt & Pucillo, 425 California Street, Suite 2100, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On February 15, 2008, I served true and correct copies of the following:

1. **CONSOLIDATED CLASS ACTION COMPLAINT; and**

2. **CERTIFICATE OF SERVICE**

on the following by placing a true copy thereof enclosed in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California, in accordance with Berman DeValerio Pease Tabacco Burt & Pucillo's ordinary business practices:

Michael L. Rugen, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 772-6396
Email: michael.rugen@hellerehrman.com
*Counsel for defendants*

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on February 15, 2008.

_____
Sheralyn Tuiasosopo