MICHAEL L. RUGEN (Bar No. 85578)
Michael.Rugen@Hellerehrman.com
JOSHUA HILL (Bar No. 250842)
Joshua.Hill@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

DANIEL J. DUNNE (applying for admission *pro hac vice*)
Daniel.Dunne@Hellerehrman.com
HELLER EHRMAN LLP
701 5th Avenue, Suite 6100
Seattle, WA 98104
Telephone: +1 (206) 447-0900
Facsimile: +1 (206) 447-6098

Attorneys for Defendants
LUMINENT MORTGAGE CAPITAL, INC.,
GAIL SENECA, CHRISTOPHER ZYDA,
AND S. TREZEVANT MOORE, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | Case No.: C-07-04073 PJH<br><br>**APPLICATION FOR ADMISSION OF DANIEL J. DUNNE *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Daniel J. Dunne, an active member in good standing of the bars and Courts of the State of Washington, United States District Court for the Western District of Washington, and the United States Court of Appeals for the Ninth Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Luminent Mortgage Capital, Inc., Gail Seneca,

Christopher Zyda, and S. Trezevant Moore, Jr. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the Supreme Court of Washington, United States District Court for the Western District of Washington, and the United States Court of Appeals for the Ninth Circuit.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order 45, *Electronic Case Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been associated as attorney of record in the above-entitled action. The name, address, and telephone number of that attorney is: Michael L. Rugen, Heller Ehrman LLP, 333 Bush Street, San Francisco, CA 94104-2878, (415) 772-6000.

I declare under penalty of perjury that the foregoing is true and correct.

March 3, 2008

Respectfully submitted,
HELLER EHRMAN LLP

By _____
DANIEL J. DUNNE

Attorney for Defendants
LUMINENT MORTGAGE CAPITAL, INC., GAIL SENECA, CHRISTOPHER ZYDA, AND S. TREZEVANT MOORE, JR.

# PROOF OF SERVICE

I, Theresa L. Scuffil, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California, 94104.

On March 5, 2008, 2008, I served the documents listed below on the interested parties as follows:

| | |
|---|---|
| Joseph J. Tabacco, Jr.<br>Nicole Lavallee<br>BERMAN DeVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>425 California Street, Suite 2100<br>San Francisco, CA 94104 | Richard W. Cohen<br>Barbara J. Hart<br>David C. Harrison<br>LOWEY DANNENBERG COHEN &<br>HART P.C.<br>One North Broadway, Suite 509<br>White Plains, New York 10601-2310 |

**DOCUMENT(S) SERVED:**

- **APPLICATION FOR ADMISSION OF DANIEL J. DUNNE *PRO HAC VICE***

[x] BY MAIL: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Palo Alto, California.

[ ] BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above-listed parties on the next business day by Federal Express overnight delivery service.

[ ] FACSIMILE TRANSMISSION: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ ] BY MESSENGER: I caused the document(s) to be delivered by messenger to the party(ies) identified above.

[ ] BY E-MAIL: I caused the document(s) to be delivered by e-mail to the party(ies) identified above.

PROOF OF SERVICE; CASE NO.: C-07-04073 PJH

1 |     I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct and that this document was executed on March 5, 2008, at San
3 | Francisco, California.

*[signature]*
Theresa L. Scuffil

PROOF OF SERVICE; CASE NO.: C-07-04073 PJH