MICHAEL L. RUGEN (Bar No. 85578)
Michael.Rugen@Hellerehrman.com
JOSHUA HILL (Bar No. 250842)
Joshua.Hill@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

DANIEL J. DUNNE (applying for admission *pro hac vice*)
Daniel.Dunne@Hellerehrman.com
HELLER EHRMAN LLP
701 5th Avenue, Suite 6100
Seattle, WA 98104
Telephone: +1 (206) 447-0900
Facsimile: +1 (206) 447-6098

Attorneys for Defendants
LUMINENT MORTGAGE CAPITAL, INC.,
GAIL SENECA, CHRISTOPHER ZYDA,
AND S. TREZEVANT MOORE, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | Case No.: C-07-04073 PJH<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION OF DANIEL J. DUNNE *PRO HAC VICE* |

Daniel J. Dunne, an active member in good standing of the bar of the Supreme Court of Washington, United States District Court for the Western District of Washington, and the United States Court of Appeals for the Ninth Circuit, whose business address and telephone number is Heller Ehrman LLP, 701 5th Avenue, Suite 6100, Seattle, Washington 98104, (206) 447-0900, having applied in the above-entitled action for admission to practice in the

1  Northern District of California on a *pro hac vice* basis representing Defendants Luminent
2  Mortgage Capital, Inc., Gail Seneca, Christopher Zyda, and S. Trezevant Moore, Jr.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
4  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance
5  by *pro hac vice*.  Service of papers upon and communication with co-counsel designated in
6  the application will constitute notice to the party.  All future filings in the action are subject
7  to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/10/08

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

[PROPOSED] ORDER FOR ADMISSION OF DANIEL J. DUNNE *PRO HAC VICE* : C-07-04073 PJH

# PROOF OF SERVICE

I, Theresa L. Scuffil, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California, 94104.

On March 5, 2008, 2008, I served the documents listed below on the interested parties as follows:

| | |
|---|---|
| Joseph J. Tabacco, Jr.<br>Nicole Lavallee<br>BERMAN DeVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>425 California Street, Suite 2100<br>San Francisco, CA 94104 | Richard W. Cohen<br>Barbara J. Hart<br>David C. Harrison<br>LOWEY DANNENBERG COHEN &<br>HART, P.C.<br>One North Broadway, Suite 509<br>White Plains, New York 10601-2310 |

**DOCUMENT(S) SERVED:**

- (PROPOSED) ORDER FOR ADMISSION OF DANIEL J. DUNNE *PRO HAC VICE*

[x]  BY MAIL: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Palo Alto, California.

[ ]  BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above-listed parties on the next business day by Federal Express overnight delivery service.

[ ]  FACSIMILE TRANSMISSION: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ ]  BY MESSENGER: I caused the document(s) to be delivered by messenger to the party(ies) identified above.

[ ]  BY E-MAIL: I caused the document(s) to be delivered by e-mail to the party(ies) identified above.

1  |  I declare under penalty of perjury under the laws of the United States of America that the
2  |  foregoing is true and correct and that this document was executed on March 5, 2008, at San
3  |  Francisco, California.

_____
Theresa L. Scuffil

2