1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California  94104
   Telephone:    415-433-3200
5  Telecopier:    415-433-6382

6  *Local Counsel*

7  Richard W. Cohen (admitted pro hac vice)
   E-mail: rcohen@lowey.com
8  Barbara J. Hart
   E-mail: bhart@lowey.com
9  David C. Harrison (admitted pro hac vice)
   E-mail: dharrison@lowey.com
10 LOWEY DANNENBERG COHEN & HART, P.C.
   One North Broadway, Suite 509
11 White Plains, New York  10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Lead Plaintiff*

14 MICHAEL L. RUGEN (Bar No. 85578)
   Michael.Rugen@Hellerehrman.com
15 JOSHUA HILL (Bar No. 250842)
   Joshua.Hill@Hellerehrman.com
16 HELLER EHRMAN LLP
   333 Bush Street
17 San Francisco, CA 94104
   Phone: (415) 772-6000
18 Facsimile: (415) 772-6268

19 *Attorneys for Defendants*

20                 UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22                  SAN FRANCISCO DIVISION

23 IN RE LUMINENT MORTGAGE CAPITAL,          Case No.: C-07-04073 PJH
   INC. SECURITIES LITIGATION,
24                                           **STIPULATION AND [PROPOSED]**
                                             **ORDER REGARDING**
25 This Document Relates To:                 **ADJOURNMENT OF CASE**
              ALL ACTIONS.                    **MANAGEMENT CONFERENCE**
26
27                                           The Honorable Phyllis J. Hamilton
28

STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. C-07-04073 PJH

1   This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement

2   Company, VSA, Inc. and Allen Dayton (collectively "Southern"), and Defendants Luminent

3   Mortgage Capital, Inc. ("Luminent") and certain Luminent officers and/or directors, by and through

4   their respective attorneys of record.

5

6   WHEREAS, pursuant to the Court's October 10, 2008 Order Consolidating Cases, the

    parties conferred regarding the schedule for filing the Consolidated Complaint and Defendants'

7   response(s) thereto;

8

9   WHEREAS, on January 3, 2008, the Court issued an order in which it, *inter alia*,

10  established a schedule for Defendants' response to the Consolidated Complaint, Plaintiffs'

11  opposition thereto and Defendants' reply;

12

13  WHEREAS, that schedule provides that Defendants shall file and serve their motion(s) to

    dismiss by March 31, 2008;

14

15  WHEREAS, that schedule provides for additional briefing that will continue through June

16  2008;

17

18  WHEREAS, pursuant to Section 101 of the Private Securities Litigation Reform Act of

    1995, 15 U.S.C. § 78u-4(b)(3)B) "all discovery and other proceedings shall be stayed during the

19  pendency of any motion to dismiss";

20

21  WHEREAS, on November 9, 2007, pursuant to Local Rule 16-2, the Court issued an Order

22  setting a Case Management Conference to be held on March 27, 2008 at 2:30 p.m., which time was

23  subsequently amended to 1:30 p.m. by Order on March 10, 2008; and

24

25  WHEREAS, counsel for the parties conferred regarding adjourning the Case Management

    Conference pending resolution of the contemplated motion(s) to dismiss;

26

27

28

1

STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. C-07-04073 PJH

1      IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE

2 UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, SUBJECT TO COURT

3 APPROVAL, AS FOLLOWS:

4

5      The Case Management Conference should be adjourned pending the scheduled briefing and

6 resolution of the contemplated motion(s) to dismiss.  The parties jointly request that the Court

7 adjourn the March 27, 2008 Case Management Conference .

         IT IS SO STIPULATED AND AGREED.

8

9

10 Dated:  March 19, 2008                 BERMAN DeVALERIO PEASE TABACCO
                                            BURT & PUCILLO

11

12

13                                  By:            /s/ Nicole Lavallee
                                             Nicole Lavallee

14                                              *Local Counsel*

15

16 Dated:  March 19, 2008                 LOWEY DANNENBERG COHEN & HART,
                                            P.C.

17

18

19                                  By:            /s/ David C. Harrison
                                            David C. Harrison

20                         *Lead Counsel and Attorneys for Lead Plaintiff and the
                                    Putative Class*

21

22

23 Dated:  March 19, 2008                 HELLER EHRMAN LLP

24

25

                               By:            /s/ Michael L. Rugen

26                                             Michael L. Rugen
                        *Attorney for Defendants Luminent Mortgage Capital,

27                     Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and
                                        Gail Seneca*

28

                                     2

STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. CGC-07-466824

1   Pursuant to Stipulation, IT IS SO ORDERED.

2

3   DATED: _____        _____

4                                             The Hon. Phyllis J. Hamilton
                                              United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. CGC-07-466824