```
 1  Joseph J. Tabacco, Jr. (SBN 75484)
    E-mail: jtabacco@bermanesq.com
 2  Nicole Lavallee (SBN 165755)
    E-mail: nlavallee@bermanesq.com
 3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
    425 California Street, Suite 2100
 4  San Francisco, California  94104
    Telephone:    415-433-3200
 5  Telecopier:   415-433-6382

    Local Counsel
 6
    Richard W. Cohen (admitted pro hac vice)
 7  E-mail: rcohen@lowey.com
    David C. Harrison (admitted pro hac vice)
 8  E-mail: dharrison@lowey.com
    LOWEY DANNENBERG COHEN & HART, P.C.
    One North Broadway - Suite 509
 9  White Plains, New York  10601-2310
    Telephone:    914-997-0500
10  Telecopier:   914-997-0035

    Attorneys for Lead Plaintiff
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION, | ) ) ) | No. C07-4073 PJH |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) | **DECLARATION OF DAVID C. HARRISON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER REGARDING ADJOURNMENT OF CASE MANAGEMENT CONFERENCE** |

DAVID C. HARRISON hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a principal of the law firm of Lowey Dannenberg Cohen & Hart, P.C. ("Lowey Dannenberg"), which has been retained as counsel for The Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Southern") in this

[3:07-CV-4073-PJH] STIPULATION AND [PROPOSED]ORDER REGARDING
ADJOURNMENT OF CASE MANAGEMENT CONFERENCE          1

2031 / STIP / 00087629.WPD v2

action. I am duly admitted to practice in the State of New York. I make this Declaration In Support of Motion of Stipulation and [Proposed] Order Regarding Adjournment of Case Management Conference. I have personal knowledge of the facts asserted herein.

2. I conferred with counsel to Defendants Luminent Mortgage Capital, Inc. ("Luminent") and certain Luminent officers and/or directors, by and through their respective attorneys of record.

3. On January 3, 2008, the Court issued an Order in which it, *inter alia,* established a schedule for Defendants' response to the consolidated complaint, plaintiffs' opposition thereto and defendants' reply.

4. That schedule provides for briefing that will continue through June 2008.

5. On November 9, 2007, pursuant to Local Rule 16-2, the Court issued an Order setting a Case Management Conference to be held on March 27, 2008 at 2:30 p.m., which time was subsequently amended to 1:30 p.m. by Order on March 10, 2008.

6. Counsel for the parties have conferred regarding the current briefing schedule and agree and stipulate that the Case Management Conference should be adjourned pending the scheduled briefing and resolution of the contemplated motion to dismiss.

[3:07-CV-4073-PJH] STIPULATION AND [PROPOSED] ORDER REGARDING ADJOURNMENT OF CASE MANAGEMENT CONFERENCE    2

2031 / STIP / 00087629.WPD v2

1    7.    The parties jointly request that the Court order the requested adjournment.

2  IT IS SO STIPULATED.

3  Dated March 19, 2008

4  LOWEY DANNENBERG COHEN & HART, P.C.

5

6  DAVID C. HARRISON

7  One North Broadway - Suite 509
   White Plains, NY  10601-2301
   Telephone:  (914) 997-0500
8  Telecopier:  (914) 997-0035

9  *Counsel for Lead Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  [3:07-CV-4073-PJH] STIPULATION AND [PROPOSED] ORDER REGARDING
    ADJOURNMENT OF CASE MANAGEMENT CONFERENCE                          3

2031 / STIP / 00087629.WPD v2