1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Telecopier:   415-433-6382

6  *Local Counsel*

7  Richard W. Cohen (admitted pro hac vice)
   E-mail: rcohen@lowey.com
8  Barbara J. Hart
   E-mail: bhart@lowey.com
9  David C. Harrison (admitted pro hac vice)
   E-mail: dharrison@lowey.com
10 LOWEY DANNENBERG COHEN & HART, P.C.
   One North Broadway, Suite 509
11 White Plains, New York 10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Lead Plaintiff*

14 MICHAEL L. RUGEN (Bar No. 85578)
   Michael.Rugen@Hellerehrman.com
15 JOSHUA HILL (Bar No. 250842)
   Joshua.Hill@Hellerehrman.com
16 HELLER EHRMAN LLP
   333 Bush Street
17 San Francisco, CA 94104
   Phone: (415) 772-6000
18 Facsimile: (415) 772-6268

19 *Attorneys for Defendants*

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22                        SAN FRANCISCO DIVISION

23

| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION, | Case No.: C-07-04073 PJH |
|---|---|
| This Document Relates To:<br>ALL ACTIONS. | **STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING ADJOURNMENT OF CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Phyllis J. Hamilton |

This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Southern"), and Defendants Luminent Mortgage Capital, Inc. ("Luminent") and certain Luminent officers and/or directors, by and through their respective attorneys of record.

WHEREAS, pursuant to the Court's October 10, 2008 Order Consolidating Cases, the parties conferred regarding the schedule for filing the Consolidated Complaint and Defendants' response(s) thereto;

WHEREAS, on January 3, 2008, the Court issued an order in which it, *inter alia*, established a schedule for Defendants' response to the Consolidated Complaint, Plaintiffs' opposition thereto and Defendants' reply;

WHEREAS, that schedule provides that Defendants shall file and serve their motion(s) to dismiss by March 31, 2008;

WHEREAS, that schedule provides for additional briefing that will continue through June 2008;

WHEREAS, pursuant to Section 101 of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)B) "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss";

WHEREAS, on November 9, 2007, pursuant to Local Rule 16-2, the Court issued an Order setting a Case Management Conference to be held on March 27, 2008 at 2:30 p.m., which time was subsequently amended to 1:30 p.m. by Order on March 10, 2008; and

WHEREAS, counsel for the parties conferred regarding adjourning the Case Management Conference pending resolution of the contemplated motion(s) to dismiss;

1  IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE
2  UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, SUBJECT TO COURT
3  APPROVAL, AS FOLLOWS:

4
5  The Case Management Conference should be adjourned pending the scheduled briefing and
6  resolution of the contemplated motion(s) to dismiss.  The parties jointly request that the Court
7  adjourn the March 27, 2008 Case Management Conference .

   IT IS SO STIPULATED AND AGREED.
8
9

10 Dated:  March 19, 2008                    BERMAN DeVALERIO PEASE TABACCO
                                             BURT & PUCILLO
11
12
13                                           By:  _____/s/ Nicole Lavallee_____
                                                        Nicole Lavallee
14                                                      *Local Counsel*
15

16 Dated:  March 19, 2008                    LOWEY DANNENBERG COHEN & HART,
                                             P.C.
17
18
19                                           By:  _____/s/ David C. Harrison_____
                                                        David C. Harrison
20                                           *Lead Counsel and Attorneys for Lead Plaintiff and the
                                                        Putative Class*
21
22
23 Dated:  March 19, 2008                    HELLER EHRMAN LLP
24
25
                                             By:  _____/s/ Michael L. Rugen_____
26                                                      Michael L. Rugen
                                             *Attorney for Defendants Luminent Mortgage Capital,
27                                           Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and
                                                        Gail Seneca*
28

                                             2
STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. CGC-07-466824

1  Pursuant to Stipulation, IT IS SO ORDERED.

3  DATED: 3/20/08



_____
The Hon. Phyllis J. Hamilton
United States District Judge