Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, California  94104
Telephone:    415-433-3200
Telecopier:    415-433-6382

*Local Counsel*

Richard W. Cohen (admitted pro hac vice)
E-mail: rcohen@lowey.com
Barbara J. Hart
E-mail: bhart@lowey.com
David C. Harrison (admitted pro hac vice)
E-mail: dharrison@lowey.com
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, New York  10601-2310
Telephone:    914-997-0500
Facsimile:    914-997-0035

*Attorneys for Lead Plaintiff*

MICHAEL L. RUGEN (Bar No. 85578)
Michael.Rugen@Hellerehrman.com
JOSHUA HILL (Bar No. 250842)
Joshua.Hill@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Phone: (415) 772-6000
Facsimile: (415) 772-6268

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br>　　　　ALL ACTIONS. | Case No.: C-07-04073 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING ADJOURNMENT OF CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Phyllis J. Hamilton |

1  This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement
2  Company, VSA, Inc. and Allen Dayton (collectively "Southern"), and Defendants Luminent
3  Mortgage Capital, Inc. ("Luminent") and certain Luminent officers and/or directors, by and through
4  their respective attorneys of record.

5
6  WHEREAS, pursuant to the Court's October 10, 2008 Order Consolidating Cases, the
   parties conferred regarding the schedule for filing the Consolidated Complaint and Defendants'
7
   response(s) thereto;
8

9  WHEREAS, on January 3, 2008, the Court issued an order in which it, *inter alia*,
10 established a schedule for Defendants' response to the Consolidated Complaint, Plaintiffs'
11 opposition thereto and Defendants' reply;

12
   WHEREAS, that schedule provides that Defendants shall file and serve their motion(s) to
13
   dismiss by March 31, 2008;
14

15 WHEREAS, that schedule provides for additional briefing that will continue through June
16 2008;

17
   WHEREAS, pursuant to Section 101 of the Private Securities Litigation Reform Act of
18
   1995, 15 U.S.C. § 78u-4(b)(3)B) "all discovery and other proceedings shall be stayed during the
19
   pendency of any motion to dismiss";
20

21 WHEREAS, on November 9, 2007, pursuant to Local Rule 16-2, the Court issued an Order
22 setting a Case Management Conference to be held on March 27, 2008 at 2:30 p.m., which time was
23 subsequently amended to 1:30 p.m. by Order on March 10, 2008; and

24
   WHEREAS, counsel for the parties conferred regarding adjourning the Case Management
25
   Conference pending resolution of the contemplated motion(s) to dismiss;
26

27
28
1
STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. C-07-04073 PJH

1  IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE
2 UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, SUBJECT TO COURT
3 APPROVAL, AS FOLLOWS:

  The Case Management Conference should be adjourned pending the scheduled briefing and resolution of the contemplated motion(s) to dismiss. The parties jointly request that the Court adjourn the March 27, 2008 Case Management Conference .

  IT IS SO STIPULATED AND AGREED.


Dated: March 19, 2008				BERMAN DeVALERIO PEASE TABACCO
						BURT & PUCILLO


						By:  _____/s/ Nicole Lavallee_____
							Nicole Lavallee
							*Local Counsel*


Dated: March 19, 2008				LOWEY DANNENBERG COHEN & HART, P.C.


						By:  _____/s/ David C. Harrison_____
							David C. Harrison
							*Lead Counsel and Attorneys for Lead Plaintiff and the Putative Class*


Dated: March 19, 2008				HELLER EHRMAN LLP


						By:  _____/s/ Michael L. Rugen_____
							Michael L. Rugen
							*Attorney for Defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca*

2
STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. CGC-07-466824

1  Pursuant to Stipulation, IT IS SO ORDERED.

3  DATED: 3/20/08

The Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

3

STIPULATION AND [PROPOSED] ORDER RE ADJOURNMENT OF CASE MANAGEMENT CONFERENCE;
CASE NO. CGC-07-466824