1 | MICHAEL L. RUGEN (Bar No. 85578)
Email: Michael.Rugen@Hellerehrman.com
JOSHUA HILL (Bar No. 250842)
Email: Joshua.Hill@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Phone: (415) 772-6000
Facsimile: (415) 772-6268

JOSEPH J. TABACCO, JR. (Bar No. 75484)
E-mail: jtabacco@bermanesq.com
NICOLE LAVALLEE (Bar No. 165755)
E-mail: nlavallee@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:    (415) 433-3200
Telecopier:    (415) 433-6382

*Local Counsel*

DANIEL J. DUNNE (admitted *pro hac vice*)
Email: Daniel.Dunne@Hellerehrman.com
HELLER EHRMAN LLP
701 5th Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 447-0900
Facsimile: (206) 447-6098

*Attorneys for Defendants*

RICHARD W. COHEN (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
BARBARA J. HART
E-mail: bhart@lowey.com
DAVID C. HARRISON (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway - Suite 509
White Plains, New York 10601-2310
Telephone:    (914) 997-0500
Telecopier:    (914) 997-0035

*Attorneys for Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.: C-07-04073 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE ENLARGEMENT OF PAGE LIMITATIONS**<br><br>The Honorable Phyllis J. Hamilton |

WHEREAS, Lead Plaintiff, The Southern Improvement Company, VSA, Inc., and Allen Dayton (collectively "Plaintiffs"), have filed a Consolidated Class Action Complaint (the "Complaint"), asserting claims against defendants Luminent Mortgage Capital, Inc. ("Luminent" or the Company"), S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail P. Seneca (collectively "Defendants");

WHEREAS, pursuant to the Court's January 3, 2008 Order, Defendants intend to file a motion to dismiss the Complaint on March 31, 2008;

WHEREAS, under Civil Local Rule 7-2(b), the page limit for a motion and supporting papers is 25 pages;

WHEREAS, under Civil Local Rule 7-4(b), the page limit for opposition papers is 25 pages and the page limit for reply papers is 15 pages.

WHEREAS, the Complaint is 42 pages in length, includes 149 numbered paragraphs, incorporates by reference over 500 pages of supporting materials, and raises numerous legal issues concerning multiple aspects of Luminent's business;

WHEREAS, in light of the length and scope of the Complaint and the complexity of the issues raised concerning Luminent's business, the parties have agreed that the page limit for the papers filed in support, opposition, and reply to a motion should be enlarged as set forth below.

IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

The following page limits shall apply to the memoranda of points and authorities filed in support, opposition or reply to the motion to dismiss the Complaint:

| | |
|---|---|
| Defendants' brief: | 35 pages |
| Plaintiffs' opposition brief: | 35 pages |
| Defendants' reply brief: | 20 pages |

Such page limits do not include the table of contents or the table of authorities.

IT IS SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 24, 2008 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
| 3 | | |
| 4 | | |
| 5 | | By:  /s/ Joseph J. Tabacco, Jr.  <br>Joseph J. Tabacco, Jr. <br>Local Counsel for Lead Plaintiff and the Putative Class |
| 6 | | |
| 7 | | |
| 8 | Dated: March 24, 2008 | LOWEY DANNENBERG COHEN & HART, P.C. |
| 9 | | |
| 10 | | |
| 11 | | By:  /s/ David C. Harrison  <br>David C. Harrison <br>Lead Counsel and Attorneys for Lead Plaintiff and the Putative Class |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Dated: March 24, 2008 | HELLER EHRMAN LLP |
| 16 | | |
| 17 | | By:  /s/ Michael L. Rugen  <br>Michael L. Rugen <br>Attorney for Defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Pursuant to Stipulation, IT IS SO ORDERED. | |
| 23 | | |
| 24 | DATED: 3/25/08 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND [PROPOSED] ORDER RE ENLARGEMENT OF PAGE LIMITATIONS;
CASE NO. CGC-07-466824