1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382

6  *Local Counsel*

7  Richard W. Cohen (admitted *pro hac vice*)
   E-mail: rcohen@lowey.com
8  Barbara J. Hart
   E-mail: bhart@lowey.com
9  David C. Harrison (admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
10 **LOWEY DANNENBERG COHEN & HART, P.C.**
   One North Broadway, Suite 509
11 White Plains, New York 10601-2310
   Telephone: (914) 997-0500
12 Facsimile: (914) 997-0035

13 *Lead Counsel and Attorneys for Lead Plaintiff*
   *and the Putative Class*

14

15

16
                        **UNITED STATES DISTRICT COURT**
17
                      **NORTHERN DISTRICT OF CALIFORNIA**
18

19 IN RE LUMINENT MORTGAGE CAPITAL, INC.  )   C-07-04073 PJH
   SECURITIES LITIGATION                 )
20                                        )   CLASS ACTION
                                          )
21                                        )
   This Document Relates To:             )   **[PROPOSED] ORDER GRANTING**
22                                        )   **APPLICATION FOR ADMISSION**
        ALL ACTIONS.                      )   **OF ANNE PENACHIO AS**
23                                        )   **ATTORNEY *PRO HAC VICE***

24

25

26

27

28
00087662.WPD   [Case No. C-07-04073 PJH][PROP] ORDER GRANTING APP FOR ADMISSION OF ANNE PENACHIO AS
               ATTY *PRO HAC VICE*
               2031 / MISC / 00087662.WPD v1

1    Anne Penachio, an active member in good standing of the bars of New York and Connecticut

2    and admitted to practice before the United States District Court for the Southern and Eastern

3    Districts of New York and the District of Connecticut, whose business address and telephone number

4    is

5

6    **LOWEY DANNENBERG COHEN & HART, P.C.**
     White Plains Plaza
     One North Broadway
7    White Plains, NY 10601-2310
     (914) 997-0500

8
     having applied in the above-entitled action for admission to practice in the Northern District of
9
     California on a *pro hac vice* basis, representing plaintiffs,
10
     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11
     conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
12
     Service of papers upon and communication with co-counsel designated in the application will
13
     constitute notice to the party. All future filings in this action are subject to the requirements
14
     contained in General Order No. 45, Electronic Case Filing.
15

16

17   DATED: _____
                                    THE HONORABLE PHYLLIS J. HAMILTON
18                                  UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

00087662.WPD    [Case No. C-07-04073 PJH][PROP] ORDER GRANTING APP FOR ADMISSION OF ANNE PENACHIO AS
                ATTY *PRO HAC VICE*
                2031 / MISC / 00087662.WPD v1                                                          1