ORIGINAL

FILED
08 MAR 26 AM 11: 32

1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382

6  *Local Counsel*

7  Richard W. Cohen (admitted *pro hac vice*)
   E-mail: rcohen@lowey.com
8  Barbara J. Hart
   E-mail: bhart@lowey.com
9  David C. Harrison (admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
10 **LOWEY DANNENBERG COHEN & HART, P.C.**
   One North Broadway, Suite 509
11 White Plains, New York 10601-2310
   Telephone: (914) 997-0500
12 Facsimile: (914) 997-0035

13 *Lead Counsel and Attorneys for Lead Plaintiff
   and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | C-07-04073 PJH <br> <br> CLASS ACTION |
| This Document Relates To: <br> <br> ALL ACTIONS. | **APPLICATION FOR ADMISSION OF FRANCIS J. MALARA AS ATTORNEY *PRO HAC VICE*** |

00087658.WPD

[Case No. C-07-04073 PJH] APPLICATION FOR ADMISSION OF FRANCIS J. MALARA AS ATTORNEY *PRO HAC VICE*

2031 / MISC / 00087658.WPD v1

1   Pursuant to Civil L.R. 11-3, Francis J. Malara, an active member in good standing of the bars
2   of New York and Connecticut and admitted to practice before the United States District Court for
3   the Southern District of New York, hereby applies for admission to practice in the Northern District
4   of California on a *pro hac vice* basis representing plaintiffs in the above-entitled action.

5   In support of this application, I certify on oath that:

6   1.   I am an active member in good standing of a United States Court or of the highest
7   court of another State or the District of Columbia, as indicated above;

8   2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
9   11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the
10  Local Rules and the Alternative Dispute Resolution programs of this Court; and

11  3.   An attorney who is a member of the bar of this Court in good standing and who
12  maintains an office within the State of California has been designated as co-counsel in the
13  above-entitled action. The name, address and phone number of that attorney is:

Nicole Lavallee (SBN 165755)
**BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

19  I declare under penalty of perjury that the foregoing is true and correct.

21  DATED: March 20, 2008         By: _____
                                      FRANCIS J. MALARA

[Case No. C-07-04073 PJH] APPLICATION FOR ADMISSION OF FRANCIS J. MALARA AS ATTORNEY
*PRO HAC VICE*
2031 / MISC / 00087658.WPD v1                                                                          1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017405
Cashier ID: almaceh
Transaction Date: 03/26/2008
Payer Name: LOWEY DANNENBERG COHEN
----------------------------------------
PRO HAC VICE
 For: F J MALARA
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:         $210.00
----------------------------------------
CHECK
  Check/Money Order Num: 1007
  Amt Tendered:  $210.00
----------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

C07-4073 PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```