1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382

6  *Local Counsel*

7  Richard W. Cohen (admitted *pro hac vice*)
   E-mail: rcohen@lowey.com
8  Barbara J. Hart
   E-mail: bhart@lowey.com
9  David C. Harrison (admitted *pro hac vice*)
   E-mail: dharrison@lowey.com
10 **LOWEY DANNENBERG COHEN & HART, P.C.**
   One North Broadway, Suite 509
11 White Plains, New York 10601-2310
   Telephone: (914) 997-0500
12 Facsimile: (914) 997-0035

13 *Lead Counsel and Attorneys for Lead Plaintiff
   and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | C-07-04073 PJH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ANNE PENACHIO AS ATTORNEY *PRO HAC VICE*** |

[Case No. C-07-04073 PJH][PROP] ORDER GRANTING APP FOR ADMISSION OF ANNE PENACHIO AS ATTY *PRO HAC VICE*

2031 / MISC / 00087662.WPD v1

1   Anne Penachio, an active member in good standing of the bars of New York and Connecticut
2   and admitted to practice before the United States District Court for the Southern and Eastern
3   Districts of New York and the District of Connecticut, whose business address and telephone number
4   is

**LOWEY DANNENBERG COHEN & HART, P.C.**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
(914) 997-0500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: 3/28/08



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Case No. C-07-04073 PJH][PROP] ORDER GRANTING APP FOR ADMISSION OF ANNE PENACHIO AS ATTY *PRO HAC VICE*

2031 / MISC / 00087662.WPD v1                                                                                                                            1

00087662.WPD