# EXHIBIT 9



# FORM 8-K

## LUMINENT MORTGAGE CAPITAL INC - LUM

Filed: August 06, 2007 (period: August 06, 2007)

Report of unscheduled material events or corporate changes.

**Item 2.02.** Results of Operations and Financial Condition.

**Item 7.01.** Regulation FD Disclosure.

**Item 9.01.** Financial Statements and Exhibits.

SIGNATURE
EX-99.1 (EXHIBIT 99.1)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K
CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report
(Date of earliest event reported)
August 6, 2007

# Luminent Mortgage Capital, Inc.
(Exact name of registrant as specified in its charter)

| Maryland | 001-31828 | 06-1694835 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 101 California Street, Suite 1350 San Francisco, California | 94111 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (415) 217-4500

N/A
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

Item 2.02. Results of Operations and Financial Condition.

On August 6, 2007, we issued a press release that contains information regarding actions taken today by our board of directors and other information regarding our second quarter results. A copy of that press release is furnished as Exhibit 99 to this report.

The information in this Current Report on Form 8-K (including the exhibit incorporated into this Item 2.02 by reference) is being is provided under Item 2.02 of Form 8-K and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section. The information in this Current Report shall not be incorporated by reference into any registration statement or other document filed pursuant to the Securities Act of 1933, as amended, except as shall be expressly set forth by specific reference in such filing.

Item 7.01.  Regulation FD Disclosure.

Reference is made to Item 2.02.

Item 9.01. Financial Statements and Exhibits.

| Exhibit No. | Exhibit Description |
|---|---|
| 99.1 | Press Release dated August 6, 2007. |

2

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

LUMINENT MORTGAGE CAPITAL, INC.

By:  /s/ Christopher J. Zyda
     Christopher J. Zyda,
     Senior Vice President and Chief Financial Officer

Date: August 6, 2007

3

05

Exhibit 99.1

Contact:
Christopher J. Zyda
Senior Vice President &
Chief Financial Officer
Phone: (415) 217-4500
Email: ir@luminentcapital.com

## Luminent Mortgage Capital, Inc. Announcements

SAN FRANCISCO, CA., August 6, 2007 — Luminent Mortgage Capital, Inc. (NYSE: LUM) announced today that, since August 3, 2007, the mortgage industry, and the financing methods that the mortgage industry relies upon, have deteriorated significantly and in an unprecedented fashion. Effectively, the secondary market for mortgage loans and mortgage-backed securities has seized-up. As a result, Luminent is simultaneously experiencing a significant increase in margin calls on its highest quality assets and a decrease on the financing advance rates provided by its lenders.

In a Board of Directors meeting today, Luminent's Board unanimously voted to take the following actions:

- The Board of Directors suspended payment of Luminent's second quarter cash dividend of 32 cents per share on Luminent's common stock.
- The Board of Directors extended the maturity of the outstanding commercial paper issued by Luminent Star Funding Trust 1, a special purpose subsidiary of Luminent, by 110 days.
- The Board of Directors cancelled Luminent's second quarter 2007 earnings release conference call, scheduled for Thursday, August 9, 2007, at 10:00 a.m. PDT, to discuss its second quarter of 2007 results of operations.
- The Board of Directors delayed the filing of Luminent's quarterly report on form 10-Q for the second quarter of 2007. Luminent's second quarter of 2007 unaudited condensed financial information is attached to this press release. Luminent's independent registered public accounting firm has not completed a review of the financial information for the three and six months ended June 30, 2007.
- The Board of Directors authorized Luminent's senior management to inform the New York Stock Exchange of these unfolding events and, as a result, trading was halted in Luminent's common stock.

The Board of Directors currently is considering the full range of strategic alternatives to enhance Luminent's liquidity and preserve shareholder value during this period of market volatility.

