# EXHIBIT 14



Global Equity Research

Americas

Diversified Financial

UBS Investment Research

# First Read: Luminent

## 4Q06 Report Card : LUM Beats; With Solid Credit Trends

| | |
|---|---|
| Rating | Buy 2* |
| | *Unchanged* |
| Price target | US$11.50 |
| | *Unchanged* |
| Price | US$9.52 |

RIC: LUM.N BBG: LUM US

9 February 2007

**Trading data**

| | |
|---|---|
| 52-wk. range | US$10.84-7.35 |
| Market cap. | US$0.38bn |
| Shares o/s | 40.1m |
| Free float | 89% |
| Avg. daily volume ('000) | 345 |
| Avg. daily value (US$m) | 3.4 |

**Balance sheet data 12/06E**

| | |
|---|---|
| Shareholders' equity | US$0.46bn |
| P/BVPS x | 1.0 |
| Tier one capital ratio | - |

**Forecast returns**

| | |
|---|---|
| Forecast price appreciation | +20.8% |
| Forecast dividend yield | 11.6% |
| Forecast stock return | +32.4% |
| Market return assumption | 9.9% |
| Forecast excess return | +22.5% |

**EPS (UBS, US$)**

| | 12/06E | | 12/05 |
|---|---|---|---|
| | UBS | Cons. | Actual |
| Q1E | 0.45 | 0.45 | 0.51 |
| Q2E | 0.45 | 0.45 | 0.16 |
| Q3E | (0.17) | (0.17) | 0.13 |
| Q4E | 0.34 | 0.29 | (2.79) |
| 12/06E | 1.07 | 1.02 | |
| 12/07E | 1.50 | 1.40 | |

**Performance (US$)**



Source: UBS

www.ubs.com/investmentresearch

**This report has been prepared by UBS Securities LLC**

■ **4Q06 Core Taxable EPS of $0.34 Beats Consensus**

4Q06 Core EPS was $0.31 & 4Q06 Core Taxable EPS was $0.34. 4Q6 core EPS adjusts for market to market on hedging, & 4Q06 Taxable EPS adjusts for final payments related to the internalization of management. 4Q06 Core Taxable EPS (the basis for the dividend) beat consensus of $0.29 and matched UBS est of $0.34. Qtr was strong all around with 39 bps spread expansion to 1.58% and strong credit trends.

■ **Credit trends remain strong; interest rate risk remains low**

Despite investor concerns about nonprime credit, LUM continues to buck the general trend. Although delinquencies were up 11 bps qoq to 54 bps, this is still less than half the industry average. Portfolio FICO scores were up 2 bps qoq to 713; LTV was down to 72.6% from 76%, 92% of portfolio is rated A credit or higher. Portfolio duration remains close to 0, with 89% of assets floating monthly.

■ **1Q07 securitization bodes well for 2007 Outlook**

LUM 2007-1 securitization of $700m (executed in Jan) was above $500m guidance with high FICO score of 719 & record tight cost of LIBOR+ 16.5 bps. Given LUM's lower credit and rate risk vs. peers, we find current valuation of $9.52 (vs $9.86 BVPS) compelling as we believe current dividends are secure.

■ **Valuation: Maintain Buy 2 rating and $11.50 PT**

Our $11.50 PT is 1.1x our '07E BVPS, & forecasts a 50% chance LUM sucessfully manages credit risk.

| Highlights (US$m) | 12/04 | 12/05 | 12/06E | 12/07E | 12/08E |
|---|---|---|---|---|---|
| Revenues | - | (69) | 87 | 126 | - |
| Pre-tax profits | - | (83) | 45 | 70 | - |
| Net income | - | (83) | 45 | 70 | - |
| EPS (UBS, US$) | - | (2.00) | 1.07 | 1.50 | - |
| Net DPS (US$) | - | 0.77 | 0.85 | 1.20 | - |

| Profitability & Valuation | 5-yr hist. av. | 12/05 | 12/06E | 12/07E | 12/08E |
|---|---|---|---|---|---|
| ROE % | - | -20.7 | 10.4 | 14.1 | - |
| P/Op x | - | - | 9.9 | 6.4 | - |
| P/BVPS x | - | 1.0 | 1.0 | 0.8 | - |
| PE (UBS) x | - | - | 8.9 | 6.4 | - |
| Net dividend yield % | - | 7.9 | 8.9 | 12.6 | - |

*Source: Company accounts, Thomson Financial, UBS estimates. UBS adjusted EPS is stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement.*

*Valuations: based on an average share price that year, (E): based on a share price of US$9.52 on 08 Feb 2007 19:39 EST*

**Omotayo Okusanya, II, CFA**
Analyst
omotayo.okusanya@ubs.com
+1-212-713 1864

**Scott Crowe**
Analyst
scott.crowe@ubs.com
+1-212-713 1419

**Heath Binder**
Associate Analyst
heath.binder@ubs.com
+1-212-713 3226

**ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 2**



*Exception to core rating bands; See page 3

UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of UBS in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.ubs.com/independentresearch or may call +1 877-208-5700 to request a copy of this research.

