# EXHIBIT 21

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: January 31, 2008 |
| Estimated average burden hours per response 0.5 |

☐ Check this box if no longer subject to Section 16 Form 4 or Form 5 obligations may continue See Instruction 1(b)

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* WHITTERS JOSEPH E (Last) (First) (Middle) 101 CALIFORNIA STREET, SUITE 1350 (Street) SAN FRANCISCO CA 94111 (City) (State) (Zip) | 2. Issuer Name and Ticker or Trading Symbol LUMINENT MORTGAGE CAPITAL INC [ LUM ] 3. Date of Earliest Transaction (Month/Day/Year) 06/21/2007 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) X Director   10% Owner   Officer (give title below)   Other (specify below) 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person   Form filed by More than One Reporting Person |
|---|---|---|

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/21/2007 | | P | | 100 | A | $9.34 | 238,560 | D | |
| Common Stock | 06/21/2007 | | P | | 4,600 | A | $9.33 | 243,160 | D | |
| Common Stock | 06/21/2007 | | P | | 1,800 | A | $9.3 | 244,960 | D | |
| Common Stock | 06/21/2007 | | P | | 7,700 | A | $9.29 | 252,660 | D | |
| Common Stock | 06/21/2007 | | P | | 10,800 | A | $9.28 | 263,460 | D | |
| Common Stock | 06/21/2007 | | P | | 4,200 | A | $9.32 | 4,200 | I | by pension account |
| Common Stock | 06/21/2007 | | P | | 800 | A | $9.31 | 5,000 | I | by pension account |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transacti |
|---|---|---|---|---|---|---|---|---|---|

1

| | | | | | (Instr. 3, 4 and 5) | | | | | | | | (s) (Instr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | |

**Explanation of Responses:**
**Remarks:**

/S/ KAREN CHANG
Attorney-in-fact for      06/21/2007
Joseph E. Whitters

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

2