MICHAEL L. RUGEN (Bar No. 85578)
DANIEL J. DUNNE (admitted *pro hac vice*)
JOSHUA HILL (Bar No. 250842)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268
   Michael.Rugen@hellerehrman.com
   Daniel.Dunne@hellerehrman.com
   Joshua.Hill@hellerehrman.com

*Attorneys for Defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br>    ALL ACTIONS | Case No.: C-07-04073 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>Date:        July 2, 2008<br>Time:       9:00 a.m.<br>Trial Date:  None Set<br><br>The Honorable Phyllis J. Hamilton |

Defendants' Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Gail Seneca, and Christopher J. Zyda (collectively, "Defendants"), Request for Judicial Notice in Support of Their Motion to Dismiss the Consolidated Class Action Complaint, came on regularly for hearing before this Court on July 2, 2008. All parties were represented by counsel. After full consideration of the papers submitted by the parties, and oral arguments of counsel, the Court finds the Defendants' request is well-founded.

IT IS THEREFORE ORDERED that:

Defendants' Request for Judicial Notice of the following items is GRANTED:

| | |
|---|---|
| Exhibit 1 | True and correct copy of Luminent's February 9, 2007 Press Release, filed with the SEC on February 15, 2007. |
| Exhibit 2 | True and correct copy of Luminent's 2006 10-K, filed with the SEC on March 16, 2007. |
| Exhibit 3 | True and correct copy of Luminent's May 10, 2007 Press Release, filed with the SEC on May 11, 2007. |
| Exhibit 4 | True and correct copy of Luminent's 10-Q for the quarter ending March 31, 2007, filed with the SEC on May 10, 2007. |
| Exhibit 5 | True and correct copy of Luminent's May 10, 2007 Earnings Conference Call Transcript. |
| Exhibit 6 | True and correct copy of Luminent's June 27, 2007 Press Release. |
| Exhibit 7 | True and correct copy of Luminent's July 23, 2007 Pharos Newsletter, filed with the SEC on July 23, 2007. |
| Exhibit 8 | True and correct copy of Luminent's July 30, 2007 Press Release, filed with the SEC on July 30, 2007. |
| Exhibit 9 | True and correct copy of Luminent's August 6, 2007 Press Release, filed with the SEC on August 6, 2007. |
| Exhibit 10 | True and correct copy of Luminent's August 7, 2007 Press Release, filed with the SEC on August 7, 2007. |
| Exhibit 11 | True and correct copy of Luminent's 10-Q for the quarter ending June 30, 2007, filed with the SEC on September 26, 2007. |
| Exhibit 12 | True and correct copy of Luminent's November 19, 2007 PowerPoint Presentation, filed with the SEC on November 19, 2007. |
| Exhibit 13 | True and correct copy of Answer and Counterclaim filed by HSBC in *Luminent Mortgage Capital, Inc. et al. v. HSBC Securities (USA), Inc.*, No. 07 Civ. 9340 (S.D.N.Y.). |
| Exhibit 14 | True and correct copy of UBS Analyst Report, dated February 9, 2007. |
| Exhibit 15 | True and correct copy of Harry Terris, *Alt-A Tremors*, American Banker, Feb. 22, 2007. |
| Exhibit 16 | True and correct copy of Richard Beales, et al., The Financial Times, *Subprime Fears Lift Treasuries*, Feb. 27, 2007. |

| | |
|---|---|
| Exhibit 17 | True and correct copy of Form 4 for Ms. Gail Seneca, filed with the SEC on April 13, 2007. |
| Exhibit 18 | True and correct copy of Form 4 for Mr. S. Trezevant Moore, filed with the SEC on April 12, 2007. |
| Exhibit 19 | True and correct copy of Form 4 for Mr. S. Trezevant Moore, filed with the SEC on June 21, 2007. |
| Exhibit 20 | True and correct copy of Form 4 for Mr. Christopher Zyda, filed with the SEC on June 12, 2007. |
| Exhibit 21 | True and correct copy of Form 4 for Mr. Joseph Whitters, filed with the SEC on June 21, 2007. |
| Exhibit 22 | True and correct copy of Form 4 for Mr. Joseph Whitters, filed with the SEC on June 28, 2007. |
| Exhibit 23 | True and correct copy of Robert K. Steel, Under Secretary for Domestic Finance, U.S. Dept. of the Treasury, Testimony Before the House Committee on Financial Services (Sept. 5, 2007). |
| Exhibit 24 | True and correct copy of Susan Black, *The Asset-Backed Commercial Paper Market*, Reserve Bank of Australia Bulletin (Jan. 2008). |
| Exhibit 25 | True and correct copy of Alan Greenspan, *The Roots of the Mortgage Crisis*, Wall St. J., Dec. 12, 2007, at A19. |
| Exhibit 26 | True and correct copy of Eric Dash, *The Fed's Sudden Action Eases a Logjam in Corporate Borrowing*, N. Y. Times, Aug. 18, 2007. |
| Exhibit 27 | True and correct copy of Tom Buerkle, *Spenders of Last Resort*, Institutional Investor, Jan. 2008. |

Dated: _____

                                                    The Honorable Phyllis J. Hamilton
                                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
Case No.: C-07-04073 PJH