1  MICHAEL L. RUGEN (Bar No. 85578)
   DANIEL J. DUNNE (admitted *pro hac vice*)
2  JOSHUA HILL (Bar No. 250842)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA 94104-2878
4  Telephone: +1 (415) 772-6000
   Facsimile: +1 (415) 772-6268
5     Michael.Rugen@hellerehrman.com
      Daniel.Dunne@hellerehrman.com
6     Joshua.Hill@hellerehrman.com

7
   *Attorneys for Defendants Luminent Mortgage*
8  *Capital, Inc., S. Trezevant Moore, Jr.,*
   *Christopher J. Zyda, and Gail Seneca*
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 | IN RE LUMINENT MORTGAGE CAPITAL, INC. | Case No.: C-07-04073 PJH
   | SECURITIES LITIGATION,                |
14 |                                       | **[PROPOSED] ORDER GRANTING**
   |                                       | **DEFENDANTS' MOTION TO DISMISS**
15 | This Document Relates To:             | **FOR FAILURE TO STATE A CLAIM**
   |         ALL ACTIONS                   |
16 |                                       | Date:       July 2, 2008
   |                                       | Time:       9:00 a.m.
17 |                                       | Trial Date: None Set
18 |                                       |
   |                                       | The Honorable Phyllis J. Hamilton
19

20

21

22

23

24

25

26

27

28

1  On March 31, 2008, defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Gail Seneca, and Christopher J. Zyda (collectively, "Defendants") filed a Notice of Motion and Motion to Dismiss the Consolidated Class Action Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Having considered the Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Request for Judicial Notice, all pleadings and papers filed herein, oral argument of counsel, and good cause appearing therefor, Defendants' motion is hereby GRANTED.

IT IS HEREBY ORDERED that this action is hereby ordered dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

                                        The Honorable Phyllis J. Hamilton
                                        UNITED STATES DISTRICT JUDGE