1  MICHAEL L. RUGEN (Bar No. 85578)
2  DANIEL J. DUNNE (admitted *pro hac vice*)
   JOSHUA HILL (Bar No. 250842)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA  94104-2878
   Telephone: +1 (415) 772-6000
5  Facsimile: +1 (415) 772-6268
       Michael.Rugen@hellerehrman.com
6      Daniel.Dunne@hellerehrman.com
       Joshua.Hill@hellerehrman.com
7

8  *Attorneys for Defendants Luminent Mortgage
   Capital, Inc., S. Trezevant Moore, Jr.,
9  Christopher J. Zyda, and Gail Seneca*

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 | IN RE LUMINENT MORTGAGE CAPITAL, INC. | Case No.: C-07-04073 PJH
   | SECURITIES LITIGATION,
15 |                                        | **PROOF OF SERVICE RE POSTING**
   |                                        | **TO THE SECURITIES CLASS**
16 | This Document Relates To:              | **ACTION CLEARING HOUSE**
   |         ALL ACTIONS
17

18                                            Date:        July 2, 2008
                                              Time:        9:00 a.m.
19                                            Trial Date:  None Set

20                                            The Honorable Phyllis J. Hamilton

21

**PROOF OF SERVICE**

I, Theresa L. Scuffil, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California, 94104.

On March 31, 2008, I served a copy of the following documents:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT; AND MEMORANDUM OF POINTS AND AUTHORITIES;**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED COMPLAINT (Without Exhibits); AND**

**PROOF OF SERVICE RE POSTING TO THE SECURITIES CLASS ACTION CLEARING HOUSE**

on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

scac@law.stanford.edu.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on March 31, 2008, at San Francisco, California.

/s/  Theresa L. Scuffil
Theresa L. Scuffil

1
PROOF OF SERVICE RE POSTING TO THE SECURITIES CLASS ACTION CLEARING HOUSE: C-07-04073 PJH

## GENERAL ORDER 45 ATTESTATION

I, Michael L. Rugen, am the ECF user whose ID and password are being used to file this Proof of Service Re Positing to the Securities Class Action Clearing House.  In compliance with General Order 45, X.B., I hereby attest that Theresa L. Scuffil has concurred in this filing.

/s/  Michael L. Rugen
Michael L. Rugen