MICHAEL L. RUGEN (Bar No. 85578)
Email: Michael.Rugen@Hellerehrman.com
JOSHUA HILL (Bar No. 250842)
Email: Joshua.Hill@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Phone: (415) 772-6000
Facsimile: (415) 772-6268

DANIEL J. DUNNE (admitted *pro hac vice*)
Email: Daniel.Dunne@Hellerehrman.com
HELLER EHRMAN LLP
701 5th Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 447-0900
Facsimile: (206) 447-6098

*Attorneys for Defendants*

RICHARD W. COHEN (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
BARBARA J. HART
E-mail: bhart@lowey.com
DAVID C. HARRISON (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway - Suite 509
White Plains, New York 10601-2310
Telephone:    (914) 997-0500
Telecopier:    (914) 997-0035

*Attorneys for Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.: C-07-04073 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING AND MEDIATION**<br><br>The Honorable Phyllis J. Hamilton |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING AND MEDIATION;
CASE NO. C-07-04073 PJH

This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Plaintiff"), and Defendants Luminent Mortgage Capital, Inc. ("Luminent" or the "Company"), S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail P. Seneca (collectively "Defendants"), by and through their respective attorneys of record.

WHEREAS, on January 3, 2008, the Court issued an order in which it, *inter alia*, established a schedule for Plaintiff's Consolidated Class Action Complaint (the "Complaint"), Defendants' response to the Complaint, Plaintiff's opposition thereto and Defendants' reply;

WHEREAS, on February 15, 2008, Plaintiff filed the Complaint asserting claims against Defendants under the federal securities laws;

WHEREAS, on March 25 2008, the Court entered an stipulation and order establishing page limits on the memoranda of points and authorities filed in connection with Defendants' motion to dismiss;

WHEREAS, on March 31, 2008, Defendants moved to dismiss the Complaint;

WHEREAS, the parties have agreed to discuss the possibility of resolving this matter and have therefore scheduled a mediation session before David Geronemus of JAMS, in New York City, on July 11, 2008;

WHEREAS, the parties have agreed that Plaintiff may have a two-week extension of time to file its opposition to the motion to dismiss, which will not exceed 40 pages, and will therefore file on May 29, 2008; and

WHEREAS, in light of efforts by the parties to explore a potential resolution of this case, the parties agree that it is in their interest to suspend the remainder of the briefing and hearing schedule following the filing of Plaintiff's opposition to the motion to dismiss.

IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

1     Pending the outcome of mediation, the briefing schedule shall be suspended following the filing of Plaintiff's opposition to Defendants' motion to dismiss, and the July 2, 2008, 9:00 a.m. hearing date shall be removed from the Court's calendar; and

    The parties shall notify the Court by July 18, 2008 regarding the status of their mediation and their recommendation for further briefing and hearing on Defendants' motion to dismiss.

    IT IS SO STIPULATED AND AGREED.

Dated:  May 8, 2008          LOWEY DANNENBERG COHEN & HART, P.C.

By:    /s/ David C. Harrison
       David C. Harrison
Lead Counsel and Attorneys for Lead Plaintiff and the Putative Class

Dated:  May 8, 2008          HELLER EHRMAN LLP

By:    /s/ Michael L. Rugen
       Michael L. Rugen
Attorney for Defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: _____      _____
                                                        The Hon. Phyllis J. Hamilton
                                                        United States District Judge