Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, California  94104
Telephone:     415-433-3200
Telecopier:    415-433-6382

*Local Counsel*

Richard W. Cohen (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
Barbara J. Hart
E-mail: bhart@lowey.com
David C. Harrison (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
**LOWEY DANNENBERG COHEN & HART, P.C.**
One North Broadway, Suite 509
White Plains, New York  10601-2310
Telephone:    914-997-0500
Facsimile:    914-997-0035

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION, | No. C07-4073 PJH |
| | **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING** |
| This Document Relates To: | |
| ALL ACTIONS. | |

This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Plaintiff"), and Defendants Luminent Mortgage Capital, Inc. ("Luminent" or the "Company"), S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail P. Seneca (collectively "Defendants"), by and through their respective attorneys of record.

1  WHEREAS, on May 14, 2008, the Court issued a Scheduling Order in which it, *inter alia*, approved the parties' agreement that Plaintiff would file its opposition to defendants' motion to dismiss by May 29, 2008;

WHEREAS, Defendants have agreed to Plaintiff's request to extend their time to file their opposition by one week until June 5, 2008;

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's time to file their opposition by one week until June 5, 2008;

IT IS SO STIPULATED AND AGREED.

Dated: May 30, 2008

RICHARD W. COHEN
BARBARA J. HART
DAVID C. HARRISON
LOWEY DANNENBERG COHEN
  & HART, P.C.

    /s/ David C. Harrison
DAVID C. HARRISON

One North Broadway - Suite 509
White Plains, NY  10601-2301
Telephone:  (914) 997-0500
Telecopier:  (914) 997-0035

*Counsel for Lead Plaintiff*

Dated: May 30, 2008

JOSEPH J. TABACCO, JR.
NICOLE LAVALLEE
BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO

    /s/ Nicole Lavallee
NICOLE LAVALLEE

425 California Street - Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Telecopier: (415) 433-6382

*Local Counsel*

| | |
|---|---|
| Dated: May 30, 2008 | MICHAEL L. RUGEN<br>DANIEL J. DUNNE<br>HELLER EHRMAN LLP<br><br>　　/s/ Daniel J. Dunne<br>DANIEL J. DUNNE<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>Telephone:  (415) 772-6396<br>Telecopier:  (415) 772-3996<br><br>*Counsel for Defendants* |

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint and Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that David C. Harrison and Daniel J. Dunne, have concurred in this filing.

* * *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE