| | |
|---|---|
| 1 | Joseph J. Tabacco, Jr. (SBN 75484) |
| | E-mail: jtabacco@bermanesq.com |
| 2 | Nicole Lavallee (SBN 165755) |
| | E-mail: nlavallee@bermanesq.com |
| 3 | **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO** |
| | 425 California Street, Suite 2100 |
| 4 | San Francisco, California 94104 |
| | Telephone:    415-433-3200 |
| 5 | Telecopier:    415-433-6382 |

*Local Counsel*

Richard W. Cohen (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
Barbara J. Hart
E-mail: bhart@lowey.com
David C. Harrison (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
**LOWEY DANNENBERG COHEN & HART, P.C.**
One North Broadway, Suite 509
White Plains, New York 10601-2310
Telephone:    914-997-0500
Facsimile:    914-997-0035

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION, | No. C07-4073 PJH |
| | **STIPULATION AND [P~~ROPOSED~~] ORDER RE SCHEDULING** |
| This Document Relates To: | |
| ALL ACTIONS. | |

This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Plaintiff"), and Defendants Luminent Mortgage Capital, Inc. ("Luminent" or the "Company"), S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail P. Seneca (collectively "Defendants"), by and through their respective attorneys of record.

[3:07-cv-4073-PJH] STIPULATION AND [PROPOSED] ORDER RE SCHEDULING    1

1  WHEREAS, on May 14, 2008, the Court issued a Scheduling Order in which it, *inter alia*, approved the parties' agreement that Plaintiff would file its opposition to defendants' motion to dismiss by May 29, 2008;

WHEREAS, Defendants have agreed to Plaintiff's request to extend their time to file their opposition by one week until June 5, 2008;

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's time to file their opposition by one week until June 5, 2008;

IT IS SO STIPULATED AND AGREED.

Dated: May 30, 2008

RICHARD W. COHEN
BARBARA J. HART
DAVID C. HARRISON
LOWEY DANNENBERG COHEN
  & HART, P.C.

　　　　/s/ David C. Harrison　　　　
DAVID C. HARRISON

One North Broadway - Suite 509
White Plains, NY  10601-2301
Telephone:  (914) 997-0500
Telecopier:  (914) 997-0035

*Counsel for Lead Plaintiff*

Dated: May 30, 2008

JOSEPH J. TABACCO, JR.
NICOLE LAVALLEE
BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO

　　　　/s/ Nicole Lavallee　　　　
NICOLE LAVALLEE

425 California Street - Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Telecopier: (415) 433-6382

*Local Counsel*

1  Dated: May 30, 2008                              MICHAEL L. RUGEN
                                                    DANIEL J. DUNNE
2                                                   HELLER EHRMAN LLP

3
                                                       /s/ Daniel J. Dunne
4                                                   DANIEL J. DUNNE
                                                    333 Bush Street
5                                                   San Francisco, CA  94104-2878
                                                    Telephone:  (415) 772-6396
6                                                   Telecopier:  (415) 772-3996

7                                                   *Counsel for Defendants*

8

9     I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this

10  Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint and Briefing

11  Schedule.  In compliance with General Order 45, X.B., I hereby attest that David C. Harrison

12  and Daniel J. Dunne, have concurred in this filing.

13                                          *  *  *

14
                                         **O R D E R**
15

16    PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  DATED:  6/3/08

19                                          THE HONORABLE PHYLLIS J. HAMILTON
                                            UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]