MICHAEL L. RUGEN (BAR NO. 85578)
DANIEL J. DUNNE (ADMITTED *PRO HAC VICE*)
JENNY H. HONG (BAR NO. 251751)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

*Attorneys for Defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION, | Case No.: C-07-04073 PJH<br><br>**NOTICE OF FILING VOLUNTARY PETITION AND IMPOSITION OF AUTOMATIC STAY (11 U.S.C. SECTION 362(A))** |
| This Document Relates To:<br>         ALL ACTIONS | The Honorable Phyllis J. Hamilton |

Heller Ehrman LLP

IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION
LUMINENT'S NOTICE OF AUTOMATIC STAY:  CASE NO.:  C-07-04073 PJH

**TO THE CLERK OF THE COURT, THE PARTIES TO THIS ACTION AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendant LUMINENT MORTGAGE CAPITAL, INC. filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland on September 5, 2008. The Petition has been assigned Case No. 08-21389.

Accordingly, this action is subject to the automatic stay provisions of 11 U.S.C. § 362. A true and correct copy of the Voluntary Petition is attached hereto as Exhibit A.

DATED: September 10, 2008         HELLER EHRMAN LLP


By _____/s/_____
    Michael L. Rugen

Attorneys for Defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca