UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION

No. C 07-04073 PJH

**ORDER**

_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS
_____/

On September 10, 2008, counsel for defendants Luminent Mortgage Capital, Inc. ("Luminent"), and S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca ("the individual defendants") filed a notice of Luminent's filing of a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland on September 5, 2008. Defendants seek a stay of this consolidated action pursuant to 11 U.S.C. § 362.

The parties are hereby ORDERED to meet and confer, and submit a statement as to whether the action should be stayed as to the individual defendants (who appear not to have filed for bankruptcy protection). The statement shall be filed no later than September 26, 2008.

**IT IS SO ORDERED.**

Dated: September 12, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge