Joseph J. Tabacco, Jr. (SBN 75484)
E-mail: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
E-mail: nlavallee@bermanesq.com
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel*

Richard W. Cohen (admitted *pro hac vice*)
E-mail: rcohen@lowey.com
Barbara J. Hart (admitted *pro hac vice*)
E-mail: bhart@lowey.com
David C. Harrison (admitted *pro hac vice*)
E-mail: dharrison@lowey.com
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, New York 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Lead Counsel for Plaintiff
and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | C 07-04073 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER APPROVING AMENDMENT TO STIPULATION OF SETTLEMENT**<br><br>The Hon. Phyllis J. Hamilton |

This Stipulation is entered into by and among Lead Plaintiff The Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Plaintiff"), and Defendants Luminent Mortgage Capital, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail P. Seneca (collectively "Defendants"), by and through their undersigned counsel.

1  WHEREAS, on January 20, 2009, the Court issued the Order Preliminarily Approving
2  Settlement and Providing for Notice, which, *inter alia*, approved the terms of the Stipulation of
3  Settlement dated as of September 10, 2008 (the "Settlement Agreement"), and

4  WHEREAS, pursuant to ¶ 35 of the Settlement Agreement, the Class Escrow Fund has
5  been invested in United States Treasury Bills with maturities of six (6) months or less, which
6  currently yield 0.04 percent, and mature on March 26, 2009, and

7  WHEREAS, the parties have agreed to amend the Settlement Agreement to authorize the
8  Class Escrow Agent, Amalgamated Bank, to invest the Class Escrow Fund in FDIC-insured
9  certificates of deposit pursuant to the "CDARs" program, with maturities of 26 weeks or less,
10 which have a current yield of 2.0 percent,

11 IT IS HEREBY STIPULATED AND AGREED that ¶ 35 of the Settlement Agreement is
12 amended as follows:

> The Class Escrow Agent, at the direction and supervision of Lead Counsel, shall invest and, if and when necessary, reinvest the Class Escrow Fund in the following instruments: (a) United States Treasury Bills with maturities of six (6) months or less; and/or (b) FDIC-insured certificates of deposit pursuant to the "CDARs" program, with maturities of 26 weeks or less; and may keep a balance of one hundred thousand ($100,000) or less in each of one or more federally insured bank(s).

Dated: March 19, 2009                LOWEY DANNENBERG COHEN
                                     & HART, P.C.

                            By:  _____
                                 Richard W. Cohen
                                 Barbara J. Hart
                                 David C. Harrison
                                 One North Broadway, Suite 509
                                 White Plains, New York
                                 Telephone: (914) 997-0500
                                 Facsimile: (914) 997-0035
                                 Email: rcohen@lowey.com
                                 Email: bhart@lowey.com
                                 Email: dharrison@lowey.com

                                 *Lead Counsel for Lead Plaintiff
                                 and the Settlement Class*

STIPULATION AND [PROPOSED] ORDER APPROVING
AMENDMENT TO STIPULATION OF SETTLEMENT (07-04073 PJH)
{2031 / STIP / 00094636.DOC v1}

2

|   |   |
|---|---|
| 1 | BERMAN DEVALERIO PEASE |
| 2 | ~~TABACCO BURT & PUCILLO~~ |
| 3 | By: _____ |
|   | Joseph J. Tabacco, Jr. |
| 4 | Nicole Lavallee |
|   | 425 California Street, Suite 2100 |
| 5 | San Francisco, CA 94104-2205 |
|   | Telephone: (415) 433-3200 |
| 6 | Facsimile: (415) 433-6382 |
|   | Email: jtabacco@bermanesq.com |
| 7 | Email: nlavallee@bermanesq.com |

*Plaintiff's Local Counsel*

SIDLEY AUSTIN LLP

By: _____
Michael L. Rugen
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1290
Facsimile: (415) 772-7400
Email: mrugen@sidley.com