This news release and Luminent's filings with the Securities and Exchange Commission contain forward-looking statements under the Private Securities Litigation Reform Act of 1995. Forward-looking statements convey Luminent's current expectations or forecasts of future events. All statements contained in this press release other than statements of historical fact are forward-looking statements. Forward-looking statements include statements regarding our financial position, business strategy, budgets, projected costs, plans and objectives of management for future operations. The words "may continue," "estimate," "intend," "project," "believe," "expect," "plan," "anticipate" and similar terms may identify forward-looking statements, but the absence of such words does not necessarily mean that a statement is not forward-looking. These forward-looking statements include, among other things, statements about:

- the effect of the flattening of, or other changes in, the yield curve on our investment strategies;
- changes in interest rates and mortgage prepayment rates;
- Luminent's ability to obtain or renew sufficient funding to maintain its leverage strategies;
- continued creditworthiness of the holders of mortgages underlying Luminent's mortgage-related assets;

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

- the possible effect of negative amortization of mortgages on Luminent's financial condition and REIT qualification;
- the possible impact of Luminent's failure to maintain exemptions under the 1940 Act;
- potential impacts of Luminent's leveraging policies on its net income and cash available for distribution;
- the power of Luminent's Board of Directors to change its operating policies and strategies without stockholder approval;
- effects of interest rate caps on Luminent's adjustable-rate and hybrid adjustable-rate loans and mortgage backed securities;
- the degree to which Luminent's hedging strategies may or may not protect it from interest rate volatility;
- Luminent's ability to invest up to 10% of its investment portfolio in residuals, leveraged mortgage derivative securities and shares of other REITs as well as other investments;
- volatility in the timing and amount of Luminent's cash distributions;
- Luminent's ability to purchase sufficient mortgages for its securitization business; and
- the other factors described in Luminent's Form 10-K, Form 10-Q and Form 8-K reports, including those under the captions "Management's Discussion and Analysis of Financial Condition and Results of Operations," "Risk Factors" and "Quantitative and Qualitative Disclosures about Market Risk."

Luminent cautions you not to place undue reliance on these forward-looking statements, which speak only as of the date of this press release. All subsequent written and oral forward-looking statements attributable to Luminent or any person acting on its behalf are expressly qualified in their entirety by the cautionary statements contained or referred to in this press release. Except to the extent required by applicable law or regulation, Luminent undertakes no obligation to update these forward-looking statements to reflect events or circumstances after the date of this press release or to reflect the occurrence of unanticipated events.

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

## LUMINENT MORTGAGE CAPITAL, INC.
## CONDENSED CONSOLIDATED BALANCE SHEETS
(Unaudited)

| (in thousands, except share and per share amounts) | June 30, 2007 | December 31, 2006 |
|---|---:|---:|
| **Assets:** | | |
| Cash and cash equivalents | $ 13,254 | $ 5,902 |
| Restricted cash | 14,559 | 7,498 |
| Loans held-for-investment, net of allowance for loan losses of $12,297 at June 30, 2007 and $5,020 at December 31, 2006 | 5,934,480 | 5,591,717 |
| Mortgage-backed securities, at fair value | 84,602 | 141,556 |
| Mortgage-backed securities pledged as collateral, at fair value | 3,309,437 | 2,789,382 |
| Debt securities, at fair value | 1,157 | — |
| Equity securities, at fair value | 831 | 1,098 |
| Interest receivable | 38,347 | 36,736 |
| Principal receivable | 2,515 | 1,029 |
| Derivatives, at fair value | 59,766 | 13,021 |
| Other assets | 40,798 | 25,856 |
| Total assets | $ 9,499,746 | $ 8,613,795 |
| | | |
| **Liabilities:** | | |
| Mortgage-backed notes | $ 4,515,197 | $ 3,917,677 |
| Repurchase agreements | 2,868,572 | 2,707,915 |
| Warehouse lending facilities | 573,658 | 752,777 |
| Commercial paper | 573,385 | 637,677 |
| Collateralized debt obligations | 295,013 | — |
| Junior subordinated notes | 92,788 | 92,788 |
| Convertible senior notes | 90,000 | — |
| Unsettled security purchases | 4,572 | — |
| Cash distributions payable | 13,857 | 14,343 |
| Accrued interest expense | 15,436 | 12,094 |
| Accounts payable and accrued expenses | 22,156 | 6,969 |
| Total liabilities | 9,064,634 | 8,142,240 |
| | | |
| **Stockholders' Equity:** | | |
| Preferred stock, par value $0.001: | | |
| 10,000,000 shares authorized; no shares issued and outstanding at June 30, 2007 and December 31, 2006 | — | — |
| Common stock, par value $0.001: | | |
| 100,000,000 shares authorized; 43,303,004 and 47,808,510 shares issued and outstanding at June 30, 2007 and December 31, 2006, respectively | 43 | 48 |
| Additional paid-in capital | 543,859 | 583,492 |
| Accumulated other comprehensive income | 7,536 | 3,842 |
| Accumulated distributions in excess of accumulated earnings | (116,326) | (115,827) |
| Total stockholders' equity | 435,112 | 471,555 |
| Total liabilities and stockholders' equity | $ 9,499,746 | $ 8,613,795 |