## ■ Luminent Mortgage Capital Inc

Luminent Mortgage Capital, Inc., a Maryland corporation, is a REIT headquartered in San Francisco. The company was incorporated in April 2003 to invest primarily in U.S. agency and other highly rated, single-family, adjustable-rate, hybrid adjustable-rate, and fixed-rate mortgage-backed securities. In 2005, the company expanded its mortgage investment strategy to include mortgage loan origination and securitization, as well as investments in mortgage-backed securities that have credit ratings of lower than AAA.

## ■ Statement of Risk

Luminent's business is affected by the following economic and industry factors that may have a material adverse effect on its financial condition and results of operations: Interest rate trends and changes in the yield curve; rates of prepayment on mortgage loans and the mortgages underlying mortgage-backed securities; continued creditworthiness of the holders of mortgages underlying mortgage-related assets; and a highly competitive markets for investment opportunities;

In addition, several factors relating to Luminent specifically may also impact its financial condition and operating performance. These factosr include: overall leverage of the investment portfolio; access to funding and adequate borrowing capacity; the ability to use derivatives to mitigate interest rate and prepayment risks; compliance with REIT requirements and the requirements to qualify for an exemption under the Investment Company Act of 1940; and management's ability to identify and respond to changes in the interest rate cycle and credit market.

## ■ Analyst Certification

Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers; and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG (UBS).

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures.

UBS Investment Research: Global Equity Ratings Definitions and Allocations

| UBS rating | Definition | UBS rating | Definition | Rating category | Coverage[1] | IB services[2] |
|---|---|---|---|---|---|---|
| Buy 1 | FSR is > 6% above the MRA, higher degree of predictability | Buy 2 | FSR is > 6% above the MRA, lower degree of predictability | Buy | 44% | 36% |
| Neutral 1 | FSR is between -6% and 6% of the MRA, higher degree of predictability | Neutral 2 | FSR is between -6% and 6% of the MRA, lower degree of predictability | Hold/Neutral | 43% | 36% |
| Reduce 1 | FSR is > 6% below the MRA, higher degree of predictability | Reduce 2 | FSR is > 6% below the MRA, lower degree of predictability | Sell | 13% | 26% |

1: Percentage of companies under coverage globally within this rating category.

2: Percentage of companies within this rating category for which investment banking (IB) services were provided within the past 12 months.

Source: UBS. Ratings allocations are as of 31 December 2006.

### KEY DEFINITIONS

**Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months.
**Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium).
**Predictability Level** The predictability level indicates an analyst's conviction in the FSR. A predictability level of '1' means that the analyst's estimate of FSR is in the middle of a narrower, or smaller, range of possibilities. A predictability level of '2' means that the analyst's estimate of FSR is in the middle of a broader, or larger, range of possibilities.
**Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation.

### EXCEPTIONS AND SPECIAL CASES

**US Closed-End Fund ratings and definitions are:** Buy: Higher stability of principal and higher stability of dividends; Neutral: Potential loss of principal, stability of dividend; Reduce: High potential for loss of principal and dividend risk.
**UK and European Investment Fund ratings and definitions are:** Buy: Positive on factors such as structure, management, performance record, discount; Neutral: Neutral on factors such as structure, management, performance record, discount; Reduce: Negative on factors such as structure, management, performance record, discount.
**Core Banding Exceptions (CBE):** Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Companies Mentioned or Company Disclosure table in the relevant research piece.

## Companies mentioned

| Company Name | Reuters | Rating | Price | Price date/time |
|---|---|---|---|---|
| Luminent[2,4,6a,6b,7,13,16,19] | LUM.N | Buy 2 (CBE) | US$9.52 | 08 Feb 2007 19:39 EST |

Source: UBS. EST: Eastern standard time.