*Attorneys for Defendants Luminent Capital Mortgage, Inc., S. Trezevant Moore, Jr., Christopher J. Zyda, and Gail Seneca*

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: 3/23/09 _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER APPROVING
AMENDMENT TO STIPULATION OF SETTLEMENT (07-04073 PJH)
{2031 / STIP / 00094636.DOC v1}

3

```
 1  Joseph J. Tabacco, Jr. (SBN 75484)
    E-mail: jtabacco@bermanesq.com
 2  Nicole Lavallee (SBN 165755)
    E-mail: nlavallee@bermanesq.com
 3  BERMAN DeVALERIO
    425 California Street, Suite 2100
 4  San Francisco, California 94104
    Telephone: (415) 433-3200
 5  Facsimile: (415) 433-6382

 6  Local Counsel

 7  Richard W. Cohen (admitted pro hac vice)
    E-mail: rcohen@lowey.com
 8  Barbara J. Hart (admitted pro hac vice)
    E-mail: bhart@lowey.com
 9  David C. Harrison (admitted pro hac vice)
    E-mail: dharrison@lowey.com
10  LOWEY DANNENBERG COHEN & HART, P.C.
    One North Broadway, Suite 509
11  White Plains, New York 10601-2310
    Telephone: (914) 997-0500
12  Facsimile: (914) 997-0035

13  Lead Counsel for Plaintiff
    and the Putative Class
14
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | C 07-04073 PJH<br><br><u>CLASS ACTION</u><br><br>**AMENDMENT TO STIPULATION OF SETTLEMENT** |

Lead Plaintiff and Defendants, by and through their undersigned counsel, agree to amend the Stipulation of Settlement dated as of September 10, 2008, as follows:

1. Paragraph 35 is amended as follows:

   The Class Escrow Agent, at the direction and supervision of Lead Counsel, shall invest and, if and when necessary, reinvest the Class Escrow Fund in the following instruments: (a) United States Treasury Bills with maturities of six (6) months or less; and/or (b) FDIC-insured certificates of deposit pursuant to the "CDARs" program, with maturities of 26 weeks or less; and may keep a balance of one hundred thousand ($100,000) or less in each of one or more federally insured bank(s).

| | | |
|---|---|---|
| 1 | Dated: March _19_, 2009 | LOWEY DANNENBERG COHEN & HART, P.C. |
| 2 | | |
| 3 | | By: _/s/_ |
| 4 | | Richard W. Cohen<br>Barbara J. Hart |
| 5 | | David C. Harrison<br>One North Broadway, Suite 509 |
| 6 | | White Plains, New York<br>Telephone: (415) 433-3200 |
| 7 | | Facsimile: (415) 433-6382<br>Email: rcohen@lowey.com |
| 8 | | Email: bhart@lowey.com<br>Email: dharrison@lowey.com |
| 9 | | *Lead Counsel for Lead Plaintiff* |
| 10 | | *and the Settlement Class* |
| 11 | | |
| 12 | | BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO |
| 13 | | |
| 14 | | By: _/s/_ |
| 15 | | Joseph J. Tabacco, Jr.<br>Nicole Lavallee |
| 16 | | 425 California Street, Suite 2100<br>San Francisco, CA 94104-2205 |
| 17 | | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 18 | | Email: jtabacco@bermanesq.com<br>Email: nlavallee@bermanesq.com |
| 19 | | *Plaintiff's Local Counsel* |
| 20 | | |
| 21 | | SIDLEY AUSTIN LLP |
| 22 | | By: _/s/_ |
| 23 | | Michael L. Rugen<br>555 California Street |
| 24 | | San Francisco, CA 94104<br>Telephone: (415) 772-1290 |
| 25 | | Facsimile: (415) 772-7400<br>Email: mrugen@sidley.com |
| 26 | | *Attorneys for Defendants Luminent Capital* |
| 27 | | *Mortgage, Inc., S. Trezevant Moore, Jr.,*<br>*Christopher J. Zyda, and Gail Seneca* |
| 28 | | |