08

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

## LUMINENT MORTGAGE CAPITAL, INC.
## CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
### (Unaudited)

| (in thousands, except share and per share amounts) | For the Three Months Ended June 30, 2007 | For the Three Months Ended June 30, 2006 | For the Six Months Ended June 30, 2007 | For the Six Months Ended June 30, 2006 |
|---|---:|---:|---:|---:|
| **Net interest income:** | | | | |
| Interest income: | | | | |
| Mortgage loan and securitization portfolio | $ 95,967 | $ 45,398 | $ 194,658 | $ 68,009 |
| Spread portfolio | 31,775 | 19,845 | 62,151 | 50,810 |
| Credit sensitive bond portfolio | 18,727 | 9,667 | 35,226 | 17,683 |
| Total interest income | 146,469 | 74,910 | 292,035 | 136,502 |
| Interest expense | 122,222 | 53,513 | 237,426 | 99,484 |
| Net interest income | 24,247 | 21,397 | 54,609 | 37,018 |
| **Other income:** | | | | |
| Gains on derivatives, net | 20,617 | 7,183 | 35,882 | 15,776 |
| Impairment losses on mortgage-backed securities | (14,154) | (462) | (14,159) | (2,179) |
| Gains (losses) on sales of mortgage-backed securities | 4 | (1,240) | (15,449) | 823 |
| Other expense | (19) | (131) | (99) | (608) |
| Total other income | 6,448 | 5,350 | 6,175 | 13,812 |
| **Expenses:** | | | | |
| Servicing expense | 6,730 | 2,538 | 12,716 | 4,020 |
| Provision for loan losses | 4,645 | 1,525 | 8,188 | 1,525 |
| Salaries and benefits | 3,551 | 2,018 | 6,635 | 4,441 |
| Professional services | 997 | 471 | 1,841 | 1,093 |
| Management compensation expense to related party | — | 854 | — | 1,665 |
| Other general and administrative expenses | 1,889 | 1,136 | 3,674 | 2,091 |
| Total expenses | 17,812 | 8,542 | 33,054 | 14,835 |
| Income before income taxes | 12,883 | 18,205 | 27,730 | 35,995 |
| Income taxes (benefit) | (506) | 641 | (45) | 652 |
| Net income | $ 13,389 | $ 17,564 | $ 27,775 | $ 35,343 |
| Net income per share – basic | $ 0.30 | $ 0.45 | $ 0.60 | $ 0.90 |
| Net income per share – diluted | $ 0.30 | $ 0.45 | $ 0.60 | $ 0.90 |
| Weighted-average number of shares outstanding – basic | 44,774,340 | 38,609,963 | 46,038,178 | 39,060,284 |
| Weighted-average number of shares outstanding – diluted | 44,898,778 | 38,834,435 | 46,220,019 | 39,337,203 |
| Dividend per share | $ 0.32 | $ 0.20 | $ 0.62 | $ 0.25 |