2. UBS AG, its affiliates or subsidiaries has acted as manager/co-manager in the underwriting or placement of securities of this company/entity or one of its affiliates within the past 12 months.
4. Within the past 12 months, UBS AG, its affiliates or subsidiaries has received compensation for investment banking services from this company/entity.
6a. This company/entity is, or within the past 12 months has been, a client of UBS Securities LLC, and investment banking services are being, or have been, provided.
6b. This company/entity is, or within the past 12 months has been, a client of UBS Securities LLC, and non-investment banking securities-related services are being, or have been, provided.
7. Within the past 12 months, UBS Securities LLC has received compensation for products and services other than investment banking services from this company/entity.
13. UBS AG, its affiliates or subsidiaries beneficially owned 1% or more of a class of this company`s common equity securities as of last month`s end (or the prior month`s end if this report is dated less than 10 days after the most recent month`s end).
16. UBS Securities LLC makes a market in the securities and/or ADRs of this company.
19. Because UBS believes this security presents lower-than-normal risk, its rating is deemed Buy if the FSR exceeds the MRA by 5% and Reduce if the FSR is more than 5% below the MRA (compared with 6% and 6%, respectively, under the normal rating system).

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report.

**Luminent Mortgage Capital Inc (US$)**




Source: UBS; as of 8 February 2007.

## Global Disclaimer

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG (UBS). In certain countries UBS AG is referred to as UBS SA.

This report is for distribution only under such circumstances as may be permitted by applicable law. It has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. It is published solely for informational purposes and is not to be construed as a solicitation or an offer to buy or sell any securities or related financial instruments. No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of the information contained herein, except with respect to information concerning UBS AG, its subsidiaries and affiliates, nor is it intended to be a complete statement or summary of the securities, markets or developments referred to in the report. The report should not be regarded by recipients as a substitute for the exercise of their own judgement. Any opinions expressed in this report are subject to change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS as a result of using different assumptions and criteria. The analysis contained herein is based on numerous assumptions. Different assumptions could result in materially different results. The analyst(s) responsible for the preparation of this report may interact with trading desk personnel, sales personnel and other constituencies for the purpose of gathering, synthesizing and interpreting market information. UBS is under no obligation to update or keep current the information contained herein. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS, into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this report is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues, however, compensation may relate to the revenues of UBS Investment Bank as a whole, of which investment banking, sales and trading are a part.

The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates and other market conditions. Past performance is not necessarily indicative of future results. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument mentioned in this report. For investment advice, trade execution or other enquiries, clients should contact their local sales representative. Neither UBS nor any of its affiliates, nor any of UBS' or any of its affiliates, directors, employees or agents accepts any liability for any loss or damage arising out of the use of all or any part of this report. **Additional information will be made available upon request.**

For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC and/or UBS Capital Markets LP) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this research report.

**United Kingdom and the rest of Europe:** Except as otherwise specified herein, this material is communicated by UBS Limited, a subsidiary of UBS AG, to persons who are market counterparties or intermediate customers (as detailed in the FSA Rules) and is only available to such persons. The information contained herein does not apply to, and should not be relied upon by, private customers. UBS Limited is regulated by the FSA. **France:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France SA. UBS Securities France S.A. is regulated by the the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this report, the report is also deemed to have been prepared by UBS Securities France S.A. **Germany:** Prepared by UBS Limited and distributed by UBS Limited and UBS Deutschland AG. UBS Deutschland AG is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). **Spain:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). . **Russia:** Prepared and distributed by the Moscow Representative Office of UBS Cyprus Moscow Limited. **Switzerland:** Distributed by UBS AG to persons who are institutional investors only. **Italy:** Prepared by UBS Limited and distributed by UBS Limited and UBS Italia Sim S.p.A.. UBS Italia Sim S.p.A. is regulated by the Bank of Italy and by the Commissione Nazionale per le Società e la Borsa (CONSOB). Where an analyst of UBS Italia Sim S.p.A. has contributed to this report, the report is also deemed to have been prepared by UBS Italia Sim S.p.A.. **South Africa:** UBS South Africa (Pty) Limited (Registration No. 1995/011140/07) is a member of the JSE Limited, the South African Futures Exchange and the Bond Exchange of South Africa. UBS South Africa (Pty) Limited is an authorised Financial Services Provider. **United States:** Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a "non-US affiliate"), to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this report must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. **Canada:** Distributed by UBS Securities Canada Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. A statement of its financial condition and a list of its directors and senior officers will be provided upon request. **Hong Kong:** Distributed by UBS Securities Asia Limited. **Singapore:** Distributed by UBS Securities Pte. Ltd or UBS AG, Singapore Branch. **Japan:** Distributed by UBS Securities Japan Ltd to institutional investors only. **Australia:** Distributed by UBS AG (Holder of Australian Financial Services Licence No. 231087) and UBS Securities Australia Ltd (Holder of Australian Financial Services Licence No. 231098) only to "Wholesale" clients as defined by s761G of the Corporations Act 2001. **New Zealand:** Distributed by UBS New Zealand Ltd.

© 2007 UBS. All rights reserved. This report may not be reproduced or redistributed, in whole or in part, without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect.