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

## LUMINENT MORTGAGE CAPITAL, INC.
### CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)

| (in thousands) | For the six months ended June 30, 2007 | For the six months ended June 30, 2006 |
|---|---:|---:|
| **Cash flows from operating activities:** | | |
| Net income | $ 27,775 | $ 35,343 |
| Adjustments to reconcile net income to net cash used in operating activities: | | |
| Amortization of premium/(discount) on loans held-for-investment and mortgage-backed securities and depreciation | 11,800 | (1,416) |
| Impairment losses on mortgage-backed securities | 14,159 | 2,179 |
| Provision for loan losses | 8,188 | 1,525 |
| Negative amortization of loans held-for-investment | (52,196) | (16,969) |
| Share-based compensation | 1,485 | 1,676 |
| Net realized and unrealized gains on derivative instruments | (20,906) | (14,759) |
| Net (losses) on mortgage backed securities held as trading | (9) | — |
| Net gain (losses) on sales of mortgage-backed-securities available-for-sale | 15,449 | (823) |
| Changes in operating assets and liabilities: | | |
| (Increase) decrease in interest receivable, net of purchased interest | (1,320) | 1,130 |
| (Increase) decrease in other assets | 1,171 | (15,305) |
| Increase in accounts payable and other liabilities | 14,798 | 310 |
| Increase (decrease) in accrued interest expense | 3,342 | (11,527) |
| Increase in management compensation payable, incentive compensation payable and other related-party payable | — | 588 |
| Net cash provided by (used in) operating activities | 23,736 | (18,048) |
| **Cash flows from investing activities:** | | |
| Purchases of mortgage-backed securities | (790,866) | (1,449,385) |
| Proceeds from sales of mortgage-backed securities | 31,348 | 3,619,558 |
| Principal payments of mortgage-backed securities | 280,454 | 289,359 |
| Purchases of loans held-for-investment, net | (1,262,734) | (3,143,481) |
| Principal payments of loans held-for-investment | 940,605 | 106,707 |
| Purchases of derivative instruments | (32,979) | (1,555) |
| Proceeds from derivative instruments | 7,331 | 2,326 |
| Purchase of debt securities | (1,271) | — |
| Net change in restricted cash | (7,061) | 747 |
| Other | (176) | — |
| Net cash used in investing activities | (835,349) | (575,724) |
| **Cash flows from financing activities:** | | |
| Repurchases of common stock | (41,123) | (15,534) |
| Capitalized financing costs | (7,122) | — |
| Borrowings under repurchase agreements | 21,901,406 | 19,794,029 |
| Principal payments on repurchase agreements | (21,740,749) | (21,414,302) |
| Borrowings under warehouse lending facilities | 1,651,917 | 2,468,843 |
| Paydown of warehouse lending facilities | (1,830,852) | (2,467,969) |
| Borrowings under commercial paper facility | 2,838,460 | — |
| Paydown of commercial paper facility | (2,902,752) | — |
| Distributions to stockholders | (28,760) | (3,202) |
| Proceeds from issuance of mortgage-backed notes | 1,359,447 | 2,324,948 |
| Principal payments on mortgage-backed notes | (761,934) | (94,196) |
| Proceeds from issuance of collateralized debt obligations | 291,027 | — |
| Principal payments on margin debt | — | (3,548) |
| Proceeds from issuance of convertible senior notes | 90,000 | — |
| Net cash provided by financing activities | 818,965 | 589,069 |
| Net increase (decrease) in cash and cash equivalents | 7,352 | (4,703) |
| Cash and cash equivalents, beginning of the period | 5,902 | 11,466 |
| Cash and cash equivalents, end of the period | 13,254 | $ 6,763 |

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

10

11
Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007

## LUMINENT MORTGAGE CAPITAL, INC.
### CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (continued)
(Unaudited)

|  | For the six months ended June 30, | |
|---|---:|---:|
| (in thousands) | 2007 | 2006 |
| **Supplemental disclosure of cash flow information:** | | |
| Interest paid | $ 245,393 | $ 113,741 |
| Taxes paid | 1,179 | 486 |
| | | |
| **Non-cash investing and financing activities:** | | |
| Increase in unsettled security purchases | $ 4,572 | $ 53,181 |
| (Increase) decrease in principal receivable | (1,488) | 11,948 |
| Transfer of loans held-for-investment to real estate owned | 8,681 | — |
| Acquisition of mortgage-backed securities available-for-sale through collateralized debt obligations | (3,986) | — |
| Principal payments of mortgage-backed securities available-for-sale | 183 | — |
| Paydown of warehouse lending facilities | (183) | — |
| Increase (decrease) in cash distributions payable to stockholders | (486) | 6,605 |

Created by 10KWizard   www.10KWizard.com

12

Source: LUMINENT MORTGAGE CA, 8-K, August 06, 2007